Katherine L. Nichols (SBN 228893)
DUANE MORRIS LLP
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Tel.: 213.689.7400
Facsimile: 213.689.7401
E-mail: knichols@duanemorris.com

Attorneys for Defendants
CEVA Logistics, U.S., Inc. and
CEVA Freight, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPONKOA INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CEVA LOGISTICS U.S., INC., and CEVA FREIGHT, LLC, <br><br> Defendants. | Case No.: 2:12CV5801 CAS (AGRx) <br><br> Hon. Christina A Snyder <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS** |

PLEASE TAKE NOTICE that the undersigned counsel of Duane Morris LLP, 865 South Figueroa Street, Suite 3100, Los Angeles, California, 90017-5450, (213) 689-7400 is appearing in the above-captioned action on behalf of Defendants CEVA Logistics U.S., Inc. and CEVA Freight, LLC.

Dated: July 6, 2012    **DUANE MORRIS LLP**

By: /s/ Katherine L. Nichols
Katherine L. Nichols
Attorneys for Defendants
CEVA Logistics, U.S., Inc. and
CEVA Freight, LLC

DM1\3415955.1