Katherine L. Nichols (SBN 228893)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: 213.689.7400
Facsimile: 213.689.7401
E-Mail: knichols@duanemorris.com

Attorneys for Defendants
CEVA Logistics, U.S., Inc. and
CEVA Freight, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPONKOA INSURANCE COMPANY, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>CEVA LOGISTICS, U.S., INC., and CEVA FREIGHT, LLC,<br><br>Defendants. | Case No.: 2:12-CV-5801 CAS (AGRx)<br><br>Hon. Christina A. Snyder<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANTS CEVA LOGISTICS, U.S., INC. AND CEVA FREIGHT LLC TO DISMISS**<br><br>Date: August 20, 2012<br>Time: 10:00 a.m.<br>Courtroom: 5 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 20, 2012 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California 90012-4701, Defendants CEVA Logistics U.S., Inc. and CEVA Freight, LLC (collectively "CEVA") will move, and hereby do move, for an order declining to exercise jurisdiction on the ground of forum non conveniens, and for such other and further relief the Court deems appropriate.

1     This motion is based on: This Notice of Motion and Motion; the Memorandum of Points and Authorities; the Declarations of Katherine L. Nichols and exhibits thereto; the papers, records and pleadings in this action; such other papers that may be filed at or before the hearing on this motion; oral argument of counsel and any other matters properly before the Court.

    Pursuant to Local Rule 7-3, this motion is made following the conference of counsel which took place on July 9, 2012.

Dated: July 19, 2012          **DUANE MORRIS LLP**

By: /s/ Katherine L. Nichols
Katherine L. Nichols
Attorneys for Defendants
CEVA Logistics, U.S., Inc. and
CEVA Freight, LLC