Katherine L. Nichols (SBN 228893)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450
Telephone: 213.689.7400
Facsimile: 213.689.7401
E-Mail:   knichols@duanemorris.com

Attorneys for Defendants
CEVA Logistics, U.S., Inc. and
CEVA Freight, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPONKOA INSURANCE COMPANY, LTD., | Case No.:  2:12-CV-5801 CAS (AGRx) |
| Plaintiff, | Hon. Christina A. Snyder |
| v. | **DECLARATION OF KATHERINE L. NICHOLS IN SUPPORT OF DEFENDANTS CEVA LOGISTICS, U.S., INC.'S AND CEVA FREIGHT LLC'S MOTION TO DISMISS** |
| CEVA LOGISTICS, U.S., INC., and CEVA FREIGHT, LLC, | |
| Defendants. | Date:          August 20, 2012<br>Time:          10:00 a.m.<br>Courtroom:     5 |

DMI\3432410.1

I, Katherine L. Nichols, declare as follows:

1.     I am an associate with the law firm of Duane Morris LLP, counsel of record for Defendants CEVA Logistics U.S., Inc. and CEVA Freight, LLC (collectively, CEVA).  I make this declaration based on my personal knowledge and my review of the files and documents produced in the above-captioned action.

2.     Attached hereto as Exhibit 1 is a true and correct copy of a December 6, 2011 report from RTS International S de RL de CV that was received by my firm from Plaintiff Nipponkoa Insurance Company, Ltd. in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of July, 2012 at Los Angeles, California.

Katherine L. Nichols

# EXHIBIT 1

EXHIBIT____1____ PAGE___3____

# vrs»rts

RTS International S de RL de CV
World Trade Center México
Montecito No. 38, Piso 27, Of. 20
Col. Nápoles, Del. Benito Juárez
Mexico DF CP 03810

Tel: +52 55 9000 3781
Fax: +52 55 9000 3782

maxico@vrsadjusters.com

## REPORT II & FINAL

FINAL REPORT:     December 6th, 2011.
FIRST REPORT:     May 23rd, 2011

At the request of:     Joseph W. Stevens – Senior National Marine Adjuster
                       Technical Director – Japan Client Services
                       Vericlaim Inc
                       700 South Flower Street – Suite 2310
                       Los Angeles, California, 90017, USA

From:          VRS >> RTS Mexico

RE:   Conveyance   :   Handled by CEVA – Freight broker
                       Marine Vessel: Hanjin Versalles V. 0003B
                       Rail: Not available.
                       Inland Transit: CMA CGM Mexico, S.A. de C.V.

      Date of
      Arrival      :   To Mexico city (DOL): April 20th, 2011.

      B/L          :   Number SHA 110192348

      Shipment     :   3,564 Laptops computers

      Insured      :   Toshiba America Information Systems Inc.

      Policy No.   :   T.B.A.

      Your Ref. No. :  LAX11409851

      Our File No. :   DF06468

Dear Sirs:

This will serve as our second and final report on this matter.

vrs»adjusters

MB&E 63

EXHIBIT  1  PAGE  4

2                                    **vrs»rts**

## BACKGROUND:

On April 29th, 2011 our office was contacted by Mr. Joe Stevens of Vericlaim Inc. and requested to attend survey of the captioned shipment, which was reported as hijacked during inland transit. A preliminary report was issue on May 23rd, 2011.

## SHIPMENT PARTICULARS:

| | |
|---|---|
| **Shipment:** | 3,564 Laptops computers, individually packed and moved on 31 pallets packed on |
| **Invoice:** | No. 2195814 & 21957815 issued by Toshiba America Information Systems Inc. / DPD Digital Products Division on April 11th, 2011 for US $ 206,496.00 & US$ 1,047,600.00, Terms of sale: DDU. |
| **Shipper:** | TOSHIBA America Information Systems Inc. (CSD) 9740 Irvine Boulevard Irvine, CA 92618-1697, USA |
| **Consignee:** | TOSHIBA DE MEXICO, S.A. DE C.V. Sierra Candela No 111, Piso 6 Lomas de Chapultepec México DF. |
| **Customer:** | Same |

## TRANSIT DETAILS:

Cargo was shipped by sea from Shanghai, China on March 24th, 2011, on M/V Hanjin Versalles V. 0003E, to Manzanillo, Mexico. Container with cargo was railed to Mexico city, arriving on April 20th, 2011, Container was trucked by CGA CGM México S.A. de C.V.

