DARYL G. PARKER (State Bar No. 47048)
JAMES E. MAHONEY
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067-4100
(310) 277-6910

DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPONKOA INSURANCE COMPANY, LTD.<br><br>*Plaintiff,*<br><br>vs.<br><br>CEVA LOGISTICS U.S., INC. and CEVA FREIGHT, LLC,<br><br>*Defendants.* | Case No.:  2:12 Civ. 05801 CAS (AGRx)<br><br>Hon. Christina A. Snyder<br><br>**ORDER TO EXTEND TIME FOR PLAINTIFF NIPPONKOA INSURANCE COMPANY, LTD. TO RESPOND TO CEVA DEFENDANTS' MOTION TO DISMISS**<br><br>HEARING DATE: August 20, 2012<br>TIME: 10:00 a.m.<br>COURTROOM: |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the stipulation of counsel, filed concurrently herewith, having been considered and good cause appearing therefore, this Court approves of the stipulation:

  1. Plaintiffs' opposition papers to Defendants' Motion to Dismiss for *forum non conveniens* shall be served and filed by August 1, 2012.

2. CEVA's reply papers (if any) shall be served and filed by the existing date of August 6, 2012; and the Hearing Date of August 20, 2012 shall remain unchanged.

**IT IS SO ORDERED.**

Dated: July 27 2012

_____
Honorable Christina A. Snyder

APPROVED AS TO FORM AND CONTENT:

DAVID T. MALOOF, ESQ.
THOMAS M. EAGAN, ESQ.
MALOOF BROWNE & EAGAN LLC
   -and-
DARYL G. PARKER, ESQ.
PACHULSKI STANG ZIEHL & JONES LLP

By: /s/Thomas M. Eagan
    Thomas M. Eagan, Esq. (*pro hac vice*)
*Counsel for Plaintiff NipponKoa Insurance Company, Ltd.*

DUANE MORRIS LLP

By: /s/Katherine L. Nichols
    Katherine L. Nichols, Esq.
*Counsel for Defendants CEVA Logistics U.S., Inc. and CEVA Freight, LLC*