DARYL G. PARKER (State Bar No. 47048)
JAMES E. MAHONEY (State Bar No. 39750)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067-4003
(310) 277-6910
Email:    dparker@pszjlaw.com

DAVID T. MALOOF (*pro hac vice*)
THOMAS M. EAGAN (*pro hac vice*)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
(914) 921-1200
Email:    dmaloof@maloofandbrowne.com
             teagan@maloofandbrowne.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPONKOA INSURANCE COMPANY, LTD. <br><br> Plaintiff, <br><br> vs. <br><br> CEVA LOGISTICS U.S., INC. and CEVA FREIGHT, LLC, <br><br> Defendants. | **Case No.: 2:12 Civ. 05801 CAS (AGRx)** <br><br> **Hon. Christina A. Snyder** <br><br> **NOTICE OF MOTION AND MOTION BY PLAINTIFF NIPPONKOA INSURANCE COMPANY, LTD. TO AMEND THE COMPLAINT PURSUANT TO F.R.C.P. 15(a)(2)** <br><br> **HEARING DATE: August 27, 2012** <br> **TIME:        10:00 a.m.** <br> **PLACE:       312 North Spring Street** <br> **                    Courtroom 5** <br> **                    Los Angeles, CA  90012** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 27, 2012 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California 90012-4701, Plaintiff NipponKoa Insurance Company, Ltd. ("NipponKoa"), through undersigned counsel, will move this Court pursuant to F.R.C.P. 15(a)(2), for an Order permitting Plaintiff to file the Second Amended

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT, ETC.

1

Complaint.

This motion is based on: This Notice of Motion and Motion; the Memorandum of Points and Authorities; the Declaration of Thomas M. Eagan and exhibits thereto; the papers, records and pleadings in this action; such other papers that may be filed at or before the hearing on this motion; oral argument of counsel; and any other matters properly before the Court.

Pursuant to Local Rule 7-3, this motion is made following the conference of counsel which took place on July 18, 2012.

Dated: July 27, 2012

                DARYL G. PARKER, ESQ.
                PACHULSKI STANG ZIEHL & JONES LLP
                  and
                DAVID T. MALOOF, ESQ.
                THOMAS M. EAGAN, ESQ.
                MALOOF BROWNE & EAGAN LLC

By:  */s/ Daryl G. Parker*
       Daryl G. Parker

Counsel for Plaintiff NipponKoa Insurance Company, Ltd.

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT, ETC.

2

# PROOF OF SERVICE

STATE OF CALIFORNIA )
 )
COUNTY OF LOS ANGELES )

I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067.

On July 30, 2012, I caused to be served the **NOTICE OF MOTION AND MOTION BY PLAINTIFF NIPPONKOA INSURANCE COMPANY, LTD. TO AMEND THE COMPLAINT PURSUANT TO F.R.C.P. 15(a)(2)** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*See Attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☑ (BY PERSONAL SERVICE) By causing to be delivered by hand on July 30, 2012 as follows:

Honorable Christina A. Snyder
U.S. District Court
312 North Spring Street
Courtroom 5, Second Floor
Los Angeles, CA 90012

☐ (BY OVERNIGHT DELIVERY) By sending by            to the addressee(s) as indicated on the attached list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on July 30, 2012, at Los Angeles, California.

 */s/ Nancy H. Brown*
Nancy H. Brown

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT, ETC.

3

# SERVICE LIST

2:12-cv-05801-CAS-AGR Notice has been electronically mailed to:

- **Thomas M Eagan**
  teagan@maloofandbrowne.com

- **David T Maloof**
  dmaloof@maloofandbrowne.com,paralegals@maloofandbrowne.com,litsupport@maloofandbrowne.com

- **Patrick Ryan McElduff**
  PRMcelduff@duanemorris.com

- **Katherine L Nichols**
  knichols@duanemorris.com

- **Daryl G Parker**
  dparker@pszjlaw.com

2:12-cv-05801-CAS-AGR Notice has been delivered by First Class U.S. Mail as follows:

James W. Carbin
Duane Morris
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT