1  DARYL G. PARKER (State Bar No. 47048)
   JAMES E. MAHONEY (State Bar No. 39750)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd, 13th Floor
3  Los Angeles, CA 90067-4003
   (310) 277-6910
4  Email:    dparker@pszjlaw.com

5  DAVID T. MALOOF (*pro hac vice*)
   THOMAS M. EAGAN (*pro hac vice*)
6  MALOOF BROWNE & EAGAN LLC
   411 Theodore Fremd Avenue, Suite 190
7  Rye, New York 10580
   (914) 921-1200
8  Email:    dmaloof@maloofandbrowne.com
             teagan@maloofandbrowne.com
9
10 *Attorneys for Plaintiff*

11            **UNITED STATES DISTRICT COURT**

12            **CENTRAL DISTRICT OF CALIFORNIA**

13

14 NIPPONKOA INSURANCE              )
   COMPANY, LTD.                    )
15                                  )   **Case No.:  2:12 Civ. 05801 CAS (AGRx)**
                        *Plaintiff,* )
16                                  )   **Hon. Christina A. Snyder**
                                    )
17          vs.                     )   **MEMORANDUM OF POINTS AND**
                                    )   **AUTHORITIES IN SUPPORT OF**
18 CEVA LOGISTICS U.S., INC. and    )   **MOTION BY PLAINTIFF NIPPONKOA**
   CEVA FREIGHT, LLC,               )   **INSURANCE COMPANY, LTD. TO**
                                    )   **AMEND THE COMPLAINT**
19                    *Defendants.* )   **PURSUANT TO F.R.C.P. 15(a)(2)**
                                    )
20 _____)   **HEARING DATE: August 27, 2012**
                                        **TIME:          10:00 a.m.**
21                                      **PLACE:        312 North Spring Street**
                                                        **Courtroom 5**
22                                                      **Los Angeles, CA  90012**

23        Plaintiff NipponKoa Insurance Company, Ltd. ("NipponKoa"), submits its

24 Memorandum of Law in Support of its Motion to Amend the Complaint Pursuant to

25 F.R.C.P. 15(a)(2). A copy of the proposed Second Amended Complaint is attached as

26 Exhibit 1 to the Declaration of Thomas M. Eagan dated July 30, 2012.

27

28

                                        1

## BACKGROUND

Plaintiff NipponKoa is the subrogated underwriter of Toshiba America Information Systems, Inc. ("TAIS").[1]  This action arises out of various breaches of a Transportation Agreement by Defendants CEVA Logistics U.S., Inc. and CEVA Freight, LLC (collectively "CEVA") related to a theft of TAIS cargo while being transported under the Agreement in Mexico. Those breaches primarily concern various failures to procure insurance, to subcontract on certain liability terms, and to comply with timely payment obligations.  The original complaint[2] alleged four causes of action against CEVA – breach of contract, breach of contract to procure insurance, bailment and tort.

Plaintiff seeks to file a Second Amended Complaint which drops the Third Cause of Action (bailment) and Fourth Cause of Action (tort) against CEVA. Regarding the claim for Breach of Contract and Breach of Contract to Procure Insurance (First and Second Causes of Action), the substance of the amendment removes allegations of breach of security procedures in Mexico, and simply adds a few more facts.

No final discovery schedule or trial date has been set by this Court.

## ARGUMENT

F.R.C.P. 15(a)(2) provides that "[t]he court should freely give leave [to amend pleadings] when justice so requires."  The practice in the Ninth Circuit is to liberally permit such amendments.  As summarized in *Ramirez v. Silgan Containers*, 2007 WL 1241829, at *3 (E.D. Cal. 2007):

---

[1] This case was recently transferred to this Court from the Southern District of New York.

[2] The complaint was amended early on in the litigation to add the second CEVA defendant.  Copy of Amended Complaint attached as Exhibit 2 to the Eagan Dec.

MEMORANDUM OF LAW IN SUPPORT OF MOTION TO AMEND COMPLAINT

Leave to amend under Rule 15(a) "shall be freely given when justice so requires." *Id.; Keniston,* 717 F.2d at 1300. "This policy is to be applied with extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.,* 316 F.3d 1048, 1051 (9th Cir.2003); *Owens v. Kaiser Found. Health Plan, Inc.,* 244 F.3d 708, 712 (9th Cir.2001). "This liberality in granting leave to amend is not dependent on whether the amendment will add causes of action or parties." *DCD Programs, Ltd. v. Leighton,* 833 F.2d 183, 186 (9th Cir.1987). There is a presumption in favor of granting leave to amend under Rule 15(a). *Eminence Capital,* 316 F.3d at 1052. However, leave to amend need not be granted where the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile. *Amerisource Bergen Corp. v. Dialysist West, Inc.,* 465 F.3d 946, 951 (9th Cir.2006); *Bowles v. Reade,* 198 F.3d 752, 757 (9th Cir.1999).

The amendment is sought in good faith. There can be no possible prejudice as the amendment removes two causes of action and simply clarifies the two Breach of Contract claims. There will be no delay in the litigation.

Accordingly, the motion to amend should be granted.

Dated:  July 27, 2012

DARYL G. PARKER, ESQ.
PACHULSKI STANG ZIEHL & JONES LLP
      -and-
DAVID T. MALOOF, ESQ.
THOMAS M. EAGAN, ESQ.
MALOOF BROWNE & EAGAN LLC


By:   */s/ Daryl G. Parker*
      Daryl G. Parker
*Counsel for Plaintiff NipponKoa Insurance Company, Ltd.*

MEMORANDUM OF LAW IN SUPPORT OF MOTION TO AMEND COMPLAINT

**PROOF OF SERVICE**

STATE OF CALIFORNIA               )
                                          )
COUNTY OF LOS ANGELES       )

  I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California  90067.

  On July 30, 2012, I caused to be served the **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY PLAINTIFF NIPPONKOA INSURANCE COMPANY, LTD. TO AMEND THE COMPLAINT PURSUANT TO F.R.C.P. 15(a)(2)** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*See Attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown.  The transmission was reported as complete and without error.  (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☑ (BY PERSONAL SERVICE) By causing to be delivered by hand on July 30, 2012 as follows:

   Honorable Christina A. Snyder
   U.S. District Court
   312 North Spring Street
   Courtroom 5, Second Floor
   Los Angeles, CA  90012

☐ (BY OVERNIGHT DELIVERY) By sending by                to the addressee(s) as indicated on the attached list.

  I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

  Executed on July 30, 2012, at Los Angeles, California.

        */s/ Nancy H. Brown*
        Nancy H. Brown

4

MEMORANDUM OF LAW IN SUPPORT OF MOTION TO AMEND COMPLAINT

**SERVICE LIST**

2:12-cv-05801-CAS-AGR Notice has been electronically mailed to:

- **Thomas M Eagan**
  teagan@maloofandbrowne.com

- **David T Maloof**
  dmaloof@maloofandbrowne.com,paralegals@maloofandbrowne.com,litsupport
  @maloofandbrowne.com

- **Patrick Ryan McElduff**
  PRMcelduff@duanemorris.com

- **Katherine L Nichols**
  knichols@duanemorris.com

- **Daryl G Parker**
  dparker@pszjlaw.com

2:12-cv-05801-CAS-AGR Notice has been delivered by First Class U.S. Mail as
follows:

James W. Carbin
Duane Morris
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT