DARYL G. PARKER (State Bar No. 47048)
JAMES E. MAHONEY (State Bar No. 39750)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067-4003
(310) 277-6910
Email:   dparker@pszjlaw.com

DAVID T. MALOOF (*pro hac vice*)
THOMAS M. EAGAN (*pro hac vice*)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
(914) 921-1200
Email:   dmaloof@maloofandbrowne.com
         teagan@maloofandbrowne.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPONKOA INSURANCE COMPANY, LTD. <br><br> *Plaintiff,* <br><br> vs. <br><br> CEVA LOGISTICS U.S., INC. and CEVA FREIGHT, LLC, <br><br> *Defendants.* | **Case No.: 2:12 Civ. 05801 CAS (AGRx)** <br><br> **Hon. Christina A. Snyder** <br><br> **DECLARATION OF THOMAS M. EAGAN IN SUPPORT OF MOTION BY PLAINTIFF NIPPONKOA INSURANCE COMPANY, LTD. TO AMEND THE COMPLAINT PURSUANT TO F.R.C.P. 15(a)(2)** <br><br> **HEARING DATE: August 27, 2012** <br> **TIME: 10:00 a.m.** <br> **PLACE:   312 North Spring Street** <br>                **Courtroom 5** <br>                **Los Angeles, CA  90012** |

I, Thomas M. Eagan, declare as follows:

1.   I am a member of Maloof Browne & Eagan LLC, attorneys for Plaintiff NipponKoa Insurance Company, Ltd., and am fully familiar with the facts stated herein.

2.   I attach as Exhibit 1 a true copy of the proposed Second Amended Complaint.

3.   I attach as Exhibit 2 a true copy of the Amended Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of July, 2012 at Rye, New York.

_____
Thomas M. Eagan