**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                      )
COUNTY OF LOS ANGELES )

I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067.

On July 30, 2012, I caused to be served the **DECLARATION OF THOMAS M. EAGAN IN SUPPORT OF MOTION BY PLAINTIFF NIPPONKOA INSURANCE COMPANY, LTD. TO AMEND THE COMPLAINT PURUSANT TO F.R.C.P. 15(a)(2)** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*See Attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☑ (BY PERSONAL SERVICE) By causing to be delivered by hand on July 30, 2012 as follows:

   Honorable Christina A. Snyder
   U.S. District Court
   312 North Spring Street
   Courtroom 5, Second Floor
   Los Angeles, CA 90012

☐ (BY OVERNIGHT DELIVERY) By sending by                    to the addressee(s) as indicated on the attached list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on July 30, 2012, at Los Angeles, California.

                              */s/ Nancy H. Brown*
                              Nancy H. Brown

DECLARATION OF THOMAS M. EAGAN IN SUPPORT OF MOTION TO AMEND COMPLAINT

# SERVICE LIST

2:12-cv-05801-CAS-AGR Notice has been electronically mailed to:

- **Thomas M Eagan**
  teagan@maloofandbrowne.com

- **David T Maloof**
  dmaloof@maloofandbrowne.com,paralegals@maloofandbrowne.com,litsupport@maloofandbrowne.com

- **Patrick Ryan McElduff**
  PRMcelduff@duanemorris.com

- **Katherine L Nichols**
  knichols@duanemorris.com

- **Daryl G Parker**
  dparker@pszjlaw.com

2:12-cv-05801-CAS-AGR Notice has been delivered by First Class U.S. Mail as follows:

James W. Carbin
Duane Morris
744 Broad Street, Suite 1200
Newark, NJ 07102-3889