DARYL G. PARKER (State Bar No. 47048)
JAMES E. MAHONEY
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067-4100
(310) 277-6910
Email: dparker@pszjlaw.com

DAVID T. MALOOF (*pro hac vice*)
THOMAS M. EAGAN (*pro hac vice*)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
Email: dmaloof@maloofandbrowne.com
teagan@maloofandbrowne.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NIPPONKOA INSURANCE COMPANY, LTD.

*Plaintiff,*

vs.

CEVA LOGISTICS U.S., INC. and CEVA FREIGHT, LLC,

*Defendants.*

**Case No.: 2:12 Civ. 05801 CAS (AGRx)**

**DECLARATION OF THOMAS M. EAGAN IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS ON THE GROUNDS OF *FORUM NON CONVENIENS***

**HEARING DATE: August 27, 2012**
**TIME: 10:00 a.m.**
**PLACE: 312 North Spring Street Courtroom 5 Los Angeles, CA 90012**

Thomas M. Eagan declares on information and belief as follows. I am a member of Maloof Browne & Eagan LLC, attorneys for Plaintiff NipponKoa Insurance Company, Ltd. ("NipponKoa"), and am fully familiar with this action and the facts stated herein. I make this declaration in opposition to Defendant CEVA Logistics U.S., Inc. and CEVA Freight LLC's (collectively "CEVA") Motion to Dismiss on the Grounds of *Forum Non Conveniens*.

1. At the time this case was transferred from the Southern District of New York to this District (July 2, 2012), the following discovery had taken place:

- Each party served initial disclosures;
- Plaintiff had responded to CEVA's 80 paragraph document demand and produced over 600 pages of documents, and responded to CEVA's first set of interrogatories;
- CEVA had served responses (albeit incomplete and otherwise objectionable) to Plaintiff's two sets of document demands (served by Plaintiff on February 17, 2012, April 2, 2012), and three sets of request for admissions with corresponding document demands (served by Plaintiff on April 10, 2012, April 13, 2012 and May 16, 2012). (Plaintiff's applications to compel further responses were pending at the time of transfer).
- CEVA had served 5 notices of deposition, and Plaintiff had served a 30(b)(6) notice of deposition on CEVA (though no depositions had been taken).

2. I attach as Exhibit 1 a true copy of the Amended Complaint.

3. I attach as Exhibit 2 a true copy of the proposed Second Amended Complaint.

4. I attach as Exhibit 3 a true copy of the Declaration of Arturo Arista dated March 16, 2012.

5. I attach as Exhibit 4 a true copy of the email exchange between Plaintiff's and Defendants' counsel on July 11-12, 2012 with draft Second Amended Complaint.

6. Prior to this loss, two prior legal actions had been commenced by NipponKoa as subrogees of TAIS against CEVA for shipments carried under the same CEVA Contract. *See NipponKoa Insurance Company, Ltd. v. Ceva Logistics, U.S., Inc.*, 1:09-cv-01279-RMB (S.D.N.Y.) (docket sheet attached as Exhibit 5); *NipponKoa*

*Insurance Company, Ltd., v. Ceva Logistics U.S., Inc.,* 1:10-cv-09233-WHP (S.D.N.Y.) (docket sheet attached as Exhibit 6). In both of these prior cases, which involved cargo losses occurring in Orlando, Florida and Miami, respectfully, lawsuits were commenced in the Southern District of New York. In both cases CEVA essentially accepted the S.D.N.Y. as an equally convenient forum to California. CEVA did not voice any serious complaint, let alone file a motion to transfer the cases to the previously designated forum of the Central District of California. In one of the cases, Judge Berman moved *sua sponte* to transfer the case to Florida, and even then CEVA consented to adjourn the motion. (Ex. 5). In both cases the claims were amicably settled within 30 days, and eight months, respectively, of their filing, in this Court. It was given that course of proceeding that Plaintiff chose to file this case as well in the Southern District of New York.

7. I attach as Exhibit 7 a true copy of Plaintiff's Initial Disclosures.

8. I attach as Exhibit 8 a true copy of CEVA's Initial Disclosures.

9. I attach as Exhibit 9 a true copy of Magistrate Judge Pitman's July 6, 2012 Order.

10. I attach as Exhibit 10 a true copy of the California Secretary of State's website listing of CEVA Logistics U.S., Inc. and CEVA Freight, LLC.

I declare that the foregoing is true and correct under the penalty of perjury under the laws of the United States.

Dated: Rye, New York
July 31, 2012

Thomas M. Eagan

F:\WP-DOCS\1415.86\PLEADINGS - C.D. Cal. 12cv5801\073012 TME Declaration in Opposition to Dfts Motion to Dismiss.doc

**PROOF OF SERVICE**

STATE OF NEW YORK )
)
COUNTY OF WESTCHESTER )

I, Thomas M. Eagan, am employed in the town of Rye and county of Westchester, State of New York. I am over the age of 18 and not a party to the within action; my business address is 411 Theodore Fremd Ave., Suite 190, Rye New York 10580.

On July 31, 2012, I caused to be served the Declaration of Thomas M. Eagan in Opposition to Defendants' Motion to Dismiss on the Grounds of *Forum Non Conveniens*, as follows:

*See Attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rye, New York, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) By sending by                    to the addressee(s) as indicated on the attached list.

Executed on July 31, 2012, in Rye, New York.

*/s/ Thomas M. Eagan*
Thomas M. Eagan

**SERVICE LIST**

2:12-cv-05801-CAS-AGR Notice has been electronically mailed to:

David T Maloof dmaloof@maloofandbrowne.com, litsupport@maloofandbrowne.com, paralegals@maloofandbrowne.com

Thomas M Eagan teagan@maloofandbrowne.com

Katherine L Nichols knichols@duanemorris.com

Patrick Ryan McElduff PRMcelduff@duanemorris.com

2:12-cv-05801-CAS-AGR Notice has been delivered by First Class U.S. Mail or by other means BY THE FILER to :

James E Mahoney
Pachulski Stang Ziehl and Jones LLP
10100 Santa Monica Boulevard 13th Floor
Los Angeles, CA 90067-4003

James W. Carbin
Duane Morris
744 Broad Street, Suite 1200
Newark, NJ 07102-3889