CLOSED, ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:09-cv-01279-RMB

Nipponkoa Insurance Company, LTD., v. Ceva Logistics U.S., Inc. et al

Assigned to: Judge Richard M. Berman

Demand: $420,000

Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 02/13/2009
Date Terminated: 03/03/2009
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Nipponkoa Insurance Company, LTD.,**

represented by **Thomas Mark Eagan**
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue, Suite 190
Rye, NY 10580
(914) 921-1200
Fax: (914) 921-1023
Email: teagan@maloofandbrowne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Thomas Maloof**
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue, Suite 190
Rye, NY 10580
(914) 921-1200
Fax: (914) 921-1023
Email: dmaloof@maloofandbrowne.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ceva Logistics U.S., Inc.**

**Defendant**

**EGL Eagle Global Logistics, LP**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2009 | 1 | COMPLAINT against Ceva Logistics U.S., Inc., EGL Eagle Global Logistics, LP. (Filing Fee $ 350.00, Receipt Number 677625)Document filed by Nipponkoa Insurance Company, LTD.(ama) (Entered: 02/17/2009) |
| 02/13/2009 | | SUMMONS ISSUED as to Ceva Logistics U.S., Inc., EGL Eagle Global Logistics, LP. (ama) (Entered: 02/17/2009) |
| 02/13/2009 | | Magistrate Judge Andrew J. Peck is so designated. (ama) (Entered: 02/17/2009) |

EXHIBIT 5

| 02/13/2009 | | Case Designated ECF. (ama) (Entered: 02/17/2009) |
|---|---|---|
| 02/13/2009 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying NipponKoa Life Insurance Company, Ltd., NipponKoa Insurance Company, Ltd. as Corporate Parent. Document filed by Nipponkoa Insurance Company, LTD. (Entered: 02/17/2009) |
| 02/19/2009 | 3 | ORDER; that based upon a review of the Complaint, dated February 11, 2009, it appears that the above-captioned case more properly should have been filed in the United States District Court for the Middle District of Florida. The Court will enter an order, pursuant to 28 U.S.C. section 1404(a), transferring this case to the Middle District of Florida unless the parties submit a (compelling) letter to the Court by February 25, 2009 (noon) setting forth the reasons why venue is proper in the Southern District of New York. (Signed by Judge Richard M. Berman on 2/19/09) (pl) (Entered: 02/19/2009) |
| 02/24/2009 | 4 | ENDORSED LETTER addressed to Judge Richard M. Berman from Thomas M. Eagan dated 2/23/2009 re: Counsel for plaintiff writes requesting a 1 week extension of time for the parties to submit opposition to the Court's transferring of the case to the Middle District of Florida. ENDORSEMENT: Extension Granted on consent. SO ORDERED. (Signed by Judge Richard M. Berman on 2/24/2009) (tve) (Entered: 02/24/2009) |
| 03/03/2009 | 5 | ORDER: It is hereby ORDERED, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiff or Defendants may apply, on or before April 3, 2009 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned. (Signed by Judge Richard M. Berman on 3/3/2009) (jfe) (Entered: 03/03/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/08/2012 17:12:36 | | | |
| PACER Login: | mb0224 | Client Code: | 1415.53 |
| Description: | Docket Report | Search Criteria: | 1:09-cv-01279-RMB |
| Billable Pages: | 2 | Cost: | 0.16 |