# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:10-cv-09233-WHP

| | |
|---|---|
| Nipponkoa Insurance Company, Ltd. v. Ceva Logistics U.S., Inc.<br>Assigned to: Judge William H. Pauley, III<br>Referred to: Magistrate Judge Michael H. Dolinger (Settlement)<br>Demand: $610,000<br>Cause: 28:1331 Fed. Question: Breach of Contract | Date Filed: 12/10/2010<br>Date Terminated: 06/14/2011<br>Jury Demand: None<br>Nature of Suit: 190 Contract: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Nipponkoa Insurance Company, Ltd.**     represented by     **David Thomas Maloof**
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue, Suite 190
Rye, NY 10580
(914) 921-1200
Fax: (914) 921-1023
Email: dmaloof@maloofandbrowne.com
*ATTORNEY TO BE NOTICED*

**Thomas Mark Eagan**
Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue, Suite 190
Rye, NY 10580
(914) 921-1200
Fax: (914) 921-1023
Email: teagan@maloofandbrowne.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ceva Logistics U.S., Inc.**     represented by     **Charles Edward Schmidt**
Kennedy Lillis Schmidt & English
75 Maiden Lane
New York, NY 10038
212 430 0800
Fax: 212-430-0810
Email: cschmidt@klselaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/10/2010 | 1 | COMPLAINT against Ceva Logistics U.S., Inc. (Filing Fee $ 350.00, Receipt Number 919619)Document filed by Nipponkoa Insurance Company, Ltd.(mro) (Entered: 12/13/2010) |
| 12/10/2010 | | SUMMONS ISSUED as to Ceva Logistics U.S., Inc. (mro) (Entered: 12/13/2010) |

| | | |
|---|---|---|
| 12/10/2010 | | Magistrate Judge Michael H. Dolinger is so designated. (mro) (Entered: 12/13/2010) |
| 12/10/2010 | | Case Designated ECF. (mro) (Entered: 12/13/2010) |
| 12/10/2010 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying NipponKoa Life Insurance Company, Ltd. as Corporate Parent. Document filed by Nipponkoa Insurance Company, Ltd.(mro) (Entered: 12/13/2010) |
| 01/06/2011 | 3 | ORDER FOR INITIAL PRETRIAL CONFERENCE: Initial Conference set for 3/25/2011 at 03:30 PM in Courtroom 11D, 500 Pearl Street, New York, NY 10007 before Judge William H. Pauley III. (Signed by Judge William H. Pauley, III on 1/6/2011) (jmi) (Entered: 01/07/2011) |
| 01/31/2011 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying CEVA Group Plc as Corporate Parent. Document filed by Ceva Logistics U.S., Inc..(Schmidt, Charles) (Entered: 01/31/2011) |
| 01/31/2011 | 5 | ANSWER to Complaint. Document filed by Ceva Logistics U.S., Inc..(Schmidt, Charles) (Entered: 01/31/2011) |
| 03/18/2011 | 6 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by Nipponkoa Insurance Company, Ltd..(Eagan, Thomas) (Entered: 03/18/2011) |
| 03/25/2011 | 7 | ENDORSED LETTER addressed to Judge William H. Pauley from Thomas M. Eagan dated 3/21/11 re: On consent of Defendant CEVA Logistics U.S., Inc., we respectfully request an adjournment of the preliminary conference scheduled for March 25, 2011 until the week of April 25, 2011. ENDORSEMENT: Application granted. The initial pretrial conference is adjourned until April 26, 2011 at 5:00 p.m. SO ORDERED. ( Initial Pretrial Conference set for 4/26/2011 at 05:00 PM before Judge William H. Pauley III.) (Signed by Judge William H. Pauley, III on 3/25/2011) (jmi) Modified on 3/28/2011 (jmi). (Entered: 03/28/2011) |
| 04/27/2011 | 8 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement. Referred to Magistrate Judge Michael H. Dolinger. SO ORDERED. (Signed by Judge William H. Pauley, III on 4/27/2011) (jmi) (Entered: 04/28/2011) |
| 04/27/2011 | 9 | ORDER FOR INITIAL PRETRIAL CONFERENCE The parties having appeared for an initial conference on April 26, 2011, the following schedule is entered on consent. All discovery shall be complete by September 30, 2011; The parties shall file a joint pretrial order by October 31, 2011; A final pretrial conference will be held on November 4, 2011 at 11:30 a.m. SO ORDERED ( Discovery due by 9/30/2011, Pretrial Order due by 10/31/2011, Final Pretrial Conference set for 11/4/2011 at 11:30 AM before Judge William H. Pauley III.) (Signed by Judge William H. Pauley, III on 4/27/2011) (jmi) (Entered: 04/28/2011) |
| 05/04/2011 | 10 | ORDER, that a settlement conference has been scheduled in the above-captioned action on WEDNESDAY, MAY 25, 2011, at 2:00 P.M., at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Additional relief as set forth in this Order. ( Settlement Conference set for 5/25/2011 at 02:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Michael H. Dolinger.) (Signed by Magistrate Judge Michael H. Dolinger on 5/4/11) Copies Faxed By Chambers. (pl) (Entered: 05/04/2011) |
| 05/26/2011 | 11 | ORDER: It is hereby ORDERED that the settlement conference in the above captioned action that was originally scheduled for 5/25/2011 at 2:00 PM, has been re-scheduled to on |

| | | |
|---|---|---|
| | | THURSDAY, 6/2/2011 at 2:00 PM. (Settlement Conference set for 6/2/2011 at 02:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Michael H. Dolinger.) (Signed by Magistrate Judge Michael H. Dolinger on 5/26/2011) Copies Sent By Chambers. (ab) (Entered: 05/26/2011) |
| 06/02/2011 | | Minute Entry for proceedings held before Magistrate Judge Michael H. Dolinger: Settlement Conference held on 6/2/2011. (mbe) (Entered: 06/06/2011) |
| 06/14/2011 | 12 | STIPULATION AND ORDER OF DISMISSAL: This action is hereby dismissed with prejudice, and without costs to any party, and with each side to bear its own attorneys fees, subject to the case being re-opened on letter application by any party within 30 days if the settlement is not completed. (Signed by Judge William H. Pauley, III on 6/14/2011) (tro) (Entered: 06/15/2011) |
| 07/08/2011 | 13 | ENDORSED LETTER addressed to Judge William H Pauley from Thomas Eagan dated 7/1/11 re: Request for an extension of the 30 day order of dismissal from 7/8 to 8/7/11. ENDORSEMENT: Application granted. (Signed by Judge William H. Pauley, III on 7/8/11) (cd) (Entered: 07/11/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/08/2012 17:17:04 | | | |
| PACER Login: | mb0224 | Client Code: | 1415.53 |
| Description: | Docket Report | Search Criteria: | 1:10-cv-09233-WHP |
| Billable Pages: | 3 | Cost: | 0.24 |