DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York  10580
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NIPPONKOA INSURANCE COMPANY, LTD.,          :

                     *Plaintiff,*          :          **11 Civ. 9040 (SAS)**

       - against -          :

CEVA LOGISTICS U.S., INC.,          :          **PLAINTIFF'S**
                                **<ins>INITIAL DISCLOSURES</ins>**

            *Defendant.*          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Plaintiff, NipponKoa Insurance Company, Ltd. (hereinafter "NipponKoa" or "Plaintiff") by its attorneys, Maloof Browne & Eagan LLC, provide the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure ("FRCP").

Plaintiff's disclosures are based upon information available to plaintiff thus far. Plaintiff reserves the right to add to or amend these disclosures as investigation and discovery continues.

1. **<ins>WITNESSES:</ins>**

| <ins>Name</ins> | <ins>Location</ins> | <ins>Potential Subjects</ins> <ins>of Information</ins> |
|---|---|---|
| **<ins>Toshiba America Information Systems Inc.</ins>** | | |
| Knowledge representative(s) including, without limitation, Michael Ott, Pat Overton, Alan Lowe (Transportation | 9740 Irvine Blvd. Irvine, CA 92618 | Cargo, value, transportation contract |

1

# EXHIBIT 7

Department), Gary Weaver
(VP Operations), Mark
Simons (VP & GM Digital
Products Division)

**CEVA Logistics U.S., Inc.**

| | | |
|---|---|---|
| Knowledgeable representative(s) including, without limitation, Maria Thompson, David Oldham, Shawn Colvin, Damon Thompson | Houston, TX 77205<br><br>Torrence, CA | Transportation contract, loss |

**Collyers, Inc.**

| | | |
|---|---|---|
| Knowledgeable representative(s) including, without limitation, Ian McLelland | East Gundstad, England | Transportation contract, damages |

**VERICLAIM Inc.**

| | | |
|---|---|---|
| Knowledgeable representative(s) including, without limitation, Joseph Stevens | 700 South Flower Street Suite 2310 Los Angeles, CA 90017<br><br>120 Broadway, Suite 900 New York, NY 10271 | Cargo, loss, insurance |

**NipponKoa Insurance Company, Ltd.**

| | | |
|---|---|---|
| Knowledgeable representative(s) of Nipponkoa Insurance Co., Ltd. | Yaiyo Semei Building 11-2 Nihobashi, 2-Chome, Chuo-ku Tokyo 103-8255 Japan | Insurance |

**NipponKoa Management Corporation**

| | | |
|---|---|---|
| Knowledgeable representative(s) of NipponKoa Management Corporation | 601 S. Figueroa St. Suite 2100 Los Angeles, CA 90017 | Insurance |

**CEVA Freight Shanghai Limited**

| | | |
|---|---|---|
| Knowledgeable representative(s) of CEVA | B/F, Jiangnan Shipyard Building | Condition of Cargo |

2

| | | |
|---|---|---|
| Freight Shanghai Limited | No. 600 Zuban Rd.<br>Shanghai 200023<br>China | |
| **COMPAL Information Technology Co.** | | |
| Knowledgeable representative(s) of COMPAL Information Technology Co. | Shanghai, China | Pre Shipment Condition of Cargo |
| **RTS International S de RL de CV** | | |
| Knowledgeable representative(s) including Juan Carlos Hernandez (Surveyor) | World Trade Center México<br>Montecito No. 38, Piso 27, Of. 20<br>Col. Nápoles Del. Benito Juárez<br>México, DF CP 03810 | Loss |
| **Toshiba Corporation** | | |
| Knowledgeable representative(s) including, without limitation, Kazuo Makabe | 1-1 Shibaura 1-Chome Minato-Ku, Tokyo 105-8001, Japan | Value |

2. **_DOCUMENTS:_**   (Rule 26(a)(1)(B) of FRCP)

The categories of documents subject to disclosure are listed below.  Copies of the documents were previously supplied as a courtesy and bate stamped MB&E 1-81.  Copies of additional documents are enclosed (MB&E 82-213).

- Documents related to good order and quantity of cargo

- Documents related to loss

- Documents related to damages

- Documents related to transportation

- Documents related to insurance

3. **_DAMAGES:_** (Rule 26(a)(1)(C) of FRCP)

As per the subrogation receipts previously produced:

| | | |
|---|---|---|
| 1. | B/L # EG93784335 | $1,152,360.00 |
| 2. | B/L # EG93784334 | $   227,145.60 |
| | | $1,379,505.60 |

3. Survey Fees                    est.  $2,000

Plaintiff reserves the right to establish as damages the actual sound market value of the lost goods.   Documents concerning the damages are included in the bate-stamped document annexed hereto.

4.  **_INSURANCE:_** (Rule 26(a)(1)(C) of FRCP)

Not applicable.

Dated:  Rye, New York                    MALOOF BROWNE & EAGAN LLC
    March 12, 2012

By:_____
  David T. Maloof (DM 3350)
  Thomas M. Eagan (TE 1713)
411 Theodore Fremd Avenue -Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
Email: dmaloof@maloofandbrowne.com
    teagan@maloofandbrowne.com

*Attorneys for Plaintiff*

F:\WP-DOCS\1415.86\DISCOVERY\021412 Plaintiff's Initial Disclosures.doc

4