UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIPPONKOA INSURANCE COMPANY, LTD,

    Plaintiff,

vs.

CEVA LOGISTICS U.S., INC.,

    Defendant.

Index No.: 11-CIV-9040

**CEVA LOGISTICS U.S., INC.
INITIAL DISCLOSURES
PURSUANT TO FRCP 26 (a)**

Defendant CEVA Logistics U.S., Inc. (hereinafter "CEVA") by their attorneys Duane Morris, LLP, provide their Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

A (i). Upon information and belief, individuals likely to have discoverable information are as follows:

1. Jose Garcia Sanchez, Independent Driver. The circumstances of the claimed loss, the security measures requested and the security measures provided.

2. Victor Hugo Moreno Medina, Supervior, Prosegur. The circumstances of the claimed loss, the security measures requested, the security measures provided and the post-incident investigation.

3. Alejandro Carmona, Prosegur. The circumstances of the claimed loss, the security measures requested and the security measures provided.

4. Victor Manuel Valdez, Prosegur. The circumstances of the claimed loss, the security measures requested and the security measures provided.

5. Fabiola Gutierrez Sanchez, Prosegur. The circumstances of the claimed loss, the security measures requested and the security measures provided.

EXHIBIT 8

6. Flores Cancino, Prosegur. The circumstances of the claimed loss, the security measures requested and the security measures provided.

7. Carlos Corceti Garces, Independent truck broker used by CMA CGM Mexico. The circumstances of the claimed loss.

8. Officer Victor Garcia, Ticoman Division, SSPDF. Investigation of the claimed loss.

9. Officer Marco Antonio Arcos, Public Safety Division, Cuautitlan, Mexico. Investigation of the claimed loss.

10. Officer Celeste Martinez, Ecatepec, Mexico Public Safety Division. Investigation of the claimed loss.

11. Present and former officers, directors, employees, and agents of Prosegur. The circumstances of the claimed loss, the security measures requested, the security measures provided and the post-incident investigation.

12. Jesus Chichino, Toshiba de Mexico SA de CV, Sierra Candela No. 111, PISO 6, Col. Lomas De Chapultepec, Mexico DF 11000, Mexico. The security arrangements requested, the shipping arrangements and the cargo allegedly lost.

13. Jorge Diaz. Toshiba de Mexico SA de CV, Sierra Candela No. 111, PISO 6, Col. Lomas De Chapultepec, Mexico DF 11000, Mexico. The security arrangements requested, the shipping arrangements and the cargo allegedly lost.

14. Jorge Reynoso Toshiba de Mexico SA de CV, Sierra Candela No. 111, PISO 6, Col. Lomas De Chapultepec, Mexico DF 11000, Mexico. The security arrangements requested, the shipping arrangements and the cargo allegedly lost.

DM1\3206566.1

15. Present and former officers, directors, employees, and agents of Toshiba de Mexico SA de CV, Sierra Candela No. 111, PISO 6, Col. Lomas De Chapultepec, Mexico DF 11000, Mexico. The security arrangements requested, the shipping arrangements and the cargo allegedly lost.

16. Present and former officers, directors, employees, and agents of Toshiba Corporation, 1-1 Shibaura 1-Chome, Minato-Ku, Tokyo, 05-8001, Japan. The security arrangements requested, the shipping arrangements and the cargo allegedly lost.

17. Present and former officers, directors, employees and agents of CMA CGM Mexico, S.A. de C.V., Blvd Miguel de la Madrid #448, Col. Fondeport, Manzanillo, Mexico 28219. The circumstances of the claimed loss, the security measures requested, the security measures provided and the post-incident investigation.

18. Juan Carlos Hernandez, RTS International S de RL de CV, World Trade Center Mexico, Montecito No. 38, Piso 27, Of. 20, Col. Napoles, Del. Benito Juarez, Mexico DF CP 03810. The circumstances of the claimed loss, the security measures requested, the security measures provided and Nipponkoa's investigation.

19. Carlos P. Zagal R., Partner and Managing Director—Business Protection Group, Global Risk Management Solutions, World Trade Center, Montecito no. 38, piso 17, ofic. 33, Mexico, D.F. The circumstances of the claimed loss, the security measures requested, the security measures provided and the post-incident investigation.

20. Alejandro Ramos, CEVA Freight Management Mexico S.A. de CV, Av. Gustavo Baz Prada km 12.5, Col. San. Pedro Barrientos, Tlalnepantla de Baz, Parque Industrial CPA Logistics Center, Estado de Mexico, Mexico, C.P. 54010. The circumstances of the

claimed loss, the security measures requested, the security measures provided and the post-incident investigation.

21. Jorge Hinojosa, CEVA Mexico. The circumstances of the claimed loss, the security measures requested, the security measures provided and the post-incident investigation.

22. Humberto Reyes, Operation Manager, CEVA Mexico. The circumstances of the claimed loss, the security measures requested, the security measures provided and the post-incident investigation.

23. Antonio Mendoza, Mexican Customs Agent. The circumstances of the claimed loss and the post-incident investigation.

24. Mary Cruz, Mexican Customs Agent. The circumstances of the claimed loss, the security measures requested, the security measures provided and the post-incident investigation.

25. Pat Overton, Toshiba America Information Services. Claim presented to Nipponkoa and Toshiba's agreement with CEVA.

26. Alan Lowe, Transportation Manager, Toshiba America Information Services. Claim presented to Nipponkoa and Toshiba's agreement with CEVA.

27. Present and former officers, directors, employees, and agents of Nipponkoa. Toshiba's claim under the policy issued by Nipponkoa and the security arrangements required by Nipponkoa for Toshiba's shipments.

28. Present and former officers, directors, employees, and agents of CEVA, c/o Duane Morris, LLP, One Riverfront Plaza, 1037 Raymond Boulevard, Newark, NJ 07102.

29. Individuals who are identified in documents produced by all parties and interrogatories answered by all parties.

30. Individuals identified in any deposition testimony in this case.

CEVA has not completed its investigation of the facts underlying this lawsuit and expressly reserves the right to supplement this response. CEVA further reserves the right to call any witness at trial not listed herein but determined through discovery and further investigation of this lawsuit.

(A)(ii). Documents.

CEVA identifies the following documents within its control:

1. CEVA Ocean Line Bill of Lading No. SHA110192348 dated Shanghai Mar. 24, 2011.

2. CMA CGM Waybill No. CNCT071234 dated Shanghai 25 MAR 2011.

CEVA has not completed its investigation of the facts underlying this lawsuit and expressly reserves the right to supplement this response as material and information is discovered and to rely upon information produced by other parties.

(A)(iii). Computation of Damages Claimed.

Not Applicable.

(A)(iv) Insurance Agreements.

Not applicable.

CEVA reserves the right to supplement its disclosures if and when new information comes to its attention or possession.

                                            **DUANE MORRIS LLP**
                                            A Delaware Limited Liability Partnership

Dated: March 13, 2012                  By: _/s/ P. Ryan McElduff_
                                                P. Ryan McElduff (PM-2596)
                                                Attorneys for CEVA LOGISTICS U.S., INC
                                                One Riverfront Plaza
                                                1037 Raymond Blvd., Suite 1800
                                                Newark, New Jersey 07102-3889
                                                (973) 424-2000
                                                PRMcelduff@duanemorris.com