```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
NIPPONKOA INSURANCE COMPANY,       :
LTD.,
                                   :
              Plaintiff,
                                   :    11 Civ. 9040 (SAS)(HBP)
     -against-
                                        ORDER
                                   :
CEVA LOGISTICS U.S., INC.,
et al.,                            :

              Defendants.          :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/12

PITMAN, United States Magistrate Judge:

In light of Judge Scheindlin's Opinion and Order transferring this matter to the Central District of California, all pending letter applications concerning discovery are denied without prejudice to renewal in the transferee Court.

Dated:  New York, New York
        July 6, 2012

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Thomas M. Eagan, Esq.
Maloof Browne & Eagan LLC
Suite 190
411 Fremd Avenue
Rye, New York  10580

EXHIBIT 9

James W. Carbin, Esq.
Duane Morris, LLP
One Riverfront Plaza
Suite 1800
1037 Raymond Boulevard
Newark, New Jersey 07102-5429