

## Appendix E: Suggested Minimum Security Guidelines
## Toshiba America Information Systems, Inc.

1. **General**

    1.1. Carrier agrees to implement TAIS' Minimum Security Guidelines. Carrier shall follow generally accepted practices and take all reasonable precautions to protect TAIS assets. Carrier agrees to ensure a level of security acceptable to TAIS at all times.

    1.2. TAIS may issue a written waiver to a requirement that is not applicable, or deemed impractical or unnecessary; however, the carrier must comply with all requirements in this Appendix that are not waived in writing.

    1.3. The carrier shall assign a senior security representative to implement, standardize and monitor their camera security procedures at all servicing and transit locations worldwide. The representative will integrate TAIS minimal security guidelines, outlined herein, into Carrier's security procedures and ensure that they are implemented.

    1.4. The carrier will produce to TAIS' transportation manager written security procedures and evidence of implementation based on TAIS' security guidelines not later than thirty (30) days after commencement of the transportation agreement.

    1.5. Carrier agrees to name TAIS, and its insurer, as a "named insured" on all insurance policies and to provide TAIS with a copy of a current certificate(s).

    1.6. Carrier will provide TAIS with a copy of the current US Department of Transportation's Motor Carrier Safety Rating and will provide copies of all future rating updates.

2. **Carrier Personnel**

    2.1. Carrier shall ensure that all employees and sub-contractors that have access to TAIS product are positively vetted (drug tested and background checked) before employment commences. The background check will include a review of the applicant's prior employment, driving and criminal history for a minimum of five years. The carrier will provide evidence of vetting to TAIS, if requested.

    2.2. Carrier confirms that employees of the carrier that perform work at TAIS facilities have no record of felony criminal convictions involving drugs or combative behavior or theft within the last five years. Carrier understands that such employees may be subject to criminal history investigations by TAIS, at TAIS' expense, and will be denied access to TAIS facilities if any such criminal convictions are discovered.

    2.3. Carrier will ensure their timelog policy and drivers comply with Department of Transportation (DOT) requirements.



2.4. Carrier will ensure a vigorous security awareness and education programs, characterized by signs, posters, meetings, new employee security orientation and an employee anonymous hot-line to report incidents.

3. **Carrier's Premises Security**

   3.1. Carrier will provide and maintain, at all times, adequate security systems to allow continuous security monitoring and protection of TAIS' freight against fire, theft and intrusion. This will include a building fire detection system, an intruder detection system and a closed circuit television system with a video recording capability. The video must cover all areas where TAIS assets are present. Videotapes must be saved a minimum of thirty (30) days.

   3.2. Carrier will ensure that all vehicle and pedestrian access to its premises is controlled to prevent unauthorized casual or intentional intrusion. Details of measures shall be included in Carrier's security procedures.

4. **Handling Guidelines**

   4.1. Carrier will make every effort to deliver TAIS freight at the earliest possible time and not to store freight. The Carrier will not consolidate TAIS freight at the destination terminal for the purpose of maximizing their resource (equipment or personnel) utilization.

   4.2. Carrier will establish standing delivery times daily with TAIS' customers or will establish a delivery time for each shipment as soon as freight is picked up at TAIS (Point of origin). If the Carrier is going to: a) be more than 15 minutes late for a scheduled appointment, b) needs to cancel a scheduled appointment or c) there is no freight for a standing appointment, then the Carrier will notify the consignee receiving dock personnel. TAIS will be notified on an exception basis, in writing, by the tenth day of each calendar month, for the proceeding months' exceptions.

   4.3. Carrier will notify TAIS immediately in writing of any customers who refuse to receive TAIS freight within seventy-two (72) hours of requested delivery time.

   4.4. TAIS may perform routine surveys, at TAIS' expense, of Carriers performance from our customers' viewpoint and report the results to the Carrier.

   4.5. Carrier will not breakdown TAIS pallet shipments for any reason without written authorization from TAIS.

   4.6. The Carriers process will ensure that there is a count of individual pieces at every transfer point from initial receipt at TAIS until and including the final destination. The Carriers process must establish accountability: the individual counting the individual pieces must sign for and acknowledge receipt by piece count; the Carriers process must be able to identify at what transfer point the loss of freight was determined; the names of the individuals acknowledging receipt (or loss) of the freight at all transfer points must be identifiable; and that the name of the receiver at the customer is identifiable (Carriers delivery forms should require the name of the individual signing for the freight to be printed in addition to the signature).



4.7. Carrier must investigate all shortages and damage immediately and notify TAIS within 24-hours of the time they become aware of the shortage. Also, any freight showing evidence of being opened or tampered with must be reported to TAIS immediately and a written report must be produced within twenty-four (24) hours following the discovery.

4.8. All of the carriers loss and shortage investigation reports will be made available to TAIS upon request, regardless of shipment moving on prepaid or collect basis, provided TAIS is either the shipper or receiver of the freight.

4.9. The carrier is prohibited from opening TAIS freight unless directed in writing by a Customs officer, or TAIS.

5. **Secure Storage**

In the event that TAIS freight must be stored at the carrier's premises for more than four (4) hours, the carrier will secure the freight in a restricted and secured access area that meets the following minimal guidelines. Examples of secure storage may include sealed or locked containers, locked cages, and locked hard-wall areas.

