## CEVA TdM CLAIMS PROCESSED AND PAID

| Prefix | Claim # | Reason | Customer | City | ST | Order# | Qty | File Date | Ship Date | Tracking # | Amt of Claim | Pd Amt | Pd Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAR | 12324 | LF | TdM | MEXICO CITY | MX | 295435-00 | 5 | 11/9/09 | 10/14/09 | EG2954355 | $1,975.00 | $1,870.00 | 1/25/10 |
| CAR | 12586 | LF | TDM | MEXICO CITY | MX | 043239-04 | 3 | 2/23/10 | 2/8/10 | EG0432390 | $1,047.00 | $1,047.00 | 4/28/10 |
| CAR | 12909 | LF | TdM | MEXICO CITY | MX | 420964-13 | 23 | 7/1/10 | 5/28/10 | EG4209641 | $11,005.50 | $11,005.50 | 2/22/11 |
| CAR | 12920 | LF | TdM | MEXICO CITY | MX | 440280-50 | 4 | 7/15/10 | 6/18/10 | EG4402805 | $4,726.00 | $4,726.00 | 9/10/10 |
| CAR | 13130 | EM | TdM | MEXICO CITY | MX | 611678-21 | 1 | 10/28/10 | 10/7/10 | 94818872 | $363.55 | $363.55 | 12/9/10 |
| CAR | 13164 | TF | TdM | MEXICO CITY | MX | 561871-08 | 44 | 12/10/10 | 9/20/10 | EG5618710 | $15,571.16 | $15,571.16 | 4/28/11 |

MB&E 122
# EXHIBIT 3