

# LOSS AND DAMAGE CLAIM FORM

**CARRIER INFO:**

CEVA LOGISTICS
CORPORATE CLAIMS DEPT.
PO BOX 60467 AMF
HOUSTON, TX 77205-
PH: (800) 955-4005 / FAX: (281) 618-3311
E-Mail: Maria.Thompson@cevalogistics.com

**CLAIM PAYABLE TO:**

TOSHIBA AMERICA INFORMATION SYSTEMS
ATTN: TRANSPORTATION DEPARTMENT
9740 IRVINE BLVD.
IRVINE, CA 92618
PH: (949) 583-3815 / FAX:(949) 206-3581
E-Mail: Pat.Overton@tais.toshiba.com

| | |
|---|---|
| 4/26/2011 (DATE FILED) | $974,538.00 (AMOUNT OF CLAIM) |
| LFC13431/DPD OD (CLAIMANT'S CLAIMS NUMBER) | EG93784335 (CARRIER PRO# / AIRBILL#) |
| 937843-35 (CLAIMANT'S REFERENCE NUMBER) | 3/21/2011 (DATE OF SHIPMENT) |

| | |
|---|---|
| TOSHIBA DE MEXICO (CONSIGNEE'S NAME) MEXICO CITY, MX (FINAL DESTINATION) | TOSHIBA AMERICA INFORMATION SYSTEMS (SHIPPER'S NAME) IRVINE, CA 92618 (SHIPPED FROM) |

## DETAILED STATEMENT SHOWING HOW AMOUNT CLAIMED IS DETERMINED
*(Number and description of articles, nature and extent of loss and damage, invoice price of articles, amount of claim, etc.)*

| Qty | Model # | Description | Serial Number | Weight | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|
| 2700 | PST2LU-00600F | LAPTOPS | ENTIRE ORDER | 0 | $360.94 | $974,538.00 |
| | SHIPPED OCEAN/RAIL TO TdM CONTAINER AND TRUCK MISSING | | | | | |
| | | | | | Total Claim Amount | $974,538.00 |

THE FOREGOING STATEMENT OF FACTS IS HERBY CERTIFIED AS CORRECT AND ALL DOCUMENTATION ATTACHED IS ALSO CERTIFIED TO BE THE EXACT COPIES TO SUPPORT THIS CLAIM.

| | |
|---|---|
| PAT OVERTON (Name of Claimant) | *PAT OVERTON* (Signature of Claimant) |



# LOSS AND DAMAGE CLAIM FORM

| CARRIER INFO: | CLAIM PAYABLE TO: |
|---|---|
| CEVA LOGISTICS<br>CORPORATE CLAIMS DEPT.<br>PO BOX 60467 AMF<br>HOUSTON, TX 77205-<br>PH: (800) 955-4005 / FAX: (281) 618-3311<br>E-Mail: Maria.Thompson@cevalogistics.com | TOSHIBA AMERICA INFORMATION SYSTEMS<br>ATTN: TRANSPORTATION DEPARTMENT<br>9740 IRVINE BLVD.<br>IRVINE, CA 92618<br>PH: (949) 583-3815 / FAX:(949) 206-3581<br>E-Mail: Pat.Overton@tais.toshiba.com |

| | |
|---|---|
| 4/26/2011<br>(DATE FILED) | $212,042.88<br>(AMOUNT OF CLAIM) |
| LFC13430/DPD OD<br>(CLAIMANT'S CLAIMS NUMBER) | EG93784334<br>(CARRIER PRO# / AIRBILL#) |
| 937843-34<br>(CLAIMANT'S REFERENCE NUMBER) | 3/21/2011<br>(DATE OF SHIPMENT) |

| | |
|---|---|
| TOSHIBA DE MEXICO<br>(CONSIGNEE'S NAME)<br>MEXICO CITY, MX<br>(FINAL DESTINATION) | TOSHIBA AMERICA INFORMATION SYSTEMS<br>(SHIPPER'S NAME)<br>IRVINE, CA 92618<br>(SHIPPED FROM) |

### DETAILED STATEMENT SHOWING HOW AMOUNT CLAIMED IS DETERMINED
(Number and description of articles, nature and extent of loss and damage, invoice price of articles, amount of claim, etc.)

| Qty | Model # | Description | Serial Number | Weight | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|
| 864 | PLL50U-01F01R | LAPTOPS | ENTIRE ORDER | 0 | $245.42 | $212,042.88 |
| | | SHIPPED OCEAN/RAIL TO TdM<br>CONTAINER AND TRUCK MISSING | | | | |
| | | | | | Total Claim Amount | $212,042.88 |

THE FOREGOING STATEMENT OF FACTS IS HERBY CERTIFIED AS CORRECT AND ALL DOCUMENTATION ATTACHED IS ALSO CERTIFIED TO BE THE EXACT COPIES TO SUPPORT THIS CLAIM.

| PAT OVERTON | *PAT OVERTON* |
|---|---|
| (Name of Claimant) | (Signature of Claimant) |