## SURVEY / INVESTIGATION FINDINGS:

**Attendance Date and Location:**
**Survey - Meeting 1 with TOSHIBA Mexico:**

On May 17, 2011 in the head office of TOSHIBA de Mexico, S.A. de C.V. located on Sierra Candela 111, Piso 6, Lomas de Chapultepec, México.

**Parties in Attendance:**

- Mr. jorge diaz Reynoso – Logistics & Operations Manager – TOSHIBA de México.
- Mr. Jesus Chichino – Import coordinator - TOSHIBA de México.
- Mr. Juan Carlos Hernandez– VRS >> RTS Mexico – Surveyor

**Meeting 2 with CEVA Logistics (Shipping broker):**

On September 1st, 2011 at Polanco, Mexico

**Parties in Attendance:**

- Mr. Alejandro Ramos – Security Manager Mexico – CEVA Logistics México.
- Mr. Jorge Hinojosa – Regional Security Manager – CEVA Logistics.
- Mr. Juan Carlos Hernandez– VRS >> RTS Mexico – Surveyor

**Documents obtained:**

- Commercial Invoices No. 21957814 & 21957815.
- Packing Lists
- Bill of Lading No. CNCT071234
- Import Pedements
- Police report issued by trucker.
- CEVA's (Freigh Broker) Claim Form
- Complementary information (e-mails)

**Documents Requested:**

- Records & Photographs taken during custom review at arrival.
- Claim letter to carrier.
- Police report issued by TOSHIBA.
- Transits procedures agreed with TOSHIBA and CEVA Logistics.
- Communications between Freight Broker and inland carrier and consignee.

**Narrative:**

On April 20th, 2011, Mr. Jose Garcia Sanchez, truck's driver working for CMA CGM México, S.A. de C.V. picked the container ECMU9024058 from the custom offices located in the rail station known as "Pantaco" in Mexico City.



As per statement issued by Mr. Sanchez, he confirmed that departed from custom at 15:30 hrs. approximately, 30 minutes later, circulating on Ceylan Ave. crossing with Poniente 146 Street, "Freighliner" truck, model 1981, white with plates no. 145DD9 was intercepted by a car, and two attackers with fire guns threatened to Mr. Sanchez and escort that was travelling with him, taking control of the truck and moving them into another vehicle. Both, truck's driver and escort were moved to a room, for a non-defined time and were released in the east of the metropolitan area some hours later.

No details of interceptor car or attackers were provided by driver. Escort did not issue a statement to police and no additional information about the event was obtained by our office.

Additionally to the information indicated by truck's driver to police, there is a log of the events informed by TOSHIBA, which indicates that GPS signal was lost at 16:10 with no data of previous record. Escort Company "PROSEGUR" confirmed loss of communications with escort on truck at 16:30 hrs. and at 16:35 hrs. was triggered the protocol of security against the "hijack in process" alert.

Security firm or carrier did inform to TOSHIBA de Mexico, and reported that escort unit, was recovered at 17:53 hrs. without guard traces.

At 19:45 hrs was reported that truck's driver and guards were found in the east side of the metropolitan area of Mexico City.

During our meeting with TOSHIBA de Mexico, we discussed the gap of information contained in police report and requested the Security's firm log and police reports, however, we were informed that TOSHIBA de Mexico has no responsibility in the handling of cargo and we were headed to freight broker: CEVA Logistics.

Our office did contact to freight's broker representative: CEVA Logistics Mexico, and undertook an interview with them, in order to know complementary details of the loss, including the reports from security firm: PROSEGUR and truck's firm hired for the local transit; CMA CGM Mexico.

From this meeting, we receive verbal information about actions taken by CEVA, after the event, including the following information:

In the first months of 2001, CEVA renewed the contract of service for cargo handling with TOSHIBA America, renewal that contains a new agreement which indicates that trucks used for inland transits will be in normal trucks, and armored trucks will be not used any more.

Due to the above, for affected shipment, CEVA hired the service of a regular truck's firm: CMA CGM Mexico, and only was requested a guard in the truck as escort of the driver.