5.1. The area must have limited access, restricted to supervisory personnel, involved directly in the transport of TAIS freight who meet the vetting requirements of Section 2.2.

5.2. Precautions must be taken to protect the access mechanism (e.g., key, combination, or badge).

5.3. The area must be under constant CCTV coverage. The CCTV coverage must be capable of recording the identity of all individuals accessing the area. Recordings must be kept a minimum thirty (30) days. Lighting must be sufficient to ensure adequate recording.

5.4. There must be after-hours intrusion detection of the facility and the immediate area where TAIS product is stored, when the facility or area is unmanned.

5.5. Storage of TAIS product in trailers outside the building should be used only as a last resort. If a trailer has to be used, the carrier agrees (in addition to the above requirements) to use high-security locks on the trailer door, use king pin locks on the trailer itself and to position the trailer against a building or other trailers to prevent product from being removed and the trailer from being moved. Trailers containing TAIS product should never be stored in an unmanned yard. The yard must be fully fenced, locked down and manned after hours.

6. **Vehicle & In-Transit Security**

6.1. All trailers used for transporting TAIS product shall be equipped with solid sides and will be locked and sealed by carrier personnel. Carrier will ensure that the seal is not broken or otherwise tampered with. Carrier will follow piece count procedures as outlined in Section 4.8.



6.2. Carrier agrees that all transit of TAIS product will be point to point and that the driver will not deviate from the assigned pick-ups or delivery routes nor make unscheduled stops.

6.3. TAIS reserves the right to require, at any time, that the Carrier's vehicle tractor units and trailers be fitted with a mutually agreed vehicle location system and that arrangements be made to supply TAIS with copies of alarm exception reports.

6.4. All Carrier's vehicles used for carrying TAIS product shall be equipped with a suitable communication system that will allow the vehicle driver to request assistance in the event of an emergency. (Minimum of two-way radios.)

6.5. Carrier shall use routes and schedules (published and well traveled) which maximize overall freight security. Suppliers will not permit any deviation except to exceptional circumstances; i.e. floods and road or traffic conditions that create excessively long delays, mandatory detours, or other causes that are justifiable. Unscheduled stops are not permitted.

6.6. Carrier shall implement a system to insure that a Carrier driver/representative is present when product is loaded at TAIS and unloaded at consignee.

6.7. Supplier will incorporate a pre-alert process for unusually high value cargo or expedited deliveries ("hot" shipments) for point to point shipments that can be requested by TAIS, if desired.

7. Reviews and Audits

7.1. TAIS reserves the right, at TAIS' expense, to audit any of Carrier's premises and/or servicing and transit locations, including sub-contractors facilities.

7.2. Carrier will perform twice a year self-audit of all their facilities and all sub-contractor facilities and hub locations through which TAIS freight is moved. Carrier will report results to TAIS at the quarterly security performance meetings.

8. Carrier's use of Sub-Contractors

8.1. Carrier agrees that all subcontractors must agree contractually to abide by these minimum-security requirements. The supplier's written agreement with the sub-contractor will state this requirement and incorporate these minimum-security guidelines.

8.2. Carrier agrees to notify TAIS in advance of all proposed sub-contractors.

8.3. Sub-contractors facilities are subject to the same audit procedures noted in Section 7 above.



9. **Incident and Security Performance Reporting Responsibilities**

   9.1. Carrier corporate security representative will report incidents to TAIS and law enforcement immediately and provide written preliminary report within 24-hours of any such incident. If material is to continue transit, reasonable effort must be made to preserve evidence of tampering, (e.g., photographs). Carrier shall provide shipper copies of any internal or police reports within thirty (30) days of loss.

   9.2. Carrier will provide status reports to TAIS of all necessary security process and facility improvements.

   9.3. TAIS Logistic or Insurance representatives shall have open access to Carrier facility audits and loss/theft investigations or may conduct an investigation on their own. Carrier agrees to provide reasonable cooperation to said representatives in the course of its investigation. Also, TAIS' Corporate Security shall, as necessary, participate with Carrier Security on security investigations and resolutions of issues involving loss/theft investigations.

   9.4. Carrier's Corporate Security Official will meet with TAIS Security and/or Transportation Manager no less than semi-annually, or as required, to review security performance. A security report will be submitted as required, with copies provided to TAIS Security and to TAIS Logistics. Any irregularities and corrective action plans will be explained. Carrier will provide to TAIS a full report on all losses and thefts at specific facilities for the past twelve (12) months. Carrier's performance report will list losses for both TAIS and non-TAIS freight (anonymously).

10. **Reporting Requirements:**

    10.1. Carrier agrees to provide a weekly summary report showing total shipments, total pieces, number of orders short, number of pieces short, % of orders short and % of pieces short.

    10.2. Carrier agrees to report shortages, overages, and refused or delayed delivery. Carrier will notify TAIS and provide the information, by calling/e-mailing the TAIS Transportation Department at 949/583-3815 or by fax to 949/587-6081.

Effective Date:   9/16/04

Expiration Date:   09/30/05

**Eagle Global Logistics**
Agreed & Understood

Name:  Bill Fallon
Title:   Vice President Sales West Region
Date:   9/23/04

**Toshiba America Information Systems, Inc.**
Agreed & Understood

Name:  Mark Simons
Title:   VP & GM Digital Products Division
Date:   10/15/2004