After the event, CEVA tried to follow the police investigations, but in Mexico, third parties are not allowed to verify or request information about events where they are not the affected parties. Therefore, CEVA was unable to know complemantary details of the loss.

Being CEVA the hiring firm of the local carrier, they requested information to the trucker, but no answer was obtained from them. At date of interview, they was still waiting an answer.

CEVA hired too the security services of PROSEGUR, and it was informed that security's firm did provide a log issued by their guard, but all information available of the event and complementary details obtained by CEVA could be obtained from the TOSHIBA's account manager in CEVA Logistics: Damon Thompson ( 01-310-972 5645 at Torrence, CA) once they receive clearance from TOSHIBA for share this information.

Due to the location of account manager of CEVA, we suggested to contact Mr. Thompson directly in USA and continue with RFI with him. It was confirmed that Mr. Thompson is aware of the information provided by PROSEGUR, replies from carrier and actions taken by CEVA Mexico after the event, including the continue of use or armored units for transits of goods owned by TOSHIBA.

According with information received during our enquiries, we are able to inform that estimate of loss can be calculated as follows:

**QUANTUM:**

Consignee did provide copy of the original invoice values plus some additional expenses incurred by them, which equates a quantum of:

| Qty | Product description | Value | Total Amount |
|---|---|---|---|
| 864 | Laptop Model NB505 /PLL5OU-01F01R | US$ 234.00 | US$ 202,176.00 |
| 2,700 | Laptop Model T210d /PSTLU-00600F | US$ 383.00 | US$ 1,034,100.00 |
| Freight (US$ 4,320.00 + US$ 13,500.00) | | | US$ 17,820.00 |
| Import duties (Mxp$ 2,492,932.00 at ROE Mxp$ 11.74210) | | | US$ 212,307.17 |

**US$ 1,466,403.17**

*The amounts above indicated were obtained from commercial invoices 21957814 & 21957815, and import pedements paid by TOSHIBA de Mexico. No other costs or expenses had been reported to us.*



6

VIS»rts

## ESTIMATE OF LOSS:

With information available to date, our office suggested a reserve for loss considering the following information:

| Qty | Product description | Value | Total Amount |
|---|---|---|---|
| 864 | Laptop Model NB505 /PLL5OU-01F01R | US$ 234.00 | US$ 202,176.00 |
| 2,700 | Laptop Model T210d /PSTLU-00600F | US$ 383.00 | US$ 1,034,100.00 |
| Freight (US$ 4,320.00 + US$ 13,500.00) | | | US$ 17,820.00 |
| Import duties (Mxp$ 2,492,932.00 at ROE Mxp$ 11.74210) | | | US$ 212,307.17 |

**Reserve:** | **US$ 1,466,403.17**

Import duties informed by consignee were:

| Custom procedure | Mxp$ 117,806.00 | US$ 10,032.79 |
|---|---|---|
| Value Added Tax (VAT) | Mxp$ 2,374,964.00 | US$ 202,260.58 |
| Customs' review | Mxp$ 162.00 | US$ 13.80 |
| | TOTAL: | US$ 212,307.17 |

Our office was unable to confirm if VAT duty is covered by the policy of insurance, but must clarify that VAT duty could be returned by Mexican Treasury once consignee comply with certain procedures that confirm that cargo was stolen and there was not a sale of the imported goods.

## CAUSE OF DAMAGE:

Hijack of merchandise during inland transit.

## PRESENT POSITION:

Our office undertook enquiries that confirm that TOSHIBA de Mexico did not receive a shipment of 3,564 laptop computers with an invoice value of US$ 1,236,276.00 due to the hijack of these goods during inland transit.

Details of hijacking, additional costs and expenses incurred by import of goods are informed in this report, and our office suggested a reserve of **US$ 1,466,403.17**

No details about terms and conditions of policy of insurance were provided to us and we contacted to local representative of Freight broker, however, complementary details of the

loss could be obtained from CEVA's representative in USA, as per information contained in our report.

*All our actions in this matter are without prejudice and subject to the terms and conditions of the policy of insurance.*

Best Regards,

**Juan Carlos Hernandez**
DIRECTOR MEXICO

MB&E 69

EXHIBIT____/____PAGE____10____