**David Maloof**

| | |
|---|---|
| **From:** | Ian McLelland [IMcLelland@collyers.com] |
| **Sent:** | Tuesday, November 22, 2011 12:15 PM |
| **To:** | David Maloof |
| **Cc:** | David.Oldham@cevalogistics.com; Katherine Gingise; Maria R.(IAH-Corp) Guerrero; Shawn Colvin |
| **Subject:** | Re: Toshiba - 20 Apr 11 - FM0007110895 - CM1242910 - 1415.86 CEVA III |
| **Attachments:** | 35818715.pdf; TOSHIBA EG30901303.pdf; eg2483z807.pdf |

Further to our previous exchanges we wish to establish, pending completion of our enquiries and the submission of our recommendations to our principals, the extent of CEVA's maximum liability in accordance with the contract sent to Vericlaim.

In this respect it is our submission that this is limited to USD50,000 and in support of this submission we enclose details of three previous claims settled on this basis.

We await you response.


Ian Mclelland
Collyers

1

# EXHIBIT 6

# CEVA LOGISTICS

## Claim Abstract (Detail)
## STARS

### Claim Information

| | |
|---|---|
| **Claim:** | 35-818715 |
| Customer Name: | TOSHIBA AMERICA INFORMATION SYS |
| Name 2: | |
| Coverage: | 0007 - Cargo Liability |
| Origin: | LAX - Los Angeles, CA |
| Site Code: | LAX |
| State: | |
| Policy #: | |
| Status: | 11/12/2003 |
| SS #: | USA |
| Claim Description: | LAPTOPS |
| Other Desc.: | |
| Cause: | |
| Currency: | USD - US Dollar |
| Dt Shipped: | 11/29/2002   Claim Date: 5/12/2003 |
| Close Date: | 11/12/2003   Policy Date: |
| Lost Days: | 0 |
| Rest Days: | 0 |
| Severity: | |
| Litigation Flag: | |
| Carrier: | AS4 - AS400 |
| Last Edit Date: | 11/20/2008 |
| Activity Date: | 11/20/2008   By: Tape |
| Tape Update: | F - Claim Found But Not Updated |

### Current Claim Totals

| | Incurred | Paid | Outstanding |
|---|---|---|---|
| Claimant Damages | 0.00 | 0.00 | 0.00 |
| General Fees | 0.00 | 0.00 | 0.00 |
| Claimant Costs | 50,000.00 | 50,000.00 | 0.00 |
| Recovery | 0.00 | 0.00 | 0.00 |
| Deductible | 0.00 | 0.00 | 0.00 |
| Legal | 0.00 | 0.00 | 0.00 |
| Other | 0.00 | 0.00 | 0.00 |
| Net Incurred | 50,000.00 | 50,000.00 | 0.00 |

### Special Analysis Fields

| | | |
|---|---|---|
| Detail Cause: | | |
| Analysis 2: | | |
| EXP/IMP: | | |
| Claim Type: | D | - DOMESTIC |
| Analysis 5: | | |
| Analysis 6: | | |
| Potential Subro?: | | |
| Analysis 8: | | |
| Analysis 9: | | |
| Analysis 10: | | |
| Analysis 11: | | |
| Analysis 12: | | |
| Analysis 13: | | |
| Analysis 14: | | |
| Analysis 15: | | |
| Analysis 16: | | |
| Analysis 17: | | |
| Status Detail: | | |
| Analysis 19: | | |
| Analysis 20: | | |
| Misc. Desc. 1: | | |
| Misc. Desc. 2: | | |
| MAWB #1: | DA998299JE | |
| Misc. Desc. 4: | | |

| | | |
|---|---|---|
| Misc. Date 1: | | Misc. Date 6: |
| Due Date: | 12/2/2002 | Misc. Date 7: |
| Misc. Date 3: | | Misc. Date 8: |
| Misc. Date 4: | | AS400 Start Dt: |
| Misc. Date 5: | | Misc. Date 10: |

| | | |
|---|---|---|
| Claimed Amount: | 94,000.00 | Misc. Num. 3: 0.00 |
| Misc. Num. 2: | 0.00 | Misc. Num. 4: 0.00 |

### Claim Transactions for Claim Number: 35-818715

| Trans. Date | Check # | Type | Amount | Payee | Vendor | Entry Dt | Status | Added by |
|---|---|---|---|---|---|---|---|---|
| 11/12/2003 | | 1P10 - Med/BI/Comp Payment | 0.00 | | | 10/30/2008 | F | Tape |
| 10/30/2008 | | 3P30 - Ind/PD/Coll Payment | 50,000.00 | | | 10/30/2008 | F | Tape |



EGL

Bank of America, N.A.
Wichita Falls, Texas

88-130
1119

P.O. BOX 60467 AMF
HOUSTON, TX 77205
FEIN 76-0094895   (281) 618 - 3100

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 09/22/2006 | 264875 | 50,000.00 |

PAY  Fifty Thousand Dollars And 00 Cents*************************************

*EGL* Eagle Global Logistics

_PRESIDENT_

_TREASURER_

TO THE
ORDER OF
TOSHIBA
9740 IRVINE BLVD
IRVINE, CA  92618
United States

SIGNATURE HAS A BLUE BACKGROUND • BORDER CONTAINS MICROPRINTING

⑈"0000264875"  ⑈:111901302⑈:  002330941536"

---

*EGL* Eagle Global Logistics
P.O. BOX 60467 AMF
HOUSTON, TX 77205
FEIN 76-0094895   (281) 618 - 3100

**Remittance Advice**

Vendor: TOSHIBA

| CHECK NO. | | |
|---|---|---|
| 264875 | 09/22/2006 | |

| | | Net Amt. |
|---|---|---|
| | | 50,000.00 |

| Invoice Date | Invoice No. | |
|---|---|---|
| 21-SEP-06 | EG30901303 | 50,000.00 |
| 1415.02 INS-PAY-MIA-SHA | | |

DHL 2-DAY
9/22
T. EAGAN

50,000.00



# ORACLE
## iProcurement

Return to Portal    Shopping Cart    Help

Home | Shop | Requisition Status | My Profile

**Checkout**

Shopping Cart — Delivery — Billing — Notes — Approvers — **Review & Submit**

## Review and Submit Requisition

Please review your requisition carefully to verify that everything's OK.

- **Ready to complete this transaction?** Press the **Submit** button
- **Need to make corrections?** Use your browser's Back button

**Submit**

| Requisition 130441 | | Total (USD) | 50,000.00 |
|---|---|---|---|

Created by **McMains, Clyde E**     Urgent Requisition **No**
Creation Date **14-AUG-2006**     P-Card Number
Description **EG30901303 / 1415.02 INS PAY- MIA - SHA**
Note to Approver **PER KZ. CHG INS $45,000. / CHG MIA-SHA $2500. EA**
Note to Buyer

Add Attachments     **Attention To**     **Type**     **Description**

### Items

To view all the information for a line item, click its **View** link.

| | Line | Item Description | Unit | Quantity | Price | Total (USD) |
|---|---|---|---|---|---|---|
| ▶ View | 1 | EG30901303 / 1415.02 INS PAY- MIA - SHA | Each | 1 | 50000.00 | 50,000.00 |
| | | | | | Total (USD) | **50,000.00** |

Clear Checkout Changes and Return to Shopping Cart

**Submit**

Home | Shop | Requisition Status | My Profile | Shopping Cart | Help

# ORACLE
# iProcurement



Return to Portal   Shopping Cart   Help

| Home | Shop | Requisition Status | My Profile |

Requisitions | Notifications | Receiving | Approvals

Requisition Status: Requisitions > Requisition Details

## View Requisition Details

### (i) Confirmation

The selected requisition has been canceled.

▶ **View Approval History**

### Requisition   121417   (Cancelled)                                    Total (L

| | |
|---|---|
| Created By | McMains, Clyde E |
| Creation Date | 06-JUL-2006 |
| Description | EG30901303 / 1415.02 INS PAY $25K. MIA / SHA 2500. EA |
| Note To Approver | PER KZ. |
| Note To Buyer | |

| | |
|---|---|
| Urgent Requisition | No |
| P-Card Number | |
| Deliver-To | McMains, Clyde E |
| | 15350 Vickery Dri |
| | Houston, TX 7703 |

Attachments   **Attention To**                     Type         **Description**

## Items

To view additional details for a line item, click its **View** link.

| | Line | Order Type | Order Number | Item Description | Need-By | Unit | Quantity | Price | Tota |
|---|---|---|---|---|---|---|---|---|---|
| ▶ View | 1 | Purchase | | EG30901303 / 1415.02 INS PAY $25K. MIA / SHA 2500. EA | 13-JUL-2006 | Each | 1 | | 30000 |

Total (USD)

Copy

http://oracle.eaglegl.com:8004/oa_servlets/oracle.apps.icx.por.apps.AppsManager                8/14/2006

and enter a new requisition with different category.

130441  approved 8/14/06

PO number on this requisition is 234861 and it is already approved.

This requisition was in Mr. Gallardo's queue for more than a month and was approved by Mr. Seckel yesterday.

As you can see, these are quite old, and I am getting very angry telephone calls.

Thanks,
kz

*Kathi Zimmermann*
*Manager Cargo Claims*
*T - 832 601 5576*
*F - 281 618 3472*

**Zimmermann, Kathi**

| | |
|---|---|
| **From:** | Thomas Eagan (Maloof & Browne) [teagan@maloofandbrowne.com] |
| **Sent:** | Monday, August 21, 2006 12:09 PM |
| **To:** | Lucas, Carolynn; Zimmermann, Kathi |
| **Cc:** | ian_blackburn@ars.aon.com |
| **Subject:** | RE: EGL no. EG3001303/ Our ref 1415.02  AIMA 69090 |

Carolyn and Kathi,

We are pleased to advise that our client accepts the offer of $50,000.
Kindly make the check payable to "Maloof Browne & Eagan LLC, as attorneys". We would
expect payment by August 31. We are executing the release and will forward to you shortly.

Thank you for your courtesy and cooperation in reaching an amicable resolution of this
matter.

Thomas M. Eagan
Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023

-----Original Message-----
From: Lucas, Carolynn [mailto:Carolynn.Lucas@AIG.com]
Sent: Thursday, August 10, 2006 11:55 AM
To: Thomas Eagan (Maloof & Browne); Zimmermann, Kathi
Cc: ian_blackburn@ars.aon.com
Subject: RE: EGL no. EG3001303/ Our ref 1415.02  AIMA 69090


This release is good and just need to add American Home Insurance Company as EGL's cargo
insurers.

Please advise on the acceptance of the $50,000 and thank you for presenting for
acceptance.

regards,



Carolynn Lucas
Cargo Claims Manager
A.I. Marine Adjusters, Inc.
2929 Allen Parkway, Suite 1300
Houston, TX 77019-2128
Telephone:  713.342.7386
Fax:   713.831.5311
email:  carolynn.lucas@aig.com

The information in this email (and any attachments hereto) is confidential.  If you are
not the intended recipient, you must not use or disseminate the information.  If you have
received this email in error, please immediately notify me by "Reply" command and
permanently delete the original and any copies or printouts thereof.  Although this email
and any attachments are believed to be free of any virus or other defect that might affect
any computer syst em into which it is received and opened, it is the responsibility of the
recipient to ensure that it is virus free and no responsibility is accepted by American
International Group, Inc. or its subsidiaries or affiliates either jointly or severally,
for any loss or damage arising in any way from its use.


-----Original Message-----
From: Thomas Eagan (Maloof & Browne) [ mailto:teagan@maloofandbrowne.com

<mailto:teagan@maloofandbrowne.com> ]
Sent: Thursday, August 10, 2006 10:57 AM
To: Lucas, Carolynn; Zimmermann, Kathi
Cc: ian_blackburn@ars.aon.com
Subject: RE: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090


Carolyn and Kathi

We are recommending to our client to accept $50,000 settlement on without prejudice basis.
We expect to revert shortly with their approval. In anticipation that the matter will
settle at that amount, we enclose a from of release/hold harmless. Kindly let us have any
comments.

Thanks and regards.

Thomas M. Eagan
Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023



-----Original Message-----
From: Lucas, Carolynn [ mailto:Carolynn.Lucas@AIG.com <mailto:Carolynn.Lucas@AIG.com> ]
Sent: Wednesday, August 09, 2006 5:35 PM
To: Thomas Eagan (Maloof & Browne); Zimmermann, Kathi
Cc: ian_blackburn@ars.aon.com
Subject: RE: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090


Per the VeriClaim report in which they listed the limitations at the end of their report.

Have re-read the contract portion and see I have mixed up the limitations.  It appears the
$50,000 is listed for Domestic and contract shows $50,000 once freight transferred to
carrier's domestic network, for the Overseas Direct Shipping Program or the Non-Direct
Shipping Program and again for Direct Shipping Program DNs (sales orders), so will agree
we should be using the $50,000.

In view of the above list of  3 different types of shipping programs, don't believe the
extra limitation for international shipment of
$8,361.95 should be included.

It is unknown which of the different programs this shipment is actually under but all 3
show Full release value up to $50,000. We also do not have Appendix B or Appendix C of the
contract.

We would be willing to settle for the $50,000.   If this is acceptable,
we will forward an additional check to EGL who then can remit payment to your office.

regards,

Carolynn Lucas
Cargo Claims Manager
A.I. Marine Adjusters, Inc.
2929 Allen Parkway, Suite 1300
Houston, TX 77019-2128
Telephone:  713.342.7386
Fax:  713.831.5311
email:  carolynn.lucas@aig.com

The information in this email (and any attachments hereto) is confidential.  If you are
not the intended recipient, you must not use or disseminate the information.  If you have
received this email in error, please immediately notify me by "Reply" command and

permanently delete the original and any copies or printouts thereof.  Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer syst em into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by American International Group, Inc. or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising in any way from its use.


-----Original Message-----
From: Thomas Eagan (Maloof & Browne) [ mailto:teagan@maloofandbrowne.com <mailto:teagan@maloofandbrowne.com>  < mailto:teagan@maloofandbrowne.com <mailto:teagan@maloofandbrowne.com > ]
Sent: Wednesday, August 09, 2006 3:47 PM
To: Lucas, Carolynn; Zimmermann, Kathi
Cc: ian_blackburn@ars.aon.com
Subject: RE: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090


Without prejudice

Carolyn,

What is the basis for $30,000? You don't dispute the contract says $50,000 plus the air treaty limit. The fact you may have closed your file or sent a check to EGL does not mean anything.

Kindly confirm by August 11 that EGL is offering the $58,361.95.

Otherwise, our client will file suit.

Thomas M. Eagan
Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
-----Original Message-----
From: Lucas, Carolynn [ mailto:Carolynn.Lucas@AIG.com <mailto:Carolynn.Lucas@AIG.com>  < mailto:Carolynn.Lucas@AIG.com <mailto:Carolynn.Lucas@AIG.com > ]
Sent: Wednesday, August 09, 2006 4:28 PM
To: Thomas Eagan (Maloof & Browne); Zimmermann, Kathi
Cc: 'ian_blackburn@ars.aon.com'
Subject: RE: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090


We closed our file on July 11, 2006 by sending EGL the insurance company portion of the settlement under the terms and conditions of their policy.

Per the inspection report made by Vericlaim, as part of your documents, it states under transit details:  "Shipment of 66 cartons was conveyed from Shanghai, China to Chicago Illinois."   You further state in your letter of August 3, 2006 to Ms. Zimmermann that you consider the limitation to be $50,000 plus the applicable international carriage limit (as these computers were part of a China to U.S. air shipment)."
This addition amounted to $8,361.95.

 We consider this to be an international shipment subject to the $30,000 contractual limitation which has already been sent to EGL.

regards,


Carolynn Lucas
Cargo Claims Manager
A.I. Marine Adjusters, Inc.

AI MARINE ADJUSTERS, INC.
175 WATER ST. 15TH FL.
NEW YORK NY 10038

EGL-CARGO LEGAL LIABILITY
EGL INC-ATT: K ZIMMERMANN
15350 VICKERY DRIVE
HOUSTON TX 77032

**AI MARINE ADJUSTERS INC**

**Batch:** 0811X072
**Office:** 003

**Claim No.:** 0069090A      **Policy No.:** 8549403

**Claim Description:** 66 LAPTOP COMPUTERS NON D

**Check No.:** 70000580
**RFP No.:** 00991002
**DOL:** 01/14/2006
**Reference:** EG30901303
**Vendor ID:** 0
**Type:** IND
**Company:**

**PAYEE:** EGL INC

INSPAY

**NOT
A
CHECK

NON-NEGOTIABLE**

# IF YOU HAVE ANY QUESTIONS, PLEASE CALL US AT 212-458-6577
# OR E-MAIL US AT AIMARINE.PLA @AIG.COM

THIS DOCUMENT CONTAINS A CUSTOM COLORED BACKGROUND AS A SECURITY FEATURE

**AIG GLOBAL MARINE AND ENERGY**
   **Claim No.:** 0069090A      **Policy No.:** 8549403

   **Claim Description:** 66 LAPTOP COMPUTERS NON D

51-44/119
**Date:** 08/12/2006
**Check No.:** 70000580
**RFP No.:** 00991002
**DOL:** 01/14/2006
EG30901303

**PAY** **TWENTY THOUSAND DOLLARS AND 00 CENTS**

**TO
THE
ORDER
OF**          EGL INC

**Pay** *****$20,000.00

**VOID AFTER NINETY DAYS**

FLEET BANK
HARTFORD                    CT

**AUTHORIZED SIGNATURE**

⑈70000580⑈ ⑆011900445⑆ 5208⑈

AMERICAN INTERNATIONAL MARINE AGENCY, INC.                    50-937/213
Batch    0711X247                            07/12/2006 Check No.    00160389
Claim    0069090A        Policy    8549403  RFP No.    00988674  Reference No.    30901303
Claim Desc:    66 LAPTOP COMPUTERS NON D  01/14/2006AWB012 68892552

Payee:    EGL EAGLE GLOBAL LOGISTICS                    **********$25,000.00

                                                        NOT
                                                         A
                                                        CHECK

CHASE MANHATTAN BANK
SYRACUSE        NY                                      NON-NEGOTIABLE



EGL-CARGO LEGAL LIABILITY
EGL INC - ATTN: K ZIMMERMANN
15350 VICKERY DRIVE

HOUSTON                        TX 77032              NON-NEGOTIABLE

THIS DOCUMENT CONTAINS A CUSTOM COLORED BACKGROUND AS A SECURITY FEATURE
                                                        50-937/213
AMERICAN INTERNATIONAL MARINE AGENCY, INC.
                                             07/12/2006 Check No.    00160389
Claim    0069090A        Policy    8549403  RFP No.    00988674  Reference No.    30901303
Claim Desc:    66 LAPTOP COMPUTERS NON D  01/14/2006AWB012 68892552

PAY    *** TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS**

To                                                  **********$25,000.00
The    EGL EAGLE GLOBAL LOGISTICS
Order                                               VOID AFTER NINETY DAYS
Of

CHASE MANHATTAN BANK
SYRACUSE        NY                                  AUTHORIZED SIGNATURE

⑈00160389⑈ ⑈021309379⑈: 601⑈8⑈2428?⑈

## Zimmermann, Kathi

| | |
|---|---|
| **From:** | Lucas, Carolynn [Carolynn.Lucas@AIG.com] |
| **Sent:** | Friday, August 11, 2006 3:34 PM |
| **To:** | Zimmermann, Kathi |
| **Cc:** | 'ian_blackburn@ars.aon.com' |
| **Subject:** | RE: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090 |

Kathi:   We have today ordered check for $20,000 to finalize the $45,000 due from the insurance company for this $50,000 total accepted.   At least we saved some money on this one as they could have asked for the $5.00 per pound additional.
The first $25,000 was mailed to you on July 11, 2006.

Check will be forthcoming in normal manner.

regards,
Carolynn Lucas
Cargo Claims Manager
A.I. Marine Adjusters, Inc.
2929 Allen Parkway, Suite 1300
Houston, TX 77019-2128
Telephone: 713.342.7386
Fax:  713.831.5311
email:  carolynn.lucas@aig.com

The information in this email (and any attachments hereto) is confidential.  If you are not the intended recipient, you must not use or disseminate the information.  If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.  Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer syst em into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by American International Group, Inc. or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising in any way from its use.

-----Original Message-----
**From:** Lucas, Carolynn
**Sent:** Thursday, August 10, 2006 10:55 AM
**To:** 'Thomas Eagan (Maloof & Browne)'; Zimmermann, Kathi
**Cc:** ian_blackburn@ars.aon.com
**Subject:** RE: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090

This release is good and just need to add American Home Insurance Company as EGL's cargo insurers.

Please advise on the acceptance of the $50,000 and thank you for presenting for acceptance.

regards,


Carolynn Lucas
Cargo Claims Manager
A.I. Marine Adjusters, Inc.
2929 Allen Parkway, Suite 1300
Houston, TX 77019-2128
Telephone: 713.342.7386
Fax:  713.831.5311
email:  carolynn.lucas@aig.com

The information in this email (and any attachments hereto) is confidential.  If you are not the intended recipient, you must not use or disseminate the information.  If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.  Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer syst em into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by American International Group, Inc. or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising in any way from its use.

8/16/2006

-----Original Message-----
From: Thomas Eagan (Maloof & Browne) [mailto:teagan@maloofandbrowne.com]
Sent: Thursday, August 10, 2006 10:57 AM
To: Lucas, Carolynn; Zimmermann, Kathi
Cc: ian_blackburn@ars.aon.com
Subject: RE: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090


Carolyn and Kathi

We are recommending to our client to accept $50,000 settlement on without prejudice basis. We expect to revert shortly with their approval. In anticipation that the matter will settle at that amount, we enclose a from of release/hold harmless. Kindly let us have any comments.

Thanks and regards.

Thomas M. Eagan
Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023



-----Original Message-----
From: Lucas, Carolynn [mailto:Carolynn.Lucas@AIG.com]
Sent: Wednesday, August 09, 2006 5:35 PM
To: Thomas Eagan (Maloof & Browne); Zimmermann, Kathi
Cc: ian_blackburn@ars.aon.com
Subject: RE: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090


Per the VeriClaim report in which they listed the limitations at the end of their report.

Have re-read the contract portion and see I have mixed up the limitations. It appears the $50,000 is listed for Domestic and contract shows $50,000 once freight transferred to carrier's domestic network, for the Overseas Direct Shipping Program or the Non-Direct Shipping Program and again for Direct Shipping Program DNs (sales orders), so will agree we should be using the $50,000.

In view of the above list of 3 different types of shipping programs, don't believe the extra limitation for international shipment of $8,361.95 should be included.

It is unknown which of the different programs this shipment is actually under but all 3 show Full release value up to $50,000. We also do not have Appendix B or Appendix C of the contract.

We would be willing to settle for the $50,000. If this is acceptable,
we will forward an additional check to EGL who then can remit payment to your office.

regards,

Carolynn Lucas
Cargo Claims Manager
A.I. Marine Adjusters, Inc.
2929 Allen Parkway, Suite 1300
Houston, TX 77019-2128
Telephone: 713.342.7386
Fax: 713.831.5311
email: carolynn.lucas@aig.com

The information in this email (and any attachments hereto) is confidential. If you are not the intended recipient, you must not use or disseminate the information. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer syst em into which it is received and opened, it is the responsibility of the recipient to ensure

8/16/2006

that it is virus free and no responsibility is accepted by American International Group, Inc. or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising in any way from its use.


-----Original Message-----
From: Thomas Eagan (Maloof & Browne) [ mailto:teagan@maloofandbrowne.com <mailto:teagan@maloofandbrowne.com> ]
Sent: Wednesday, August 09, 2006 3:47 PM
To: Lucas, Carolynn; Zimmermann, Kathi
Cc: ian_blackburn@ars.aon.com
Subject: RE: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090


Without prejudice

Carolyn,

What is the basis for $30,000? You don't dispute the contract says $50,000 plus the air treaty limit. The fact you may have closed your file or sent a check to EGL does not mean anything.

Kindly confirm by August 11 that EGL is offering the $58,361.95.

Otherwise, our client will file suit.

Thomas M. Eagan
Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023

-----Original Message-----
From: Lucas, Carolynn [ mailto:Carolynn.Lucas@AIG.com <mailto:Carolynn.Lucas@AIG.com> ]
Sent: Wednesday, August 09, 2006 4:28 PM
To: Thomas Eagan (Maloof & Browne); Zimmermann, Kathi
Cc: 'ian_blackburn@ars.aon.com'
Subject: RE: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090


We closed our file on July 11, 2006 by sending EGL the insurance company portion of the settlement under the terms and conditions of their policy.

Per the inspection report made by Vericlaim, as part of your documents, it states under transit details: "Shipment of 66 cartons was conveyed
from Shanghai, China to Chicago Illinois."  You further state in your
letter of August 3, 2006 to Ms. Zimmermann that you consider the limitation to be $50,000 plus the applicable international carriage limit (as these computers were part of a China to U.S. air shipment)." This addition amounted to $8,361.95.

We consider this to be an international shipment subject to the $30,000 contractual limitation which has already been sent to EGL.

regards,


Carolynn Lucas
Cargo Claims Manager
A.I. Marine Adjusters, Inc.
2929 Allen Parkway, Suite 1300
Houston, TX 77019-2128
Telephone:  713.342.7386
Fax:  713.831.5311
email:  carolynn.lucas@aig.com


The information in this email (and any attachments hereto) is confidential.  If you are not the intended recipient, you must not use or disseminate the information.  If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.  Although this email and any attachments are believed to be free of any virus or

other defect that might affect any computer syst em into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by American International Group, Inc. or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising in any way from its use.

-----Original Message-----
From: Thomas Eagan (Maloof & Browne) [ mailto:teagan@maloofandbrowne.com <mailto:teagan@maloofandbrowne.com> < mailto:teagan@maloofandbrowne.com <mailto:teagan@maloofandbrowne.com> > ]
Sent: Tuesday, August 08, 2006 9:02 AM
To: Zimmermann, Kathi; Lucas, Carolyny
Subject: RE: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090

Kathi and Carolyn,

Is EGL offering $58,361.95? Please advise by August 11 at the latest.

Thanks and regards.

Thomas M. Eagan
Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023

-----Original Message-----
From: Zinmermann, Kathi [ mailto:Katherine.Zimmermann@EagleGL.com <mailto:Katherine.Zimmermann@EagleGL.com> < mailto:Katherine.Zimmermann@EagleGL.com <mailto:Katherine.Zimmermann@EagleGL.com> > ]
Sent: Thursday, August 03, 2006 4:29 PM
To: Lucas, Carolynn
Cc: Thomas Eagan (Maloof & Browne); David Maloof (Maloof & Browne)
Subject: FW: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090

Carolynn,
Please see  below email and attached contract.
Thanks,
kz

Kathi Zimmermann
Manager Cargo Claims
T - 832 601 5576
F - 281 618 3472

-----Original Message-----
From: Thomas Eagan (Maloof & Browne) [ mailto:teagan@maloofandbrowne.com <mailto:teagan@maloofandbrowne.com> < mailto:teagan@rnaloofandbrowne.com <mailto:teagan@rnaloofandbrowne.com> > ]

Sent: Thursday, August 03, 2006 2:55 PM
To: Zimmermann, Kathi
Cc: David Maloof (Maloof & Browne)
Subject: EGL no. EG3001303/ Our ref 1415.02

Without prejudice

Kathi,

Further our telecom, here is copy of Toshiba-EGL contract which limit of liability terms we understand were in effect at time of loss (Clause 12). The $30,000 limit only arguably applies to international shipments originating in US. This shipment was US to China. Thus, EGL's minimum liability would be $50,000 plus the air treaty (Montreal Convention) linits of 17 SDR per kilo -- which amounts to a total

of $58,361.95 per calculations our fax sent earlier today.

Kindly confirm that EGL is offering $58,361.95 and we will recommend that to our client.

If you have any questions, please contact us.

Thank you.

Thomas M. Eagan
Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
 <<EGL-TAIS Contract.pdf>> _____

_____

This email is intended only for the use by the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to the message and deleting it from your computer.

8/16/2006

## Zimmermann, Kathi

| | |
|---|---|
| **From:** | Lucas, Carolynn [Carolynn.Lucas@AIG.com] |
| **Sent:** | Thursday, August 10, 2006 10:55 AM |
| **To:** | 'Thomas Eagan (Maloof & Browne)'; Zimmermann, Kathi |
| **Cc:** | ian_blackburn@ars.aon.com |
| **Subject:** | RE: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090 |

This release is good and just need to add American Home Insurance Company as EGL's cargo insurers.

Please advise on the acceptance of the $50,000 and thank you for presenting for acceptance.

regards,


Carolynn Lucas
Cargo Claims Manager
A.I. Marine Adjusters, Inc.
2929 Allen Parkway, Suite 1300
Houston, TX 77019-2128
Telephone: 713.342.7386
Fax: 713.831.5311
email: carolynn.lucas@aig.com

The information in this email (and any attachments hereto) is confidential. If you are not the intended recipient, you must not use or disseminate the information. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer syst em into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by American International Group, Inc. or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising in any way from its use.


-----Original Message-----
From: Thomas Eagan (Maloof & Browne) [mailto:teagan@maloofandbrowne.com]
Sent: Thursday, August 10, 2006 10:57 AM
To: Lucas, Carolynn; Zimmermann, Kathi
Cc: ian_blackburn@ars.aon.com
Subject: RE: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090


Carolyn and Kathi

We are recommending to our client to accept $50,000 settlement on without prejudice basis. We expect to revert shortly with their approval. In anticipation that the matter will settle at that amount, we enclose a from of release/hold harmless. Kindly let us have any comments.

Thanks and regards.

Thomas M. Eagan
Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023


-----Original Message-----
From: Lucas, Carolynn [mailto:Carolynn.Lucas@AIG.com]
Sent: Wednesday, August 09, 2006 5:35 PM
To: Thomas Eagan (Maloof & Browne); Zimmermann, Kathi

From: Lucas, Carolynn [ mailto:Carolynn.Lucas@AIG.com <mailto:Carolynn.Lucas@AIG.com> ]
Sent: Wednesday, August 09, 2006 4:28 PM
To: Thomas Eagan (Maloof & Browne); Zimmermann, Kathi
Cc: 'ian_blackburn@ars.aon.com'
Subject: RE: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090


We closed our file on July 11, 2006 by sending EGL the insurance company portion of the settlement under the terms and conditions of their policy.

Per the inspection report made by Vericlaim, as part of your documents, it states under transit details: "Shipment of 66 cartons was conveyed from Shanghai, China to Chicago Illinois."   You further state in your
letter of August 3, 2006 to Ms. Zimmermann that you consider the limitation to be $50,000 plus the applicable international carriage limit (as these computers were part of a China to U.S. air shipment)." This addition amounted to $8,361.95.

We consider this to be an international shipment subject to the $30,000 contractual limitation which has already been sent to EGL.

regards,


Carolynn Lucas
Cargo Claims Manager
A.I. Marine Adjusters, Inc.
2929 Allen Parkway, Suite 1300
Houston, TX 77019-2128
Telephone: 713.342.7386
Fax: 713.831.5311
email: carolynn.lucas@aig.com

The information in this email (and any attachments hereto) is confidential. If you are not the intended recipient, you must not use or disseminate the information. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer syst em into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by American International Group, Inc. or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising in any way from its use.


-----Original Message-----
From: Thomas Eagan (Maloof & Browne) [ mailto:teagan@maloofandbrowne.com <mailto:teagan@maloofandbrowne.com> ] <
mailto:teagan@maloofandbrowne.com <mailto:teagan@maloofandbrowne.com> > ]
Sent: Tuesday, August 08, 2006 9:02 AM
To: Zimmermann, Kathi; Lucas, Carolynn
Subject: RE: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090


Kathi and Carolyn,

Is EGL offering $58,361.95? Please advise by August 11 at the latest.

Thanks and regards.

Thomas M. Eagan
Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023


-----Original Message-----
From: Zimmermann, Kathi [ mailto:Katherine.Zimmermann@EagleGL.com
<mailto:Katherine.Zimmermann@EagleGL.com>
< mailto:Katherine.Zimmermann@EagleGL.com
<mailto:Katherine.Zimmermann@EagleGL.com> > ]

Sent: Thursday, August 03, 2006 4:29 PM
To: Lucas, Carolynn
Cc: Thomas Eagan (Maloof & Browne); David Maloof (Maloof & Browne)
Subject: FW: EGL no. EG3001303/ Our ref 1415.02 AIMA 69090


Carolynn,
Please see below email and attached contract.
Thanks,
kz


Kathi Zimmermann
Manager Cargo Claims
T - 832 601 5576
F - 281 618 3472

-----Original Message-----
From: Thomas Eagan (Maloof & Browne) [ mailto:teagan@maloofandbrowne.com <mailto:teagan@maloofandbrowne.com> <
mailto:teagan@maloofandbrowne.com <mailto:teagan@maloofandbrowne.com> > ]

Sent: Thursday, August 03, 2006 2:55 PM
To: Zimmermann, Kathi
Cc: David Maloof (Maloof & Browne)
Subject: EGL no. EG3001303/ Our ref 1415.02

Without prejudice

Kathi,

Further our telecom, here is copy of Toshiba-EGL contract which limit of liability terms we understand were in effect at time of loss (Clause 12). The $30,000 limit only arguably applies to international shipments originating in US. This shipment was US to China. Thus, EGL's minimum liability would be $50,000 plus the air treaty (Montreal Convention) limits of 17 SDR per kilo -- which amounts to a total of $58,361.95 per calculations our fax sent earlier today.

Kindly confirm that EGL is offering $58,361.95 and we will recommend that to our client.

If you have any questions, please contact us.

Thank you.

Thomas M. Eagan
Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
<<EGL-TAIS Contract.pdf>> _____


This email is intended only for the use by the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient, you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to the message and deleting it from your computer.

8/10/2006

# To all to whom these Presents shall come or may Concern, Know That

**NIPPONKOA INSURANCE COMPANY, LTD.,**

a corporation organized under the laws of Japan,                                  as RELEASOR,

in consideration of the sum of FIFTY THOUSAND AND NO/CENTS UNITED STATES DOLLARS ($50,000),

receipt whereof is hereby acknowledged, releases and discharges

**EGL EAGLE GLOBAL LOGISTICS, LP**

                                                                                    as RELEASEE,

                              and

                                                                    the            RELEASEE,
RELEASEE'S heirs, executors, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR's successors and assigns ever had, now have or hereafter can, shall or may have, for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE concerning loss or damage to RELEASOR's SUBROGOR's cargos of 66 laptop computers carried from Shanghai to Miami under AWB EG30901303.

Releasor agrees to indemnify, defend and hold harmless RELEASEES up to the amount that each of them paid should another entity other than the RELEASOR bring a claim asserting to have been assigned Releasor's rights for the loss of the same cargos.  This Release is given on the condition that no Releasee will bring any further claims related to the loss or damage of the cargos in question.

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This RELEASE may not be changed orally.

**In Witness Whereof,** RELEASOR has caused this RELEASE to be executed by its duly authorized agent on August ___, 2006.

**In presence of:**                          Maloof Browne & Eagan LLC, as attorney's for
                                             NipponKoa Insurance Company, Ltd.

                                             _____
                                             By:  THOMAS M. EAGAN

*STATE OF NEW YORK , COUNTY OF NEW YORK     ss.:*

On August ___, 2006, before me personally came THOMAS M. EAGAN, to me known, who, by me duly sworn, did depose and say that deponent resides at Maplewood, New Jersey; that deponent is the agent of the RELEASOR, the corporation described in, and which executed the foregoing RELEASE; and that deponent signed deponent's name as agent.

                                             _____
                                                            Notary Public



# ORACLE
## iProcurement

Return to Portal   Shopping Cart   Help

| Home | Shop | Requisition Status | My Profile |

**Checkout**

Shopping Cart   Delivery   Billing   Notes   Approvers   Review & Submit

## Review and Submit Requisition

Please review your requisition carefully to verify that everything's OK.

- **Ready to complete this transaction?** Press the **Submit** button            Submit
- **Need to make corrections?** Use your browser's Back button

**Requisition   121417**                               **Total (USD)   30,000.00**

Created by **McMains, Clyde E**          Urgent Requisition **No**
Creation Date **06-JUL-2006**          P-Card Number
Description **EG30901303 / 1415.02 INS PAY $25K. MIA / SHA 2500. EA**
Note to Approver **PER KZ.**
Note to Buyer

Add Attachments     Attention To          Type          Description

## Items

To view all the information for a line item, click its **View** link.

| Line | Item Description | Unit | Quantity | Price | Total (USD) |
|---|---|---|---|---|---|
| ► View 1 | EG30901303 / 1415.02 INS PAY $25K. MIA / SHA 2500. EA | Each | 1 | 30000.00 | 30,000.00 |
| | | | | **Total (USD)** | **30,000.00** |

Clear Checkout Changes and Return to Shopping Cart                    Submit

Home | Shop | Requisition Status | My Profile | **Shopping Cart** | Help

```
*  *  *   COMMUNICATION RESULT REPORT ( AUG. 4.2006  7:45AM ) *  *  *
                                                   TTI  EGL CLAIMS DEPT. 281-618-3311
```

TRANSMITTED/STORED AUG. 4.2006   7:44AM

| FILE MODE | OPTION | ADDRESS | RESULT | PAGE |
|-----------|--------|---------|--------|------|
| 7111 MEMORY TX | | 97138315311 | OK | 3/3 |

```
REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL              E-2) BUSY
  E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

**EGL**
EAGLE GLOBAL LOGISTICS

KATHI ZIMMERMANN
Manager Cargo Claims

EGL - Global Headquarters
15350 Vickery Dr.
Houston, Texas 77032
Tel: 832.601.5576  800.296.4535
Fax: 281.618.3472 Cell: 832.541.4196
www.eaglegl.com
kzimmermann@eaglegl.com

Aug 4, 2006

TO: Carolynn Lucas
Re: Toshiba /Maloof Claim
    EG 30901303
    AIMA# 69090

Plz see attached —

$\cancel{3}$

**EGL**
EAGLE GLOBAL LOGISTICS

KATHI ZIMMERMANN
Manager Cargo Claims

EGL - Global Headquarters
15350 Vickery Dr.
Houston, Texas 77032
Tel: 832.601.5576  800.296.4535
Fax: 281.618.3472 Cell: 832.541.4196
www.eaglegl.com
kzimmermann@eaglegl.com

AUG 4, 2006

TO: CAROLYNN LUCAS
RE: TOSHIBA/MALOOF CLAIM
    EG 30901 303
    AIMA # 69090

PLZ SEE ATTACHED —

# MALOOF BROWNE & EAGAN LLC

THOMAS M. EAGAN

411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: teagan@maloofandbrowne.com

**Via Facsimile: 2 pages**

Ms. Kathi Zimmermann
Manger Cargo Claims                                    August 3, 2006
Eagle Global Logistics 15350 Vickery Drive
Houston, TX 77032
Tel: (281) 618-3100                                    **WITHOUT PREJUDICE**
Fax: (281) 618-3311

Re:    *Cargo Claim*
       *Carrier:*           *Eagle USA Airfreight, Inc.*
       *Your Ref:*          *EG30901303*
       *Our Ref:*           *1415.02*

Dear Ms. Zimmermann:

We refer to your recent telecon with David Maloof in which you indicated that $30,000 was EGL's limit of liability. We have reviewed the EGL-TAIS Contract. Assuming for the sake of argument only that the limit in the Contract applies[1], EGL's minimum liability would be $58,361.95.

That is, under Clause 12 (attached), EGL's liability would be $50,000 plus the applicable international carriage limit (as these computers were part of a China to U.S. air shipment). That additional amount totals US $25.37 (17 SDR) x 329.60 kilos = US $8,361.95.

Thus, EGL's minimum liability is $58,361.95, plus interest.

We will recommend to our client to accept $58,361.95 in settlement, provided it is paid by August 15, 2006. Please advise.

Thank you.

Very truly yours,

Thomas M. Eagan

TME/rf
Encl.
\\SERVER1\Company\WP-DOCS\1415.02\080306 TME Ltr to Zimmermann.doc

---

[1] e.g., any deviation from the agreed security guidelines would result in the loss of any limitation. See *Nipponkoa v. Watkins Motor Lines*, ___ F.Supp. 2d ___, 2006 WL 1359921 (S.D.N.Y. 2006).

daily notice of any deliveries outstanding for seventy-two (72) hours or longer. In addition, Carrier shall conduct an internal investigation as soon as the Carrier knows of any loss or damage to TAIS' cargo. Carrier must give TAIS written details of the investigation including police reports, when applicable, within thirty (30) days of the loss or damage.

12.    **Carrier Liability.** Carrier assumes the liability of a common carrier consistent with the Carmack Amendment for shortage, loss, damage or delay of cargo from receipt until actual delivery of the cargo to consignee.

12.1    Shortage and loss include, but are not limited to, the mysterious disappearance or loss caused by negligence of the Carrier, its officers, employees, agents, subcontractors, or independent contractors. The amount of the Carrier's liability shall be full release value up to $50,000 for each U.S. domestic bill of lading, and $30,000 for each international bill of lading originating in the United States. For International shipments originating from overseas locations and falling under the Overseas Direct Shipping Program (Appendix B) or the Non-Direct Shipping Program (Appendix C) amount of the Carrier's liability shall be full release value up to $50,000.00 per Commercial Invoice from factory (OEM) to the destination gateway. For Direct Shipping Program DNs (Sales Orders), amount of the Carrier's liability shall be full release value up to $50,000.00 per DN once freight is transferred to Carrier's domestic system. It shall be Carrier's responsibility to identify shortages and/or damages which occurred during the international segment of travel, prior to transfer into the Carrier's domestic network. If no damage or loss is noted prior to transfer into Carrier's domestic system, damages/losses will be assumed to have occurred in the domestic network. Shortages and/or damages must be clearly documented and signed for at transfer so as to indicate whether the loss/damage occurred in the international or domestic system. Furthermore, to the extent shortage and/or loss exceed the above release values, liability will be calculated per the following terms: a) with respect to U.S. domestic transportation, $5.00 per pound; b) with respect to international shipments, liability per shipment shall be calculated in accordance with the applicable international carriage of goods convention. In the event that no such international convention is applicable liability per international shipment shall be calculated at $5.00 per pound. In no event shall the liability of Carrier or its officers, employees, agents, subcontractors or independent contractors for shortage or loss exceed One Million Dollars ($1,000,000) per shipment. TAIS will provide notice to Carrier of concealed damaged and/or concealed lost freight within seven (7) calendar days of Carrier's delivery of the cargo. Full release value coverage will apply to concealed damage and/or loss. No deductible or other limitation as published in any Motor Freight publication or tariff shall apply to tendered shipments. Subject to the limitations above, in the event of lost cargo, Carrier shall reimburse TAIS for its "Standard Cost."

12.2    If Carrier discovers a partial loss of cargo prior to delivery, Carrier must not deliver the shipment short, but shall contact the TAIS' Transportation Office for instructions. Carrier will mark TAIS' bill mask with the annotation, "Do Not Deliver Short, Contact Originating Terminal For Instructions."

**Zimmermann, Kathi**

| | |
|---|---|
| **From:** | Zimmermann, Kathi |
| **Sent:** | Thursday, August 03, 2006 3:29 PM |
| **To:** | 'Lucas, Carolynn' |
| **Cc:** | 'teagan@maloofandbrowne.com'; 'dmaloof@maloofandbrowne.com' |
| **Subject:** | FW: EGL no. EG3001303/ Our ref 1415.02  AIMA 69090 |
| | |
| **Attachments:** | EGL-TAIS Contract.pdf |



EGL-TAIS
ontract.pdf (510 KB)

```
                    Carolynn,
Please see  below email and attached contract.
Thanks,
kz


Kathi Zimmermann
Manager Cargo Claims
T - 832 601 5576
F - 281 618 3472

-----Original Message-----
From: Thomas Eagan (Maloof & Browne) [mailto:teagan@maloofandbrowne.com]
Sent: Thursday, August 03, 2006 2:55 PM
To: Zimmermann, Kathi
Cc: David Maloof (Maloof & Browne)
Subject: EGL no. EG3001303/ Our ref 1415.02

Without prejudice

Kathi,

Further our telecom, here is copy of Toshiba-EGL contract which limit of liability terms
we understand were in effect at time of loss (Clause 12). The $30,000 limit only arguably
applies to international shipments originating in US. This shipment was US to China. Thus,
EGL's minimum liability would be $50,000 plus the air treaty (Montreal Convention) limits
of 17 SDR per kilo -- which amounts to a total of $58,361.95 per calculations our fax sent
earlier today.

Kindly confirm that EGL is offering $58,361.95 and we will recommend that to our client.

If you have any questions, please contact us.

Thank you.

Thomas M. Eagan
Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
 <<EGL-TAIS Contract.pdf>>
```

## Zimmermann, Kathi

**From:**   Lucas, Carolynn [Carolynn.Lucas@AIG.com]
**Sent:**   Tuesday, July 11, 2006 2:48 PM
**To:**     Zimmermann, Kathi
**Cc:**      ian_blackburn@ars.aon.com
**Subject:** TOSHIBA - DAVID MALOOF SUBROGATION - AIMAR: 69090/EGL: EG30901303

Kathi:  We have opened our file **69090** for this reported subrogation file from attorney David Maloof of Maloof Browne & Eagan.

We find the following:

1. Contract list indicates toshiba is $50,000 for domestic and $30,000 for international shipments limits of liability.  All notes in the file appear to point to the $30,000 limitation.


2. We are requesting check today for the $25,000 to close this file which will be sent to EGL in the normal manner being net of the $5,000 deductible.   You should forward EGL check for $30,000 to Maloof's office.

Should you not agree with the above, please advise at your earliest opportunity.

regards,.

Carolynn Lucas
A.I. Marine Adjusters, Inc.
Cargo Claims Manager
2929 Allen Parkway, Suite 1300
Houston, TX 77019-2128
Telephone:  713.342.7386
Fax:  713.831.5311
email:  carolynn.lucas@aig.com

The information in this email (and any attachments hereto) is confidential.  If you are not the intended recipient, you must not use or disseminate the information.  If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.  Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer syst em into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by American International Group, Inc. or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising in any way from its use.

7/11/2006

## Zimmermann, Kathi

| | |
|---|---|
| **From:** | Lucas, Carolynn [Carolynn.Lucas@AIG.com] |
| **Sent:** | Tuesday, July 11, 2006 3:23 PM |
| **To:** | Zimmermann, Kathi |
| **Cc:** | ian_blackburn@ars.aon.com |
| **Subject:** | WESTERN DIGITAL - AIMAR: 69080 / EGL: 53511965 |

Kathi:  We have opened our file **69080** for the reported shortage of hard disc drives for this shipment of 4/14/06.

However, after reviewing the file and the contract list, we find that EGL's contract with Western Digital calls for $5.00 per pound.  As the weight of the missing is 301 pounds, this results in a claim of $1,505.00.

The $1,505. 00 is within your authority to pay and is below the $5,000.00 policy deductible.

We will hold this file open for 30 days in the event you do not agree with the above conclusions.  If you don't agree, please advise reasons.

regards,
Carolynn Lucas
A.I. Marine Adjusters, Inc.
Cargo Claims Manager
2929 Allen Parkway, Suite 1300
Houston, TX 77019-2128
Telephone: 713.342.7386
Fax:  713.831.5311
email:  carolynn.lucas@aig.com

The information in this email (and any attachments hereto) is confidential.  If you are not the intended recipient, you must not use or disseminate the information.  If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.  Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer syst em into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by American International Group, Inc. or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising in any way from its use.

## Zimmermann, Kathi

**From:**    Lucas, Carolynn [Carolynn.Lucas@AIG.com]
**Sent:**    Tuesday, July 11, 2006 2:48 PM
**To:**     Zimmermann, Kathi
**Cc:**     ian_blackburn@ars.aon.com
**Subject:** TOSHIBA - DAVID MALOOF SUBROGATION - AIMAR: 69090/EGL: EG30901303

Kathi:    We have opened our file **69090** for this reported subrogation file from attorney David Maloof of Maloof Browne & Eagan.

We find the following:

1. Contract list indicates toshiba is $50,000 for domestic and $30,000 for international shipments limits of liability. All notes in the file appear to point to the $30,000 limitation.

2. We are requesting check today for the $25,000 to close this file which will be sent to EGL in the normal manner being net of the $5,000 deductible. You should forward EGL check for $30,000 to Maloof's office.

Should you not agree with the above, please advise at your earliest opportunity.

regards,.

Carolynn Lucas
A.I. Marine Adjusters, Inc.
Cargo Claims Manager
2929 Allen Parkway, Suite 1300
Houston, TX 77019-2128
Telephone: 713.342.7386
Fax: 713.831.5311
email: carolynn.lucas@aig.com

The information in this email (and any attachments hereto) is confidential. If you are not the intended recipient, you must not use or disseminate the information. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer syst em into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by American International Group, Inc. or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising in any way from its use.

**EGL**

EAGLE GLOBAL LOGISTICS

EAGLE GLOBAL LOGISTICS
CARGO CLAIMS DEPARTMENT
15350 Vickery Drive
Houston, Texas 77032
Tel: 281.618.3100   800.296.4535
Fax: 281.618.3311
www.eagleyl.com

July 6, 2006

Mr. David T. Maloof
Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., #190
Rye, NY 10580

Re: Your Ref no. 1415.02
    EGL no. EG30901303

Dear Mr. Maloof,

I have received above referenced claim and submitted to our insurance company for processing.

Thank you,

Kathi Zimmermann
Manager Cargo Claims

6516 MEMORY TX   9713831531   OK   40.40
PAGE   RESULT   ADDRESS   OPTION   FILE MODE
TRANSMITTED/STORED JUL. 6.2006  6:45AM

TTI  EGL CLAIMS DEPT. 281-618-3311

*   *   *   COMMUNICATION RESULT REPORT ( JUL. 6.2006  6:51AM )   *   *   *

P. 1



EAGLE GLOBAL LOGISTICS
CARGO CLAIMS DEPARTMENT
15350 Vickery Drive
Houston, Texas 77032
Tel: 281.618.3100   800.296.4535
Fax: 281.618.3311
www.eaglegl.com

July 6, 2006

Mr. David T. Maloof
Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., #190
Rye, NY  10580

Re:  Your Ref no. 1415.02
     EGL no. EG30901303

Dear Mr. Maloof,

I have received above referenced claim and submitted to our insurance company for processing.

Thank you,

Kathi Zimmermann
Manager Cargo Claims



# MALOOF BROWNE & EAGAN LLC

DAVID T. MALOOF

411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: dmaloof@maloofandbrowne.com

**Via Facsimile: 34 pages**                    June 26, 2006

Eagle USA Airfreight, Inc.
Corporate Claims Dept.
PO Box 60467 AMF
Houston, TX 77205
Tel: (800) 364-4365
Fax: (281) 618-3311

Attn: Maria Thompson

|       | Re: | *Cargo Claim* | |
|-------|-----|---------------|---|
|       |     | *Carrier:* | *Eagle USA Airfreight, Inc.* |
|       |     | *Bill of Lading No.:* | *EG30901303* |
|       |     | *Carriage:* | *Shanghai, China to Chicago, IL* |
|       |     | *Date of Loss:* | *January 17, 2006* |
|       |     | *Cargo:* | *66 Laptop Computers* |
|       |     | *Claim Amount:* | *$67,419.99* |
|       |     | *Our Ref:* | *1415.02* |

Dear Ms. Thompson:

     We represent the cargo underwriter with respect to the referenced cargo claim. We hereby make claim on your company and demand total payment of $67,419.99.

     Enclosed are documents from our claim files, Bates pp. 1 to 33.

     Kindly remit payment within 30 days to avoid our commencement of legal proceedings to protect our client's rights.

     Thank you.

Very truly yours,

David T. Maloof

DTM/rf
Enclosures

\\SERVER1\Company\WP-DOCS\1415.02\062606 CLAIMLTR.doc

## STATEMENT OF ADJUSTMENT
(To be retained by the agent for Record)

Agent's File No.   LAX06250291/TMA/JWS     Date: 06/16/06

| | | | |
|---|---|---|---|
| Name of Assured | TOSHIBA AMERICA INFORMATION SYSTEMS, INC. | | |
| Policy Number | T-005 | Issued on | |
| Vessel's Name | Inland Transit | Sailing On | 1/11/2006 |
| Voyage | IRVINE / MIAMI | | |
| Description & Packing of Goods | COMPUTERS | | |
| Terms of Insurance | ALL RISKS | Amount of Insured | 0 |
| Nature of Claim | ☐ P/L ☐ T/L ☐ G/A ☐ Recovery | Kind & Cause of Damage (Loss) | ☐ PV ☐ H/O ☐ FRA |
| Place of Accident | In Transit X | Date of Accident | Unknown X |
| Recovery | Possible | Name of Consignees or Claimants | T.A.I.S. |

**Description of Damage (Loss) and Calculation**

| Description | Item Number | Qty. | Laid in Cost | Total |
|---|---|---|---|---|
| LAPTOP | PTA50U-039013 | 86 | $928.85 | $81,290.90 |
| | | | Subtotal | $81,290.90 |
| | | | 10% Insurance | $8,129.09 |
| | | | **Total Claim** | **$67,419.99** |

VeriClaim, Inc.

TO: THE NIPPONKOA INSURANCE CO., LT D.

**FORM OF AGREEMENT**

We confirm and agree to the statement of claim as above set forth, and further confirm that payment to me/us in accordance therewith shall be considered full and final settlement of my/ our claim.

**SUBROGATION**

We place on record that by virtue of this payment the Underwriters concerned become subrogated to all our rights and remedies in and in respect of the subject matter insured in accordance with the laws governing the contract of insurance.
We also record that they have authority to use our name to the extent necessary effectively to exercise all or any of such rights and remedies that we will furnish them with any assistance they may reasonably require us when exercising such rights, and remedies, whilst of their part, they will indemnify us against liability for costs, charges and expenses arising in connection with any proceedings which they may take in our name in the exercise of such rights and remedies.

Signature: *Alan Lowe*
(To be signed by the party or parties presented claim)

BY     Alan Lowe

Dated at   Irvine, CA     Title    Transportation Manager

(THE NIPPONKOA INSURANCE CO., LTD)

## CARGO CLAIM DOCS

1

To the Underwriters          Our File No.:     LAX06250291/TMA/JWS
              of the goods mentioned below.

| | |
|---|---|
| Vessel: | Inland Transit |
| Voyage: | IRVINE / MIAMI |
| Insured Valued of Goods: | — |
| Amount of Loss: | $87,419.99 |
| Policy No.: | T-005 |
| Certificate No. | — |

VERICLAIM, INC., LOS ANGELES, CALIFORNIA, having settled and purchased from us a claim for          Part(s)
**loss** of the goods as listed below, it is understood and admitted that upon payment of that claim, Underwriters will be subrogated to all
our rights and remedies in and in respect of the said goods. They will be authorized to make use of our name for the purpose of any
proceedings or measures legal or otherwise which they may think fit to take for enforcement of such rights or remedies. We accordingly
undertake to furnish VERICLAIM with all documents and correspondence relating thereto; to make any such affidavits or declarations;
to give any such oral evidence as we can properly make, or give; and generally to render such assistance reasonably required in
connection with any such proceedings or measures. Underwriters will indemnify us against all liability costs, charges and expenses
incurred on their behalf in connection therewith and with the use of our name. In addition, we appoint Underwriters as our agents and
attorneys in fact to pursue recovery of our applicable deductible interest and any other provable uninsured interest, but Underwriters will
have sole authority to accept or reject settlement offers, or to pursue or not to pursue a claim.

**Marks & Nos. and Description of Goods:**

COMPUTERS

Dated at: Irvine, CA          June 19, 2006

|   |   |
|---|---|
| Signature | *Alan Lowe* |
| Print Name | Alan Lowe |
| Company | TOSHIBA AMERICA INFORMATION SYSTEMS, INC. |
| Title | Transportation Manager |

**CARGO CLAIM DOCS**

2



**VeriClaim.**

Providing claims services to the insurance industry since 1918
A member of vrs uni»verse
vQuarters network LLC

700 S. Flower Street, Suite 2310
Los Angeles, California 90017
Phone 213.943.5000
Fax 213.943.5050

## MARINE CARGO SURVEY REPORT NO. LAX06250290/JAC

Examined For The Account Of Whom It May Concern

At The Request Of     Toshiba America Information Systems
Transportation Department
9740 Irvine Boulevard
Irvine, CA 92618

RE:   Conveyance   :   NorthWest Airlines, Flight No. Not provided

    Arrival   :   Chicago, Illinois, January 14, 2006

    Bill of Lading   :   MAWB#012-68892552, dated Jauary 14, 2006
Shanghai, China PVG,/ Chicago, Illinois ORD
HAWB per Eagle USA Airfreight, Inc. –EG30901303

    Shipment   :   66 Lap Top Computers

    Assured   :   Toshiba America Information Systems
    Policy No.   :   T-005
    Our File No.   :   LAX06250290/TMS/JAC

**THIS IS TO CERTIFY THAT** the undersigned surveyor to VeriClaim, Inc., Los Angeles, California, did on February 7, 2006 and subsequent dates, commence investigation into alleged reported theft from captioned shipment and has to report as follows:

## BACKGROUND:

The survey was requested on February 7, 2006 by Pat Overton of TAIS, Toshiba. Based on the preliminary information provided to us, this loss was estimated to be in the approximate amount of $61,290.90. It was reported that the stated shipment had suffered a shortage.

**CARGO CLAIM DOCS**

3

**VeriClaim**

## SHIPMENT PARTICULARS:

**Shipment:**     66 Laptop Computers, Model No. PTA50U-039013

**Invoice No.:**   20104890, dated January 11, 2006 in the amount of USD81,020.94

**Shipper:**      Toshiba America Information Systems, Inc.
9740 Irvine Boulevard
Irvine, CA 92618

**Consignee:**    Bell Microproducts/Latin America
7630 NW 25th Street
Miami, Florida 33122

## TRANSIT DETAILS:

Shipment of 66 cartons was conveyed from Shanghai, China to Chicago, Illinois, per NorthWest Airlines on January 14, 2006. Shipment then forwarded by truck by Eagle USA Airfreight, Inc. under HAWB No. EG30901303 to Miami via Atlanta. The Check Out Manifest in Atlanta dated January 17, 2006 lists the full shipment in transit for Miami. The Check In Manifest for the Eagle Warehouse at 5601 N.W. 72 Ave., Miami, FL 33166 does not list the shipment.

## EXCEPTIONS:

We have not been provided with any document noting exceptions at this time. See Narrative.

## SURVEY / INVESTIGATION FINDINGS:

- Investigation only, commencing February 7, 2006
Investigation conducted from Los Angeles and at/from Atlanta, by M. Clark, surveyor assigned to our Atlanta office at that time

## Narrative:

Following receipt of request for survey/investigation, we reviewed documentation and noted that the a total of 66 units "Toshiba Brand" Notebook PC Model PTA50U-039013 were determined to be missing as discovered when claim was reported to TAIS by its customer, Bell Microproducts. Serial numbers were provided on the invoice, a copy of which is included together with this report.

Our investigation included initial contact with Charlene Castillo of Eagle Transportation, who advised limited details as to the circumstances of this loss and suggested we contact Laura Sanford. After leaving several messages, we eventually reached Laura Sanford who referred us to Dalene Sheperd, Eagle's Claims Prevention Coordinator.

**CARGO CLAIM DOCS**

4

Jun. 26. 2006 2:25PM   Maloof Browne Eagan              No. 2816   P. 6
                                                          JUN 23 '06 15:31

**VeriClaim**                                          PAGE NO. 3

We were able to reach Dalene who had conducted an investigation concerning this missing shipment. She provided us with the Trailer Load Manifests and Unloading Manifests for the Chicago to Atlanta and Atlanta to Miami moves and also referred us to Oscar Perez, head of Corporate Security for Eagle. Mr. Perez conducted an investigation by reviewing all video tape of the Eagle Docks in Miami filmed on January 18th and 19th. He reported that he reviewed videos for all doors for those dates and couldn't find any freight resembling the missing freight. Mr. Perez filed a police report on March 16, 2006 with the Miami – Dade Police Dept. the case number is: PD **030616135871.**

Based on information obtained during investigation, we understand that the shipment was delivered from Shanghai PVG to Chicago ORD on January 14, 2006 without exception. As per Eagle Transportation Air/Ground Tracking, traced under waybill number EG30901303, the shipment left Chicago ORD on January 16, 2006 bound for Miami via Atlanta. The Hub Trailer Manifest at the Atlanta Hub (H05) dated January 17, 2006 does list EG30901303 in the manifest consisting of all 66 pieces. The Check In Manifest for Miami dated January 18, 2006 does not however show the shipment (Way Bill EG30901303).

## A SUMMARY OF THE LOSS:

The extent of loss can be summarized as follows, subject to the terms and conditions of the policy of insurance:

| | |
|---|---|
| Bill of Lading No. | MAWB#012-68892552, dated Jauary 14, 2006 |
| | Shanghai, China PVG,/ Chicago, Illinois ORD |
| | HAWB per Eagle USA Airfreight, Inc. –EG30901303 |
| Shipment: | 66 Laptop Computers, Model No. PTA50U-039013 |
| Quantity Sound: | 0 |
| Quantity Damaged: | 66 |
| Type of Damage: | Theft |
| Disposition: | - |
| Extra Expenses: | - |

## CAUSE OF DAMAGE:

Based on our investigation, documents and information provided to us, the sixty six (66) units Toshiba Brand Laptop Computers appear to have been subjected to theft occurring at some stage in transit, while in the care and custody of Eagle USA and/or their agents.

## RECOVERY TABLE:

TAIS appears to have placed Eagle USA, Houston, TX on notice of claim, per its Loss and Damage Claim Form, dated February 6, 2006, to which we have no knowledge of any written reply to date.

**CARGO CLAIM DOCS**

5



PAGE NO. 4

Mr. Oscar Perez of Eagle USA filed a police report with the Miami –Dade Police Dept., the case number is: PD 030616135871.

We spoke with Kathy Zimmerman, Eagle's Corporate Claims Manager who informed us that their liability insurance for domestic shipments is not to exceed USD$50,000 and international shipments not to exceed USD$30,000.

All of our actions in this matter were without prejudice and subject to the terms and conditions of the policy of insurance.

**VeriClaim Inc**

Jackson Hendrick
Senior National Surveyor

Los Angeles , California
May 18, 2006
LAX06/250290/TMS/JAC

**CARGO CLAIM DOCS**

6



# LOSS AND DAMAGE CLAIM FORM

| CARRIER INFO: | CLAIM PAYABLE TO: |
|---|---|
| EAGLEUSA<br>CORPORATE CLAIMS DEPT.<br>PO BOX 60467 AMF<br>HOUSTON, TX 77205-<br>PH: (800) 955-4005 / FAX: (281) 618-3311<br>E-Mail: mthompson@eaglegl.com | TOSHIBA AMERICA INFORMATION SYSTEMS<br>ATTN: TRANSPORTATION DEPARTMENT<br>9740 IRVINE BLVD.<br>IRVINE, CA  92618<br>PH: (949) 583-3815 / FAX: (949) 206-3581<br>E-Mail: Pat.Overton@tais.toshiba.com |

| | |
|---|---|
| 2/6/2006<br>(DATE FILED) | $61,290.90<br>(AMOUNT OF CLAIM) |
| LFC9025/CSD OD<br>(CLAIMANT'S CLAIMS NUMBER) | EG30901303<br>(CARRIER PRO# / AIRBILL#) |
| 309013-03<br>(CLAIMANT'S REFERENCE NUMBER) | 1/11/2006<br>(DATE OF SHIPMENT) |

| | |
|---|---|
| BELL MICRO<br>(CONSIGNEE'S NAME) | TOSHIBA AMERICA INFORMATION SYSTEMS<br>(SHIPPER'S NAME) |
| MIAMI, FL 33122<br>(FINAL DESTINATION) | IRVINE, CA 92618<br>(SHIPPED FROM) |

### DETAILED STATEMENT SHOWING HOW AMOUNT CLAIMED IS DETERMINED
(Number and description of articles, nature and extent of loss and damage, invoice price of articles, amount of claim, etc.)

| Qty | Model # | Description | Serial Number | Weight | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|
| 66 | PTA50U-039013 | LAPTOP | ENTIRE ORDER | 0 | $928.65 | $61,290.90 |
| | | | | | | |
| | FREIGHT MISSING | | | | | |
| | | | | | | |
| | | | | Total Claim Amount | | $61,290.90 |

THE FOREGOING STATEMENT OF FACTS IS HERBY CERTIFIED AS CORRECT AND ALL DOCUMENTATION
ATTACHED IS ALSO CERTIFIED TO BE THE EXACT COPIES TO SUPPORT THIS CLAIM.

| PAT OVERTON | *PAT OVERTON* |
|---|---|
| (Name of Claimant) | (Signature of Claimant) |

```
                                                          INVOICE
                                                INVOICE #   20104890
                                                PAGE   1 OF 1
                                                DOCUMENT DATE  01/11/06

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618


          BILL TO  50201000              SHIP TO  50301000
          BELL MICROPRODUCTS/LATIN AMER  BELL MICROPRODUCTS/LATIN AMER
          7630 NW 25TH STREET            7630 NW 25TH STREET
          MIAMI FL 33122                 MIAMI FL 33122
```

| PURCHASE ORDER NUMBER 22972 | ORDER NUMBER 309013 | ORDER DATE 12/30/05 | SHIP DATE 01/11/06 | PAYMENT TERMS .4/30 NET 60 | OC /AC ORD /29 |
|---|---|---|---|---|---|
| FOB CIF - DESTINATION CUSTOMER NBR; | FREIGHT TERMS FREIGHT PREPAID | | SHIP VIA EAGLE - OD ATL GA BG30301203 | BILL OF LADING | SHCWRD SLSP CTG DPDIC1 |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PTA5QU-039013 | A5/1.86G SAT XPRO SP | 200 | 66 | 134 EA | 1,369.00 | 9.0 | 1,227.59 | 81,020.94 |

```
SERIAL NUMBERS:
PTA5QU-039013    SR# 16174930K   16174933K   16174936K   16174940K   16174944K
...              SR# 16174945K   16174948K   16174954K   16174957K   16174959K
...              SR# 16174963K   16174966K   16174973K   16174977K   16174979K
...              SR# 16174982K   16174985K   16174987K   16174989K   16174992K
...              SR# 16174996K   16174999K   16175002K   16175004K   16175012K
...              SR# 16175019K   16175021K   16175023K   16175028K   16175030K
...              SR# 16175033K   16175036K   16175040K   16175042K   16175046K
...              SR# 16175050K   16175055K   16175062K   16175072K   16175074K
...              SR# 16175077K   16175079K   16175083K   16175086K   16175089K
...              SR# 16175117R   16175120K   16175123K   16175126K   16175129K
...              SR# 16175135K   16175137K   16175139K   16175160K   16175165K
...              SR# 16175148K   16175150K   16175160K   16175371K   16175373K
...              SR# 16175375K   16175380K   16175382K   16175392K   16175399K
...              SR# 16175404K
                        IF PAID BY 02/10/06 .4% PROMPT PAY DISCOUNT IS 324.08
```

| TOTAL SALES 89,034.00 | DISCOUNT APPLIED 8,013.06 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 81,020.94 |
|---|---|---|---|---|

```
PLEASE RETURN THIS PORTION WITH REMITTANCE:       PLEASE REMIT TO:  TOSHIBA (COMPUTER DIV.) P.O.
                                                                    Box 91888
    INVOICE  20104890     BILL TO  50301000                         CHICAGO IL 60693
    DOCUMENT DATE  01/11/06  BELL MICROPRODUCTS/LATIN AMER          (949) 587-6610

IF PAID BY: 02/10/06                        NET AMOUNT   PAY TERM DISCOUNT   TOTAL DUE
     .4% PROMPT PAY DISCOUNT IS 324.08       80,696.86        324.08        81,020.94

                                                           AMOUNT ENCLOSED: _____
```

**CARGO CLAIM DOCS**

Jun 26 2006 2:06PM McLane Bryce Fresno          No. 3816    P. 10
          +213833212?  NIPPONKOH MNGT. CORP.          310 919 9LY 23 88:15:33.
          TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                    12:18:18

```
RCVOTAR                    ─────────────────────────────
DSLGOVERTO                      Item Master Inquiry
MNTFN2

Item Number. . PTA50U-039013    Item Description 1. . A5/1.86G SAT XPRO SP
GL Location. . 040              Item Description 2. .
FIFO Controlled?(Y,N). . . N      Activity Code . . . . . . 1
Serialized Item. . . . . . Y      Sales Order Message Code.
Default Item Status. . . .        Sales Order Print Code. .
Q/C Table Code . . . . . . _      P.O. Message Code . . . .
Stack Code . . . . . . . .        P.O. Print Code . . . . .
Environment. . . . . . . .        Product Class/Sub-class . CX ##
Preferred Code . . . . . 40       Standard Cost . . . . . .    928.650
Volume Type. . . . . . . .        MTD Receive Qty . . . . .        929
Pallet Type. . . . . . . 01       MTD Ship Qty. . . . . . .
Quantity Per Case. . . . .     1  YTD Receive Qty . . . . .        929
Cases Per Pallet . . . . .     1  YTD Ship Qty. . . . . . .
Weight Per Case. . . . . .  8.40  Last Date/Time Maintained  1/02/06  5:07:13
Item Length. . . . . . . .    16  Last Maintained By. . . . INTERFACE
Item Width . . . . . . . .     5  Add/Change/Delete . . . . C
Item Height. . . . . . . .    14  Company/Warehouse Code. .
Replenishment Item . . . . Y      Unit of Measure . . . . . ZA
F1=Help  F3=Exit  F12=Cancel  F7=Previous Item  F8=Next Item  F9=Display Repl
```

**CARGO CLAIM DOCS**



## REAL PEOPLE. REAL SOLUTIONS. REAL TIME.

→ Tracking

# EAGLE TRAK

House Waybill e/Bill of Lading #
EG30901303
***Found***

### AIR GROUND SEARCH RESULTS

The list below displays up to 100 records matching your criteria. Click on an item in the list to view detail. To sort the list, click one of the column headers. Click the column header again to reverse the sort order. To change your search criteria, use the "Back" option on your browser or click on the "Tracking" link at left to start a new search. Date represented as dd-mmm-yy.

Results 1 - 1 of 1 records     [First Page][Previous Page][Next Page][Last Page]     Rows per page 10

| Waybill Number | Ship Date | Origin Port | Destination Port |
|---|---|---|---|
| EG30901303 | 16-Jan-06 | ORD - Chicago | MIA - Miami |

Ocean Bill of Lading Tracking

We were unable to find any shipments with the search criteria provided.

Contact | Site Map | Terms of Use | Privacy Statement | Worldwide Directory

Copyright © EGL Eagle Global Logistics 2000 - 2005. All rights reserved.

http://www.eaglegl.com/advisorgt/eTrakAirOceanList.aspx?index=400      5/24/2006

## EGL

**Waybill Number: EG30901303**

**Air Ground Shipment Record**

**Ship Date:** 16-Jan-06
**Estimated Arrival Date:** 19-Jan-06

**Origin**
Chicago (ORD)
**Destination**
Miami (MIA)

**References:**
REF: 22015921012-68892552 ♦ PO: 22972

**Shipment Detail**
Total Pieces        66 Pcs
Actual Weight       726.0 Lbs / 329.6 Kg
Charge Weight       726.0 Lbs / 329.6 Kg

**Service Information**
Freight Terms       THIRD PARTY BILLING
Service Level       Two Day By 5:00PM
Delivery Type
Movement Type       Consol

**Key Event History**

| Event | Date | Time | Event Location | Signature / Remarks |
|---|---|---|---|---|
| Scanned | 17-Jan-06 | 20:19 | ATL -Atlanta | |
| Pickup | 12-Jan-06 | 12:00 | ORD -Chicago | |

For informational purposes only. Actual charges, Bill To parties and other details may change as necessary.
© Eagle Global Logistics

http://www.eaglegl.com/advisorgt/TrackingWaybillDetail.aspx                    5/24/2006

**CARGO CLAIM DOCS**

11

**Overton, Pat**

| | |
|---|---|
| **From:** | Laclak, Sharon [Sharon.Laclak@EagleGL.com] |
| **Sent:** | Monday, February 06, 2006 11:44 AM |
| **To:** | Overton, Pat ; Castillo, Charlene; Limtiaco, Michael |
| **Cc:** | Lowe, Alan ; Baker, Bryan; Ferguson, Eric; Marleno, Sheena |
| **Subject:** | RE: Missing Freight? |

Yes. No one can locate this frt. We will need to open a claim.

-----Original Message-----
**From:** Overton, Pat [mailto:Pat.Overton@tais.toshiba.com]
**Sent:** Monday, February 06, 2006 1:38 PM
**To:** Castillo, Charlene; Limtiaco, Michael
**Cc:** Lowe, Alan ; Laclak, Sharon; Baker, Bryan
**Subject:** RE: Missing Freight?

Is this freight still missing?  I have not heard from any one on this!!  Please give me an update!

Thanks,

Pat Overton
TAIS
Sr. Transportation Analyst
Ph:   949-583-3816
Fax:  949-206-3681

**From:** Castillo, Charlene [mailto:Charlene.Castillo@EagleGL.com]
**Sent:** Thursday, January 26, 2006 11:51 AM
**To:** Limtiaco, Michael
**Cc:** Lowe, Alan ; Overton, Pat ; Laclak, Sharon; Baker, Bryan
**Subject:** RE: Missing Freight?

For DN # 309101303
We are still trying to locate this cargo.  We believe it POD with other frt that delivered to Bell Micro the day it was due.  We are pulling the documents and reviewing.

Sharon has been updating the daily report on the header regarding this issue.  Pat is not on our distribution list.  Sharon will now include Pat when we have "missing freight" issues on her daily report to Toshiba.

I have Chris Brock (VP Operations) and Greg Weigel (EVP-Global Transportation)  involved on trying to get this DN # resolved.  I should have more information later this afternoon.

Sorry for the confusion and we will let you know as soon as I have more info.

Kind Regards,
 **Charlene Castillo** Global Sales Account Manager
EGL-Los Angeles
19600 Western Ave
Torrance Ca 90501
**Tele:** 310-972-5693
**Cell:** 310-663-1336
**Nextel:** 124*232926*6
**Fax:** 310-972-5967

**From:** Limtiaco, Michael [mailto:Michael.Limtiaco@tais.toshiba.com]
**Sent:** Thursday, January 26, 2006 11:34 AM

2/6/2006

**CARGO CLAIM DOCS**

12

Jun 26 2006 2:26PM    Malecki Brownne Eagan
Case 2:12-cv-05803-ABR-AGR Document 67-6   Filed 07/31/12   Page 46 of 97   Page ID
#:778
310 P14   JUN 23 '09   15:34

To: Castillo, Charlene
Cc: Lowe, Alan ; Overton, Pat
Subject: Missing Freight?

Charlene:

What is going on with DN #

30901303

And why wasn't the info communicated to Pat Overton?


Best Regards


Michael Limtiaco
Project Manager
Toshiba America Information Systems
9740 Irvine Blvd.
Irvine, CA 92602

P: (949) 583-3672
F: (949) 206-3395

2/6/2006

**CARGO CLAIM DOCS**

13

# CARGO PORTAL SERVICES

Home |

ion    Create Bookings    Manage Shipments              Air Waybill |          |

## Track Air Waybills

**1. Search Shipments**

**Enter Air Waybills (*fields are mandatory)**

| *Carrier | Airline Code # | *Air Waybill # |
|----------|----------------|----------------|
| NW       | 012            | 68892552       |
|          |                |                |
|          |                |                |
|          |                |                |
|          |                |                |
|          |                |                |
|          |                |                |
|          |                |                |

**2. Shipment Details**

**To sort, click on any table heading. Click on Air Waybill to View Air Waybill Details.**

| Air Waybill | Origin | Dest. | Pieces | Weight | Flight | Flight Date | Status Station | Status Date |
|-------------|--------|-------|--------|--------|--------|-------------|----------------|-------------|
|             |        |       | 38     | 213.6 K |       |             | ORD            | 14JAN       |
| 012-68892552 | PVG   | ORD   | 77     | 432.9 K |       |             | ORD            | 14JAN       |
|             |        |       | 41     | 230.5 K |       |             | ORD            | 14JAN       |

-- End of Display --

https://www.cargoportalservices.com/lmsweb/tracking-awb.jsp                    2/7/2006

**CARGO CLAIM DOCS**

14

JAN 23 2006 10.46AM Mail EAGLE GLOBAL LOGISTICS NO 501 P. 1/8

# EGL DOMESTIC TRUCK BILL OF LADING

03380 DR. 29

Non-Negotiable

IM-03:05

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between carrier and shipper, the property described below, in apparent good order, except as noted (contents and condition of contents or packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

Carrier: SCGHHBIII
Depart Date & Time: 1-17-06
Pro No.: 302057
Route: H10-H05
Tractor: 11265
Seal #: 113500606
Trailer No.: 99612
Shipper Reference #: See attached

Bill To: Eagle Global Logistics, 8700 Port Road, Groveport, OH 43125 1-888-882-4500

| Shipper | | Consignee | |
|---|---|---|---|
| Address | SCG/H10 | Address | EGL/H05 |
| City, State, Zip | 1717 Busse Rd<br>Elk Grove Village, IL 60007 | City, State, Zip | 4370 Old-Dixie Rd<br>Atlanta, GA 30354 |
| Contact | 866/ 766-0140 | Contact | (866) 766-0113 |
| Telephone No.: | | Telephone No.: | |

SPECIAL INSTRUCTIONS: CALL CONSIGNEE 2 HOURS BEFORE ARRIVAL.

01-17-06 03:05 ONT

Expected Arrival Date & Time: 1-17 1820 Driver's Signature:

(EMERGENCY CONTACT PHONE NO.

| HM | Description of Articles | Class/Division | ID Number | PG | Pieces | Wgt. | Hazard # |
|---|---|---|---|---|---|---|---|
| | | | | | [illegible] | [illegible] | |
| | EAK | | | | 940 | 22787 | |
| | | | | | | | |

SHIPPER'S CERTIFICATION

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shipper Per:

NOTE: CARRIER'S LIABILITY: Carrier's liability to shipper for loss, damage or delay shall be equal to shipper's liability to its customer for such loss, damage or delay, PROVIDED, HOWEVER, in no event, shall carrier's liability exceed One Million Dollars ($1,000,000) per shipment, unless a higher degree of liability is specifically assumed in writing by an authorized representative of carrier.

HAZARDOUS MATERIAL (HM) NOTE: Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations. You must also complete EMERGENCY CONTACT PHONE NO. and sign SHIPPER'S CERTIFICATION. For further details on TRANSPORTING HAZARDOUS MATERIALS SEE FEDERAL REGULATIONS 49 CFR, PART 171-185.

Consignee Signature: Date/Time: Seal Intact? Y/N

SHIPPING STATION

CARGO CLAIM DOCS

## HUB TRAILER LOADING MANIFEST

| | | Page: | 1 of |
|---|---|---|---|
| NAME: | | TRLR No: | |
| Date/Time Started: | | TRLR Dest: | |
| Cut thru: | | Door: | |
| Carrier: | | | |

Trailer Checked:
Floor/Walls & Roof Secure:
Trailer Swept & Clean:
OKAY to Load:

| HAWB | ORG | DEST | BKG DATE | HAWB PCS | ACT PCS | SWB | PCS TALLY | ORB | Comments | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5929089708 | 020 | ATL | 1/00 | 2 | 2 | | | | | |
| 5931593805 | 020 | HAN | 1/00 | | 1 | | | | | |
| 5931593804 | 020 | HAN | 1/00 | 1 | 1 | | | | | |
| 5931595103 | 020 | ATL | 1/00 | 1 | 1 | | | | | |
| 5931593801 | 020 | HAN | 1/00 | 2 | 2 | | | | | |
| 5931575200 | 020 | ATL | 1/00 | 1 | 1 | | | | | |
| 5931593805 | 020 | HAN | 1/00 | 1 | 1 | | | | | |
| 5918097311 | 020 | HSA | 1/00 | 2 | 2 | | | | | |
| 5930935607 | 020 | HSA | 1/00 | 1 | 1 | | | | | |
| 5930935608 | 020 | HAN | 1/00 | 1 | 1 | | | | | |
| 5931595201 | 020 | ATL | 1/00 | 1 | 1 | | | | | |
| 5921597311 | 020 | HAN | 1/00 | 1 | 1 | | | | | |
| 5931593802 | 020 | HAN | 1/00 | 2 | 2 | | | | | |
| 5919018039 | 020 | ALO | 1/18 | 1 | | | | | | |
| 4731723565 | 020 | HAN | 1/18 | 6 | 6 | | | | | |
| 5935650091 | 020 | ALO | 1/18 | 1 | 1 | | | | | |
| 5846694945 | 020 | ALO | 1/18 | 1 | 1 | | | | | |
| 7025556304 | 020 | SAX | 1/18 | 1 | 1 | | | | | |

Check Out

JAN 23 2006 10:46AM Mail EAGLE GLOBAL LOGISTICS        NO. 501    P 3, 8

## HUB TRAILER LOADING MANIFEST

Page:     OF
TRLR No:
TRLR DEST:
DOOR:

| NAME | ORG | DEST | DUE DATE | NAME PCS | ACT PCS | BWS | PCS TALLY (OPTIONAL) | ON/O | Comments | EXP DAT M/D |
|------|-----|------|----------|----------|---------|-----|----------------------|------|----------|-------------|
| TDG918982 | BRO | TRX | 1/23 | 2 | 2 | | | | | |
| E281 83405 | BRO | MSY | 1/20 | 1 | 1 | | | D | F/T | |
| TDG91345 | BRO | MCU | 1/20 | 1 | 1 | | | D | F | |
| A23526 89 | BMU | BMU | 1/20 | 7 | 7 | | TMU B | | | |
| K03 94 1034 | MCI | CLR | 1/20 | 3 | 3 | | | | | |
| 2657126 0 | BOI | MSU | 1/20 | 1 | | | | | | |
| 6601 905 | BCI | MS | 1/20 | 1 | | | | | | |
| 6601 1064 48 | BRO | MIA | 1/13 | 1 | 1 | | | | | |
| 2062 7 85 | BLU | MS | 1/20 | 1 | 1 | | | | | |
| A22457 321 | ORD | MS | 1/20 | 6 | 6 | | MMI | | | |
| E0308012 803 | ORD | MIA | 1/17 | 1 | 1 | | | | | |
| DC3 84 65 23 | BRO | MIA | 1/13 | 2 | 2 | | | | | |
| 903 55 576 6 | BRO | MSY | 1/13 | 2 | 2 | | | | | |
| W232 46 373 | MCI | BNA | 1/20 | 4 | 4 | | MII | | | |
| KR3 01 49 146 | BLU | BOS | 1/20 | 2 | 3 | | II | | D F/T | |
| 933 1 21 6 | BRO | BOS | 1/23 | 2 | 2 | | | | | |
| 903 55 79 30 | BRO | MSY | 1/13 | 3 | 3 | | III | | | |
| K23 1 904 0 | MLI | BNA | 1/20 | 1 | 1 | | | | | |
| K23 1 759 65 | MCI | MSY | 1/13 | 4 | 4 | | IIII | | | |
| R32 1 479 47 | MCI | MSY | 1/20 | 2 | 2 | | II | | | |
| 291 647 922 | MLI | CMU | 1/20 | 2 | 2 | | III | | | |
| K73 2 460 754 | MCI | MNS | 1/20 | 1 | 1 | | | | | |
| U3 3 47 321 | MCI | BSV | 1/20 | 2 | 2 | | III | | | |
| 2261 2 482 | BRO | PBI | 1/20 | 4 | 4 | | | | | |
| E2 17 263 7 | ICI | SAU | 1/20 | 1 | 1 | | | | | |
| 32 C9 478 6 V | BKE | MIA | 1/13 | 1 | 1 | | | | | |
| 53 5 95 5 18 | BKE | MIA | 1/23 | 1 | 1 | | | | | |
| N 63 1 03 3 98 | BRO | MIA | 1/10 | 1 | 1 | | | | | |
| E231 792 502 | BRO | ALB | 1/20 | 1 | 1 | | | | | |
| E231 79 363 | ORD | ALB | 1/26 | 1 | 1 | | YCA) (IN B3 | | | |
| 52 3 6 5 9 1 5 | BRO | MIA | 1/23 | 1 | 1 | | | | | |
| E2 #0 56 960 0 | BRO | ABN | 1/20 | 1 | 1 | | | | | |
| E2 746 53 50 2 | BMU | MIA | 1/20 | 1 | 1 | | | | | |
| E2 6 1 6 26 0 | BRO | STX | 1/20 | 1 | 1 | | | | | |
| E X0 0 4 9 1 4 6 2 | BRO | MLO | 1/24 | 2 | 2 | | | | | |
| F G36 9 6 1 36 2 | BRO | MIA | 1/19 | 1 | 1 | | | | | |

---

**CARGO CLAIM DOCS**

19

## HUB TRAILER LOADING MANIFEST

Page:
TRLR No:
TRLR DEPT:
DOOR:

| HAWB | ORG | DEST | SUB DATE | HAWB PCS | ACT PCS | RATE | PCS TALLY (OPTIONAL) | CBFD | COMMENTS | EXP INT |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 D 5 5 7 1 8 | LGT | RNS | 1/20 | 1 | | | | | | NLD |
| D C 8 6 5 0 8 4 2 | GRO | ATL | 18 | 3 | 3 | | | | | |
| 2 9 3 0 2 8 6 7 | MIA | ATL | 18 | 1 | | | | | | |
| D C 5 2 4 8 0 3 | ST | MIA | 18 | 4 | 4 | | Boxe | | | |
| D C 5 2 6 5 8 4 | GRO | SQ | 18 | 3 | 3 | | | | | |
| T D 6 9 1 3 1 6 8 | GRO | ATL | 1/24 | 3 | 3 | | | | | |
| T D 6 9 1 3 5 6 0 9 | GRO | TPA | 1/24 | 1 | 1 | | | | | |
| S 2 1 6 1 9 0 8 3 | GRO | M'L | 1/18 | 1 | 1 | | | | | |

---

**CARGO CLAIM DOCS**

Seal #:

EGL

# Check Out Manifest (FINAL)

Station: ORD
Trailer: 998128805
Uploaded: 01/17/2006

| Orig | Dest | HAWB# | Pieces | Charged Weight | Service Level | Due Date | Scanned Date/Time | Scanned By | Over | Short | Dmgd | Names |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 9038867283 | | | | | 01/16/2006 11:10 PM | 142879 (Unknown) | | | | ☐ |
| | | 1 HAWBs | 6 | 9 | | | | | | | | |
| ORD | ABY | EZW0389600 | 1 | 103 | 9TH | 01/25/2006 | 01/17/2006 12:10 AM | 142879 (Unknown) | | | | ☐ |
| Dest: ABY Totals: | | 1 HAWBs | 1 | 103 | | | | | | | | |
| ORD | ALB | EZ51706362 | 1 | 97 | 9TH | 01/26/2006 | 01/17/2006 12:11 AM | 142879 (Unknown) | | | | ☐ |
| ORD | ALB | EZ31793803 | 1 | 87 | 9TH | 01/26/2006 | 01/17/2006 12:11 AM | 142879 (Unknown) | | | | ☐ |
| Dest: ALB Totals: | | 2 HAWBs | 2 | 184 | | | | | | | | |
| ORD | ATL | 9033555091 | 1 | 67 | 5TH | 01/20/2006 | 01/16/2006 09:43 PM | 142879 (Unknown) | | | | ☐ |
| Dest: ATL Totals: | | 1 HAWBs | 1 | 67 | | | | | | | | |
| MCI | BHM | K2824448573 | 4 | 279 | 6TH | 01/28/2006 | 01/16/2006 10:55 PM | 142879 (Unknown) | | | | ☐ |
| MCI | BHM | K2321856280 | 1 | 69 | 6TH | 01/28/2006 | 01/16/2006 11:11 PM | 142879 (Unknown) | | | | ☐ |
| Dest: BHM Totals: | | 2 HAWBs | 5 | 348 | | | | | | | | |
| MCI | CSG | K2818547822 | 2 | 158 | 6TH | 01/29/2006 | 01/16/2006 11:38 PM | 142879 (Unknown) | | | | ☐ |
| Dest: CSG Totals: | | 1 HAWBs | 2 | 158 | | | | | | | | |
| MCI | HSV | K2824473281 | 2 | 220 | 6TH | 01/26/2006 | 01/16/2006 11:58 PM | 142879 (Unknown) | | | | ☐ |
| DSR | HSV | 38871290 | 1 | 78 | 5TH | 01/20/2006 | 01/16/2006 10:12 PM | 142879 (Unknown) | | | | ☐ |
| Dest: HSV Totals: | | 2 HAWBs | 3 | 298 | | | | | | | | |
| ORD | JAX | EZ16114289 | 1 | 136 | 9TH | 01/26/2006 | 01/17/2006 12:10 AM | 142879 (Unknown) | | | | ☐ |
| ORD | JAX | TD55459202 | 2 | 95 | NRLL | 01/23/2006 | 01/16/2006 08:46 PM | 142879 (Unknown) | | | | ☐ |
| ORD | JAX | 9033062394 | 1 | 73 | 5TH | 01/20/2006 | 01/16/2006 09:42 PM | 142879 (Unknown) | | | | ☐ |
| Dest: JAX Totals: | | 3 HAWBs | 4 | 298 | | | | | | | | |
| ORD | MCO | 0525939380 | 1 | 594 | 2ND | 01/18/2006 | 01/16/2006 09:43 PM | 142879 (Unknown) | | | | ☐ |
| ORD | MCO | 38489943 | 1 | 490 | 2ND | 01/18/2006 | 01/16/2006 08:43 PM | 142879 (Unknown) | | | | ☐ |
| ORD | MCO | EZ20441402 | 2 | 316 | 9TH | 01/20/2006 | 01/17/2006 12:20 AM | 142879 (Unknown) | | | | ☐ |
| Dest: MCO | | 3 HAWBs | 4 | 1400 | | | | | | | | |
| MCI | MGM | K2313235685 | 6 | 318 | 6TH | 01/18/2006 | 01/16/2006 09:43 PM | 142879 (Unknown) | | | | ☐ |

Page: 1 | ISO Form: QS900 05MAR1998 | Date/Time: 01/16/2006 09:29:38





JAN 23 2006 10:46AM Mail EAGLE GLOBAL LOGISTICS

# Check Out Manifest (FINAL)

Station: ORD
Trailer: 995123N03
Uploaded: 01/17/2006

| Org | Dest | HAWB# | Pieces | Charged Weight | Service Level | Due Date | Scanned Date/Time | Scanned By | Over Short Dmgd Reason |
|-----|------|-------|--------|----------------|---------------|----------|-------------------|------------|------------------------|
| GRR | ATL | TD55256562 | 5 | 1855 | 1ND | 01/13/2006 | 01/17/2006 03:47 AM | 142570 (Unknown) | ☐☐☐☐ |
| ORD | ATL | 58121519622 | 4 | 430 | 2ND | 01/18/2006 | 01/17/2006 03:03 AM | 142570 (Unknown) | |
| ORD | ATL | TD89148825 | 11 | 118 | NULL | 01/24/2006 | 01/17/2006 03:56 AM | 142570 (Unknown) | |
| MLI | ATL | 26152547 | 4 | 112 | 2ND | 01/18/2006 | 01/17/2006 03:35 AM | 142570 (Unknown) | |
| **Dest: ATL Totals:** | | **4 HAWBs** | **0** | **1963** | | | | | |
| STL | MIA | DG52844651 | 6 | 2059 | 2ND | 01/18/2006 | 01/17/2006 03:37 AM | 142570 (Unknown) | ☐☐ |
| ORD | MIA | YD59152462 | 5 | 191 | NULL | 01/24/2006 | 01/17/2006 03:55 AM | 142570 (Unknown) | |
| **Dest: MIA Totals:** | | **2 HAWBs** | **7** | **1954** | | | | | |
| ORD | TPA | TD59143850 | 1 | 35 | NULL | 01/24/2006 | 01/17/2006 03:59 AM | 142570 (Unknown) | ☐ |
| **Dest: TPA Totals:** | | **1 HAWBs** | **1** | **35** | | | | | |
| **Manifest Totals:** | | **7 HAWBs** | **16** | **4128** | | | | | |

Received by: _____ Date: ___/___/___

Comments: _____

ISO Form: C0900 02/04/1996

Date/Time: 01/17/2006 03:19:26

Page 1

---

**CARGO CLAIM DOCS**

24

# EGL DOMESTIC TRUCK BILL OF LADING
### GF (15 Rev 5/2001)
### Non-Negotiable

RECEIVED subject to individually determined rates or contracts that have been agreed upon in writing between carrier and shipper, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| | |
|---|---|
| Carrier: EGL | Dispatch Date & Time: 1-17-06 |
| Pro No: 302106 | Router: Los Ntn |
| Tractor: ATL 5420 | Seal #: 536454   JAN 17 PM 8:47 |
| Trailer No: | Shipper Reference #: |

**Bill To: Eagle Global Logistics, 6700 Port Road, Groveport, OH 43125  1-888-862-4593**

| Shipper: Los | Consignee: Mtn. |
|---|---|
| Address: 4310 Old Dixie | Address: 5601 NW 72 Ave |
| City, State, Zip: Atlanta, GA 30354 | City, State, Zip: Miami, FL 33166 |
| Contact: | Contact: |
| Telephone No: 404 968 1341 | Telephone No: 305 863 2600 |

**SPECIAL INSTRUCTIONS: CALL CONSIGNEE 2 HOURS BEFORE ARRIVAL**

| Expected Arrival Date & Time: 5913  7/18 | | | | Driver's Signature: | | |
|---|---|---|---|---|---|---|
| HM | Description of Articles | Class/Division | ID Number | PG | Pieces | Wgt. | HAWB # |
| | FAK | | | | | 64 13571 | |
| | | | | | | 68 38739 | |
| | | | | | | | |
| | | | | | | | |

### SHIPPER'S CERTIFICATION

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper Per: SEE attachment

**NOTE: CARRIER'S LIABILITY:** Carrier's liability to shipper for loss, damage or delay shall be equal to shipper's liability to its customer for such loss, damage or delay, PROVIDED, HOWEVER, in no event, shall carrier's liability exceed One Million Dollars ($1,000,000) per shipment, unless a higher degree of liability is specifically assumed in writing by an authorized representative of carrier.

**HAZARDOUS MATERIAL (HM) NOTE:** Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations. You must also complete EMERGENCY CONTACT PHONE NO. and sign SHIPPER'S CERTIFICATION. For further details on TRANSPORTING HAZARDOUS MATERIALS SEE FEDERAL REGULATIONS 49 CFR, PART 171-180.

| Consignee Signature: | Date/Time: | Seal Intact? Y/N |
|---|---|---|

## HUB TRAILER LOADING MANIFEST

| | Page: | 1 OF |
| MAWB: | TRLR No: | 715913 |
| Date/Time Started: | TRLR Dest: | LIJA |
| Cut time: | Door: | 240 |
| Carrier: | | SUPV Initials |

| | HAZMAT HAWB | | CLASS | LOC ON TRLR |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

Trailer Checked:
Floor, Walls & Roof Secure:
Trailer Swept & Clean:
OKAY to Load:

| | HAWB | ORG | DEST | DUE DATE | HAWB PCS | ACT PCS | SHP | PCS TALLY (OPTIONAL) | D/S/B | COMMENTS | EXP INT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D 0 2 3 5 9 9 8 3 4 1 | PHL | LIJA | 1-18 | 1 | 1 | | | | | |
| 2 | 3 2 9 2 0 2 2 2 | ATL | | 1-19 | 1 | 1 | | | | | |
| 3 | 3 2 8 2 0 2 2 5 | ATL | | 1-19 | 1 | 1 | | | | | |
| 4 | 3 2 9 2 0 2 2 4 | ATL | | 1-19 | 1 | 1 | | | | | |
| 5 | 5 2 0 7 0 6 5 6 | EWR | | 1-18 | 3 | 3 | | | | | |
| 6 | 5 2 4 9 2 4 0 1 | PHL | | 1-18 | 1 | 1 | | | | | |
| 7 | 5 2 0 7 0 5 6 5 | EWR | | 1-18 | 3 | 3 | | | | | |
| 8 | 5 2 4 6 0 3 0 1 | EWR | | 1-23 | 1 | 1 | | | | | |
| 9 | 5 2 0 7 0 6 5 9 | PHL | | 1-18 | 1 | 1 | | | | | |
| 10 | 3 9 0 9 5 9 8 2 | Bo I | | 1-17 | 200 | 200 | | | | | |
| 11 | 0 0 0 3 9 8 6 | HNT | | 1-13 | 1 | 1 | | | | | |
| 12 | 0 0 0 3 2 8 7 | MSY | | 1-13 | 1 | 1 | | | | | |
| 13 | Q 2 3 1 2 3 8 9 8 0 | IAD | | 1-16 | 1 | 1 | | | | | |
| 14 | 1 0 2 5 8 6 0 2 | JDL | | 1-18 | 3 | 3 | | | | | |
| 15 | 1 0 2 5 8 5 7 1 | JFK | | 1-18 | 5 | 5 | | | | | |
| 16 | 2 6 1 7 2 9 1 0 | PTC | | 1-18 | 8 | 8 | | | | | |
| 17 | 5 2 5 7 5 5 1 8 | MKE | | 1-13 | 1 | 1 | | | | | |
| 18 | D C 5 2 8 4 8 8 8 3 | SJL | | 1-18 | 4 | | | | | C | |

| Damage Codes | | |
|---|---|---|
| C | = | Crushed |
| T | = | Torn/stain |
| B | = | Bent |
| W | = | Wet |
| F | = | Forked |
| P | = | Punctured |
| O | = | Other |

| Other Codes | | |
|---|---|---|
| SKD | = | Shrink Wrap Skid |
| BS | = | Banded Skid |
| STC | = | Said To Contain |
| CRT | = | Crated |
| | = | |
| | = | |

Rain Shield Applied: Y/N
and Secure/Blocked/Braced: Y/N

CLOSE OUT Supervisor Signature / Date

CLOSE OUT Supervisor Print Name / Date

Check Out

# HUB TRAILER LOADING MANIFEST

| | | |
|---|---|---|
| MAWB: | Page: | 1 OF |
| Date/Time Started: | TRLR No: |
| Cut time: | TRLR Dest: |
| Carrier: | Door: |

SUPV

Initials

Trailer Checked:
Floor/Walls & Roof Secure:
Trailer Swept & Clean:
OKAY to Load:

| | HAZMAT MAWB | CLASS | LOC ON TRLR |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

| | MAWB | ORG | DEST | DUE DATE | MAWB PCS | ACT PCS | SHWB | PCS TALLY (optional) | O/S/D | Comments | EXP INT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | E B 3 0 9 8 9 8 0 3 | JAD | MIA | 1-19 | 1 | 1 | | | | | |
| | E B 3 0 9 0 1 3 0 2 | JAD | | 1-19 | 1 | | | | | | |
| | E B 3 0 9 3 5 6 0 7 | JAD | | 1-19 | 1 | | | | | | |
| | E 3 5 7 4 7 8 6 | MIA | | 1-18 | 1 | | | | | | |
| | E B 3 0 9 2 9 8 0 2 | JAD | | 1-19 | 1 | | | | | | |
| | E B 3 0 9 0 1 3 0 3 | JAD | | 1-19 | 1 | | | | | | |
| | E 2 7 4 6 5 3 5 0 2 | JAD | | 1-26 | 1 | 1 | | | | | |
| | Q 0 0 4 2 3 7 | MIA | | 1-19 | 1 | | | | | | |
| | Q D 6 9 1 3 5 0 4 8 | MIA | | 1-8 | 1 | | | | | | |
| | Q 2 3 8 4 6 5 0 3 | JA3 | | 1-8 | 2 | 2 | | | | | |

| Damage Codes | | |
|---|---|---|
| C | = | Crushed |
| T | = | Torn/Hole |
| B | = | Bent |
| W | = | Wet |
| F | = | Forked |
| P | = | Punctured |
| O | = | Other |

| Other Codes | | |
|---|---|---|
| SWS | = | Shrink Wrap Skid |
| BS | = | Banded Skid |
| STC | = | Said To Contain |
| CRT | = | Crated |
| | = | |
| | = | |

Rain Shield Applied:  Y/N
... Secure/Blocked/Braced:  Y/N

CLOSE OUT Employee Signature / Date

CLOSE OUT Employee Print Name / Date

Check Out

T2138332120   NIPPONKOH FINGT #CGR   310 P29   JUN 23 '06  15:40

Jan 23. 2006 11:49AM    No 0866   P 5

# Check Out Manifest (FINAL)

Seal #:

Station: H05
Trailer: MAT775917
Uploaded: 01/17/2006

| Orig | Dest | HAWB# | Pieces | Charged Weight | Service Level | Due Date | Scanned Date/Time | Scanned By | Over | Short | Dmgd | Hazmat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Q2003956E – 1 HAWBs | | | | | | 09682 (Unknown) | | | | |
| BWI | MIA | 398905082 | 208 | 5088 | 2ND | 01/18/2006 | 01/17/2006 07:34 PM | 09682 (Unknown) | | | | |
| JFK | MIA | 102969591 | 5 | 4493 | 2ND | 01/18/2009 | 01/17/2006 07:54 PM | 09682 (Unknown) | | | | |
| JFK | MIA | 10258602 | 3 | 2121 | 2ND | 01/18/2006 | 01/17/2006 07:50 PM | 09682 (Unknown) | | | | |
| BTL | MIA | DC023049883 | 4 | 2059 | 2ND | 01/18/2006 | 01/17/2006 08:04 PM | 09682 (Unknown) | | | | |
| PHL | MIA | 52070699 | 4 | 1444 | 5TH | 01/18/2006 | 01/17/2006 07:34 PM | 09682 (Unknown) | | | | |
| *ORD | MIA | EG309001303 | 68 | 726 | 2ND | 01/19/2006 | 01/17/2006 03:10 PM | 09682 (Unknown) | | | | |
| PHL | MIA | 52432291 | 1 | 450 | 5TH | 01/18/2006 | 01/17/2006 07:29 PM | 09682 (Unknown) | | | | |
| ORD | MIA | EG309039002 | | 440 | 2ND | 01/19/2006 | 01/17/2006 08:11 PM | 09682 (Unknown) | | | | |
| ORD | MIA | OE3102c3898 | 1 | 417 | DIR | 01/18/2006 | 01/17/2006 07:50 PM | 09683 (Unknown) | | | | |
| ORD | MIA | EG30860003 | 20 | 908 | 2ND | 01/19/2006 | 01/17/2006 08:06 PM | 09682 (Unknown) | | | | |
| ORD | MIA | EG309355007 | 25 | 275 | 2ND | 01/18/2006 | 01/17/2006 07:10 PM | 09682 (Unknown) | | | | |
| MRE | MIA | 53895543 | 1 | 250 | 5TH | 01/23/2006 | 01/17/2006 08:00 PM | 09682 (Unknown) | | | | |
| ORD | MIA | EG309091302 | 20 | 220 | 2ND | 01/19/2006 | 01/17/2006 08:09 PM | 09682 (Unknown) | | | | |
| MDT | MIA | Q004237 | 1 | 193 | 6TH | 01/19/2009 | 01/17/2006 08:23 PM | 09682 (Unknown) | | | | |
| MDT | MIA | Q003987 | 1 | 136 | 5TH | 01/13/2006 | 01/17/2006 07:49 PM | 09682 (Unknown) | | | | |
| ORD | MIA | TD69135042 | 3 | 125 | NULL | 01/24/2006 | 01/17/2006 08:24 PM | 09682 (Unknown) | | | | |
| EWR | MIA | 52070656 | 3 | 189 | 2ND | 01/18/2006 | 01/17/2006 07:27 PM | 09682 (Unknown) | | | | |
| ORD | MIA | EZT46535802 | 1 | 86 | 9TH | 01/26/2006 | 01/17/2006 08:23 PM | 09682 (Unknown) | | | | |
| MKE | MIA | 53594786V | 1 | 67 | 2ND | 01/18/2006 | 01/17/2006 08:10 PM | 09682 (Unknown) | | | | |
| RIC | MIA | 26172910 | 0 | 55 | 3RD | 01/18/2006 | 01/17/2006 07:51 PM | 09682 (Unknown) | | | | |
| EWR | MIA | 52070695 | 1 | 53 | 2RD | 01/18/2006 | 01/17/2006 07:28 PM | 09682 (Unknown) | | | | |
| EWR | MIA | 521680301 | 1 | 40 | 5TH | 01/23/2006 | 01/17/2006 07:29 PM | 09682 (Unknown) | | | | |
| ORD | MIA | DC38408503 | 2 | 35 | 2ND | 01/19/2006 | 01/17/2006 08:50 PM | 09682 (Unknown) | | | | |
| ATL | MIA | 32920224 | 0 | 6 | 2ND | 01/18/2006 | 01/17/2006 07:24 PM | 09682 (Unknown) | | | | |
| ATL | MIA | 32920225 | 1 | 6 | 2ND | 01/18/2006 | 01/17/2006 07:24 PM | 09682 (Unknown) | | | | |
| ATL | MIA | 32920222 | 1 | 1 | 2ND | 01/19/2006 | 01/17/2006 07:24 PM | 09682 (Unknown) | | | | |
| **Dest MIA Totals:** | | **26 HAWBs** | **422** | **20094** | | | | | | | | |

ISO Form Q5B00  05MAR1998

Page 1

Date/Time: 01/18/2006 05:51:21

---

**CARGO CLAIM DOCS**

28

Jan. 23. 2006 11:49AM                                No. 0866   P. 6

# EGL

## Check Out Manifest (FINAL)

Station: H05

Uploaded: 01/17/2006

| Orig. | Dest. | HAWB# | Pieces | Charged Weight | Service Level | Due Date | Scanned Date/Time | Scanned By | Hazmat |
|-------|-------|-------|--------|----------------|---------------|----------|-------------------|------------|--------|
| | | 27 HAWBs | | | | | | | |

Manifest Totals:     27 HAWBs   482   2094   20030

Reviewed by: _____    Date: _____

Comments:

Page: 2

ISO Form: OS800  05MAR1996    Date/Time: 01/16/2006 09:51:21

CARGO CLAIM DOCS

29

Jun 26 2006 2:06PM HP LASERJET 3330
+2138332120 NIPPUNKUN MNGT. INC.
310 P31 JUN 23 '06 15:41



| MAWB NO | B 021 --- |
|---|---|
| ORIG | 405 |
| TRAILER NO | 725917 |

| DATE | 1-18-8 |
|---|---|
| ETA | 8:15 PM |
| DOOR | 36 |

LOAD CONDITION: (circle one):     GOOD   FAIR   POOR

Comments

| | HAWB | | ORG | DEST | HAWB H/U | ACT H/U | RCV UNK | NOT RCV | O/S/O | DMG CODES (see) | Other Codes (Comments) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |

| Damage Codes | | Other Codes | | UNLOADER: PP |
|---|---|---|---|---|
| C D | Crushed | SWB X | Shrink Wrap Build | TLR SL: |
| T D | Torn/Hole | OS | Rebuild NH | ST & RT/ AST |
| B X | Bent | RTP X | Re-Tie Pallet | |

Jun 26 2006 2:38PM HP LaserJet 3200 page 20

01/18/06 THU 14:25 FAX 3055940039     EGL                                                    ☒002

# EGL

Boat #: _____

## Check In Manifest (TRIAL)

Station: MIA
Trailer: 773017
Uploaded: 01/18/2006

| Orig | Dest | HAWBN | Pieces | Charged Weight | Service Level | Due Date | Scanned Date/Time | Scanned By | Over Short Dmgd Hazmat |
|------|------|-------|--------|----------------|---------------|----------|-------------------|------------|------------------------|
| STL | MIA | DC52640683 | 4 | 2059 | 2ND | 01/18/2006 | 01/18/2006 10:09 AM | PABEL GONZALEZ | ☐ ☐ ☐ ☐ |
| PHL | MIA | 52070459 | 1 | 1444 | 5TH | 01/18/2006 | 01/18/2006 10:10 AM | PABEL GONZALEZ | ☐ |
| PHL | MIA | DC35598341 | 1 | 644 | NDR | 01/17/2006 | 01/18/2006 10:10 AM | PABEL GONZALEZ | ☐ |
| PHL | MIA | 52402261 | 1 | 450 | 5TH | 01/18/2006 | 01/18/2006 10:10 AM | PABEL GONZALEZ | ☐ |
| ORD | MIA | EG36989802 | 40 | 440 | 2ND | 01/18/2006 | 01/18/2006 09:11 AM | PABEL GONZALEZ | ☐ |
| ORD | MIA | DE31602893 | 1 | 417 | DIR | 01/18/2006 | 01/18/2006 10:17 AM | PABEL GONZALEZ | ☐ |
| ORD | MIA | EG39969803 | 28 | 308 | 2ND | 01/18/2006 | 01/18/2006 09:12 AM | PABEL GONZALEZ | ☐ |
| ORD | MIA | EG31953607 | 25 | 275 | 2ND | 01/18/2006 | 01/18/2006 09:12 AM | PABEL GONZALEZ | ☐ |
| MKE | MIA | 53595916 | 1 | 250 | 5TH | 01/18/2006 | 01/18/2006 09:47 AM | PABEL GONZALEZ | ☐ |
| ORD | MIA | EG36901102 | 20 | 220 | 2ND | 01/18/2006 | 01/18/2006 09:47 AM | PABEL GONZALEZ | ☐ |
| MDT | MIA | D104237 | 1 | 193 | 5TH | 01/18/2005 | 01/18/2005 10:11 AM | PABEL GONZALEZ | ☐ |
| MDT | MIA | Q003986 | 1 | 138 | 5TH | 01/13/2006 | 01/18/2006 09:47 AM | PABEL GONZALEZ | ☐ |
| MDT | MIA | Q001387 | 1 | 135 | 5TH | 01/13/2006 | 01/18/2006 09:47 AM | PABEL GONZALEZ | ☐ |
| ORD | MIA | TU69135042 | 3 | 125 | NULL | 01/24/2006 | 01/18/2006 10:09 AM | PABEL GONZALEZ | ☐ |
| EWR | MIA | 52075056 | 3 | 109 | 2ND | 01/18/2006 | 01/18/2006 09:48 AM | PABEL GONZALEZ | ☐ |
| ORD | MIA | EZT4653012 | 1 | 86 | 9TH | 01/20/2006 | 01/18/2006 10:09 AM | PABEL GONZALEZ | ☐ |
| MKE | MIA | 53394700V | 1 | 87 | 2ND | 01/18/2006 | 01/18/2006 10:11 AM | PABEL GONZALEZ | ☐ |
| RUC | MIA | 2017210 | 6 | 55 | 5TH | 01/18/2006 | 01/18/2006 09:47 AM | PABEL GONZALEZ | ☐ |
| EWR | MIA | 52403301 | 1 | 40 | 5TH | 01/18/2006 | 01/18/2006 10:10 AM | PABEL GONZALEZ | ☐ |
| ORD | MIA | DC34065403 | 2 | 38 | 2ND | 01/18/2006 | 01/18/2006 10:11 AM | PABEL GONZALEZ | ☐ |
| ATL | MIA | 32020224 | 1 | 28 | 2ND | 01/18/2006 | 01/18/2006 10:00 AM | PABEL GONZALEZ | ☐ |
| ATL | MIA | 32920226 | 1 | 6 | 2ND | 01/18/2006 | 01/18/2006 10:10 AM | PABEL GONZALEZ | ☐ |
| ATL | MIA | 24920222 | 1 | 1 | 2ND | 01/18/2006 | 01/18/2006 10:09 AM | PABEL GONZALEZ | ☐ |

Boat HBA Totals:     23 HAWBS     147     7403

Page: 1

ISO Form: CS8000  05MAR9000

Date/Time: 01/18/2006 10:50:22

**CARGO CLAIM DOCS**

31

1/28/08 THU 11:27 FAX 3055949038 EGL @001

# Check Out Manifest (FINAL)

Station: R05
Trailer: MAT79097
Uploaded: 01/17/2006

| Orig | Dest | HAWB# | Pieces | Charged Weight | Service Level | Due Date | Scanned Date/Time | Scanned By | Over | Short | Dmgd | Excess |
|------|------|-------|--------|----------------|---------------|----------|-------------------|------------|------|-------|------|--------|
| SFO | MIA | 52770849A | 62 | 2040 | 5TH | 01/13/2006 | 01/16/2006 02:37 PM | ALEXANDER FLOYD | | | | |
| PHL | MIA | QE33619068 | 2 | 1884 | 3RD | 01/11/2006 | 01/16/2006 03:45 PM | ALEXANDER FLOYD | | | | |
| LAX | MIA | 52362287 | 3 | 3934 | 2ND | 01/13/2006 | 01/16/2006 01:42 PM | ALEXANDER FLOYD | | | | |
| EWR | MIA | QE19021023 | 4 | 1862 | 6TH | 01/12/2006 | 01/16/2006 01:43 PM | ALEXANDER FLOYD | | | | |
| SEA | MIA | 55074802 | 19 | 1410 | 5TH | 01/18/2006 | 01/16/2006 01:33 PM | ALEXANDER FLOYD | | | | |
| PDX | MIA | 33927140 | 1 | 1290 | 5TH | 01/16/2006 | 01/16/2006 02:20 PM | ALEXANDER FLOYD | | | | |
| ONT | MIA | 18613820 | 28 | 723 | 3RD | 01/16/2006 | 01/16/2006 02:26 PM | ALEXANDER FLOYD | | | | |
| ONT | MIA | 78533321 | 26 | 745 | 3RD | 01/16/2006 | 01/16/2006 02:35 PM | ALEXANDER FLOYD | | | | |
| EWR | MIA | 59628791 | 19 | 630 | 6TH | 01/17/2006 | 01/16/2006 01:14 PM | ALEXANDER FLOYD | | | | |
| JFK | MIA | 40789127 | 4 | 608 | 6TH | 01/18/2006 | 01/16/2006 03:48 PM | ALEXANDER FLOYD | | | | |
| LAX | MIA | 85691540 | 1 | 428 | 3RD | 01/18/2006 | 01/16/2006 02:41 PM | ALEXANDER FLOYD | | | | |
| ONT | MIA | 50453803 | 77 | 374 | 5TH | 01/18/2006 | 01/16/2006 01:24 PM | ALEXANDER FLOYD | | | | |
| ONT | MIA | 18126610 | 26 | 348 | 4TH | 01/18/2006 | 01/16/2006 01:33 PM | ALEXANDER FLOYD | | | | |
| JFK | MIA | 14663023 | 1 | 286 | 5TH | 01/17/2006 | 01/16/2006 04:13 PM | ALEXANDER FLOYD | | | | |
| SFO | MIA | 52718972 | 10 | 285 | 5TH | 01/12/2006 | 01/16/2006 02:52 PM | ALEXANDER FLOYD | | | | |
| EWR | MIA | 59626767 | 7 | 220 | 6TH | 01/17/2006 | 01/16/2006 02:49 PM | ALEXANDER FLOYD | | | | |
| SFO | MIA | 50700058 | 9 | 194 | 5TH | 01/11/2006 | 01/16/2006 02:48 PM | ALEXANDER FLOYD | | | | |
| EWR | MIA | 59626817 | 3 | 191 | 6TH | 01/12/2006 | 01/16/2006 04:42 PM | ALEXANDER FLOYD | | | | |
| SEA | MIA | 56074365 | 7 | 173 | 6TH | 01/16/2006 | 01/16/2006 04:39 PM | ALEXANDER FLOYD | | | | |
| SFO | MIA | 50700059 | 8 | 170 | 5TH | 01/11/2006 | 01/16/2006 02:46 PM | ALEXANDER FLOYD | | | | |
| EWR | MIA | 80626611 | 4 | 163 | 6TH | 01/12/2006 | 01/16/2006 02:29 PM | ALEXANDER FLOYD | | | | |
| EWR | MIA | C10642621 | 4 | 151 | 6TH | 01/12/2006 | 01/16/2006 03:37 PM | ALEXANDER FLOYD | | | | |
| EWR | MIA | 59625756 | 4 | 148 | 6TH | 01/12/2006 | 01/16/2006 03:56 PM | ALEXANDER FLOYD | | | | |
| MDT | MIA | Q3041590 | 7 | 148 | 6TH | 01/11/2006 | 01/16/2006 01:07 PM | ALEXANDER FLOYD | | | | |
| EWR | MIA | 80636767 | 4 | 145 | 6TH | 01/12/2006 | 01/16/2006 02:42 PM | ALEXANDER FLOYD | | | | |
| MDT | MIA | Q3034157 | 1 | 145 | 6TH | 01/11/2006 | 01/16/2006 01:09 PM | ALEXANDER FLOYD | | | | |
| MDT | MIA | 18041921 | 1 | 140 | 6TH | 01/11/2006 | 01/16/2006 01:00 PM | ALEXANDER FLOYD | | | | |
| YYG | MIA | 54833604 | 1 | 133 | 4MILL | 01/16/2006 | 01/16/2006 02:27 PM | ALEXANDER FLOYD | | | | |
| EWR | MIA | 50628034 | 1 | 149 | 5TH | 01/12/2006 | 01/16/2006 01:47 PM | ALEXANDER FLOYD | | | | |
| EWR | MIA | 50628934 | 2 | 118 | 6TH | 01/12/2006 | 01/16/2006 03:33 PM | ALEXANDER FLOYD | | | | |

Date/Time: 01/16/2006 20:54:31

ISO Form: Q5000 05MAR1998

**CARGO CLAIM DOCS**





REAL PEOPLE.  REAL SOLUTIONS.  REAL TIME.

HOME | SERVICES | ABOUT EGL | PARTNERING | CAREERS | RESOURCES | NEWS | INVESTOR RELATIONS | TRACKING | LOGIN

Tracking

# AIR/GROUND TRACKING

House Waybill Tracking
***Found***
EG30901303

## SEARCH RESULTS

The list below displays up to 100 records matching your criteria. Click on an item in the list sort the list, click one of the column headers. Click the column header again to reverse t change your search criteria, use the "Back" option on your browser or click on the "Trackil start a new search. Date represented as dd-mmm-yy.

Results 1 - 1 of 1 records          [First Page][Previous Page][Next Page][Last Page]          Rows

| Waybill Number | Ship Date | Origin Port | Destinatio |
|---|---|---|---|
| EG30901303 | 16-Jan-06 | ORD - Chicago | MIA - Miam |

Contact | Site Map | Terms of Use | Privacy Statement | Worldwide Directory

Copyright © EGL Eagle Global Logistics 2000 - 2005.  A

http://www.eaglegl.com/advisorgt/eTrakAirList.aspx?index=400          2/7/2006

CARGO CLAIM DOCS

33

## Zimmermann, Kathi

| | |
|---|---|
| **From:** | O'Brien, Patrick |
| **Sent:** | Tuesday, January 24, 2006 3:59 PM |
| **To:** | Laciak, Sharon; Carter, Ryan; White, Randy; Castillo, Charlene; Carlson, Mark; Shepard, Dalene; Glenn, Steve |
| **Cc:** | Ferguson, Vanessa; Gaffney, Jill; Grosso, Dale; Diaz, Jose R.; Behan, Brendan; Zimmermann, Kathi; Oshita, Dean; Blau, Steven; Baker, Bryan |
| **Subject:** | TOSHIBA RE: URGENT RESPONSE! MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05 EG30901303 Pr No 302106 |

I walked the warehouse again today - not in the building at 5601
pat

---

**From:** Laciak, Sharon
**Sent:** Tuesday, January 24, 2006 4:48 PM
**To:** Carter, Ryan; White, Randy; Castillo, Charlene; Carlson, Mark; Shepard, Dalene; Glenn, Steve
**Cc:** Ferguson, Vanessa; Gaffney, Jill; Grosso, Dale; Diaz, Jose R.; Behan, Brendan; O'Brien, Patrick; Zimmermann, Kathi; Oshita, Dean; Blau, Steven; Baker, Bryan
**Subject:** RE: URGENT RESPONSE! MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05 EG30901303 Pr No 302106

Do we have any new updates concerning the whereabouts of this frt?  Have we exhausted all possible avenues?

-----Original Message-----
**From:** Laciak, Sharon
**Sent:** Monday, January 23, 2006 4:07 PM
**To:** Carter, Ryan; White, Randy; Castillo, Charlene; Carlson, Mark; Shepard, Dalene; Glenn, Steve
**Cc:** Ferguson, Vanessa; Gaffney, Jill; Grosso, Dale; Diaz, Jose R.; Behan, Brendan; O'Brien, Patrick; Zimmermann, Kathi; Oshita, Dean; Blau, Steven; Baker, Bryan
**Subject:** RE: URGENT RESPONSE! MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05 EG30901303 Pr No 302106

Good Afternoon:

Please keep working on this, this needs to stay a high priority.  Keep us updated with any thing that you might find.

Thank you.

-----Original Message-----
**From:** Carter, Ryan
**Sent:** Monday, January 23, 2006 9:31 AM
**To:** White, Randy; Castillo, Charlene; Carlson, Mark; Shepard, Dalene; Glenn, Steve
**Cc:** Ferguson, Vanessa; Laciak, Sharon; Gaffney, Jill; Grosso, Dale; Diaz, Jose R.; Behan, Brendan; O'Brien, Patrick; Zimmermann, Kathi; Oshita, Dean; Blau, Steven; Baker, Bryan
**Subject:** RE: URGENT RESPONSE! MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05 EG30901303 Pr No 302106

Checkout Manifest from ATL states Trailer number 779097
Trailer that arrived into MIA was 775917

A-MAWB  1/18/06  8:35:10 ATLNANCY   1/18/06  8:35:09
CHKOUT  1/17/06  20:44:00 ESCAN_H05  1/17/06  20:19:48

-----Original Message-----
**From:** White, Randy
**Sent:** Monday, January 23, 2006 10:29 AM

7/5/2006

**To:** Carter, Ryan; Castillo, Charlene; Carlson, Mark; Shepard, Dalene; Glenn, Steve
**Cc:** Ferguson, Vanessa; Laciak, Sharon; Gaffney, Jill; Grosso, Dale; Diaz, Jose R.; Behan, Brendan; O'Brien,
Patrick; Zimmermann, Kathi; Oshita, Dean; Blau, Steven; Baker, Bryan
**Subject:** RE: URGENT RESPONSE! MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05
EG30901303 Pr No 302106

Yes the freight was mastered approximately one hour before the truck arrived in MIA. We had a new person
in the office that made some errors  mastering at night. She had the wrong scan out. When Nancy came to
work the next morning she found the problem when she was going over the paperwork. Nancy then got it
mastered and alerted correctly. Evidently the wrong paperwork was also sent with the driver. I can fax the
proper paperwork to anyone who needs to see it. By ATL I assume that you mean H05, and any changes
that were made was so that MIA could have the correct information. The fact is that the freight was hand
manifested, scanned and loaded on this truck. I have watched the cameras and can see it being loaded. It
was the last Toshiba shipment that was loaded on the truck, and should have been the first Toshiba
shipment pulled off. After it was loaded there were only some small cartons loaded.

*Randy White*
*The Select Carrier Group*
*H05 Hub Mgr*
*4370 Old Dixie Rd*
*Atlanta, GA 30354*
*Phone  404 968 1398*
*Fax     404 968 1388*
*Cell    404 421 4328*



-----Original Message-----
**From:** Carter, Ryan
**Sent:** Monday, January 23, 2006 10:09 AM
**To:** White, Randy; Castillo, Charlene; Carlson, Mark; Shepard, Dalene; Glenn, Steve
**Cc:** Ferguson, Vanessa; Laciak, Sharon; Gaffney, Jill; Grosso, Dale; Diaz, Jose R.; Behan, Brendan;
O'Brien, Patrick; Zimmermann, Kathi; Oshita, Dean; Blau, Steven; Baker, Bryan
**Subject:** RE: URGENT RESPONSE! MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND
MIA-H05 EG30901303 Pr No 302106

We can tell you this shipment was mastered to the pro number in question 1hour before the trailer
arrived to MIA. The check out from the ATL driver does not list this shipment. The checkout shows a
different trailer number.

It appears as though ATL made some changes to the MAWB just before the truck arrived to MIA.

rc

-----Original Message-----
**From:** White, Randy
**Sent:** Monday, January 23, 2006 10:02 AM
**To:** Castillo, Charlene; Carter, Ryan; Carlson, Mark; Shepard, Dalene; Glenn, Steve
**Cc:** Ferguson, Vanessa; Laciak, Sharon; Gaffney, Jill; Grosso, Dale; Diaz, Jose R.; Behan,
Brendan; O'Brien, Patrick; Zimmermann, Kathi; Oshita, Dean; Blau, Steven; Baker, Bryan
**Subject:** RE: URGENT RESPONSE! MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE
RESPOND MIA-H05 EG30901303 Pr No 302106

This freight checked into H05 clear and was scanned and hand manifested out on MAWB 302106.  I have also viewed our security tapes and this skid along with all other transfer freight off of the H10 trailer was loaded on this trailer.  This skid would have been one the first to be pulled off of the truck.

*Randy White*
*The Select Carrier Group*
*H05 Hub Mgr*
*4370 Old Dixie Rd*
*Atlanta, GA 30354*
*Phone  404 968 1398*
*Fax      404 968 1388*
*Cell     404 421 4328*



-----Original Message-----
**From:** Castillo, Charlene
**Sent:** Saturday, January 21, 2006 3:10 PM
**To:** Carter, Ryan; White, Randy; Carlson, Mark; Shepard, Dalene; Glenn, Steve
**Cc:** Ferguson, Vanessa; Laciak, Sharon; Gaffney, Jill; Grosso, Dale; Diaz, Jose R.; Behan, Brendan; O'Brien, Patrick; Zimmermann, Kathi; Oshita, Dean; Blau, Steven; Baker, Bryan
**Subject:** URGENT RESPONSE! MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05 EG30901303 Pr No 302106
**Importance:** High

Randy / Ryan:

Need an update on this shpt!!!!!  Value of freight is $85K+.  EGL will be forced to pay a $55K claim if we cannot locate. This will hit SCG/ATL or MIA station if not resolved.

Please advise if this info has been passed to Dalene for her investigation.  If not, please pass all necessary docs for her review:

ORD-Gateway Team: CFS manifest when frt recovered from airlines
ORD/HUB Group: check out manifest out of ORD
ATL/HUB Group: check in and check out  manifest from ATL:
MIA Group:
- check in manifest from MIA from H05
- Daily driver manifest for HAWB # EG30901302 -- frt going to same location in MIA

Dalene,
Let us know if I may have missed anything else.

We need to urgently locate this shipment!!!

**Charlene Castillo**
Global Sales Account Manager

EGL-Los Angeles
19600 Western Ave
Torrance Ca 90501
Tele: 310-972-5693
Cell: 310-663-1336
Nextel: 124*232926*6
Fax: 310-972-5987

**From:** Freeze, Nancy
**Sent:** Friday, January 20, 2006 10:54 AM
**To:** Laciak, Sharon; Carter, Ryan; White, Randy; Wright, Morris
**Cc:** Ferguson, Vanessa; Mariano, Sheena; Gaffney, Jill; Grosso, Dale; Nelson, Lauren; Castillo, Charlene; Diaz, Jose R.; White, Carole; Glenn, Steve; Behan, Brendan; O'Brien, Patrick
**Subject:** RE: MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05 EG30901303 Pr No 302106

**Sharon;**

**I have forwarded this to Morris Wright, supv. On duty**

Nancy Freeze
Hub Customer Service Rep.
404-968-1243/ofc
404-968-1388/fax



-----Original Message-----
**From:** Laciak, Sharon
**Sent:** Friday, January 20, 2006 1:51 PM
**To:** Carter, Ryan; White, Randy
**Cc:** Ferguson, Vanessa; Mariano, Sheena; Gaffney, Jill; Grosso, Dale; Nelson, Lauren; Castillo, Charlene; Diaz, Jose R.; White, Carole; Freeze, Nancy; Glenn, Steve; Behan, Brendan; O'Brien, Patrick
**Subject:** RE: MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05 EG30901303 Pr No 302106

Ryan and Randy:

I have just been speaking with Jose in MIA regarding this. He has checked the racks and checked with CFS with no luck in locating this frt.  Jose and I looked at some other frt that was manifested just before this trk arrived in MIA, I have the four pages of the H05 Check out Manifest here and Jose had the two that came with the trk.  On the two pages that Jose did not have I gave him 3 hawbs that he is looking at to see if they might show something that has been missed.  I gave him 39095982, 10258591 and EG30901302.  These all came off the same trk and were received by MIA and have delivered.  Jose has also talked to the driver again who delivered EG30901302 and he says that he only had the 1 skid w/ 20 ctns from this hawb and some Maxtor frt, he did not have the 66 ctns on 1 skid. Jose will call me back if he finds anything.

Please give us whatever help you can in locating this frt. We need to have everyone working on this.

If you need anything else from me , please let me know.

-----Original Message-----
**From:** Laciak, Sharon
**Sent:** Friday, January 20, 2006 9:36 AM
**To:** Behan, Brendan; O'Brien, Patrick; Glenn, Steve
**Cc:** Ferguson, Vanessa; Mariano, Sheena; White, Randy; Gaffney, Jill; Grosso, Dale; Nelson, Lauren; Castillo, Charlene; Diaz, Jose R.; Carter, Ryan; White, Carole; Freeze, Nancy
**Subject:** RE: MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05

I have just been working with out hub here in ORD regarding this frt.  We had H05 fax the manifest over for mawb 302106 and hawb EG30901303 is showing as hand manifested and scanned out to this trk.  This would indicate that this frt did indeed arrive in Mia.  Jose Diaz was on the phone with Carol White from ORD and Nancy from H05 and myself.  Jose was going to make sure another dock check was done and we definitely need to double check with the driver who delivered EG30901302 in case he had this frt also.  H05 is also doing another dock check on their end.

I cannot stress enough the need to find this frt.  As I stated earlier this frt is worth about 85,000 and this will be a big claim against Eagle.  Double and triple check everything and let me know as soon as you have any information.

Thank you.

-----Original Message-----
**From:** Laciak, Sharon
**Sent:** Friday, January 20, 2006 8:41 AM
**To:** Behan, Brendan; O'Brien, Patrick; Glenn, Steve
**Cc:** Acevedo, Michelle; Ferguson, Vanessa; Mariano, Sheena
**Subject:** RE: MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05

Good Morning:

After talking to both Steve and Brendan here is where we are:

Steve will do another physical dock check for this frt, however he feels that it definitely did check out on mawb 302106.  Previous dock checks have concluded that this frt is not still in H05.

Brendan, please have another dock check done at your facility and make sure the driver did not take this with him when he delivered to Bell.  I know you have checked already but this is going to be very costly for Eagle if we cannot locate this frt.

Please update the notes and respond back to this e-mail after the new dock checks have been completed.

Thank you.

-----Original Message-----
**From:** Laciak, Sharon
**Sent:** Thursday, January 19, 2006 2:21 PM
**To:** Behan, Brendan; O'Brien, Patrick
**Cc:** Acevedo, Michelle; Ferguson, Vanessa; Mariano, Sheena; Glenn, Steve; Chupp, Michael

7/5/2006

**Subject:** RE: MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05

Brendan and Patrick:

Please see below from Steve at H05.  Please double check with the driver also to see if he did indeed deliver this skid yesterday.

Thank you!

-----Original Message-----
**From:** Glenn, Steve
**Sent:** Thursday, January 19, 2006 2:18 PM
**To:** Laciak, Sharon; Behan, Brendan; O'Brien, Patrick; Chupp, Michael
**Cc:** Acevedo, Michelle; Ferguson, Vanessa; Mariano, Sheena
**Subject:** RE: MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05

This skid checked out of here clear on the 17th under mawb#302106. You may need to check with MIA house driver 0711 and see how many skids he delivered on the 18th. Thanks

*Steve Glenn*
*Operations Manager H05*
*4370 Old Dixie Road*
*Atlanta, GA 30354*
*Phone: 404-968-1236*
*Fax:   404-968-1388*



-----Original Message-----
**From:** Laciak, Sharon
**Sent:** Thursday, January 19, 2006 2:45 PM
**To:** Behan, Brendan; O'Brien, Patrick; Chupp, Michael; Glenn, Steve
**Cc:** Acevedo, Michelle; Ferguson, Vanessa; Mariano, Sheena
**Subject:** MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05

Good Afternoon All:

I am looking for the following:

EG30901303    Bell Microproducts        due 1-19-06      shows checked out of H05 on 1-17-06

Per Jose and Michelle in Miami say this frt is not on their dock.  Per Michelle in Mia, she will check with CFS and have them do a dock check on their side for this frt.

Per Morris in H05, they have done a dock check and cannot locate this frt either.

I have asked that both offices do another dock check and also check the security cage in case someone put that frt in there for safe keeping.  This is one skid with 66 ctns, all Toshiba lap tops, worth about $85,000

Please, we need to locate this frt ASAP!

Thank you!

Best regards

*Sharon Laciak*
Gateway Specialist III
Global Service Center
Eagle Global Logistics
1717 Busse Rd.
Elk Grove Village, IL
60007
Phone 847-250-3311
Fax    847-250-3103
email Sharon.Laciak@Eaglegl.com

7/5/2006



700 S. Flower, Suite 2310
Los Angeles, CA 90071
Tel 213-943-5000  Fax 213-943-5050
Email : jhendrick@vericlaiminc.com

February 8, 2006

Eagle USA                          <u>Via Fax No. 281-618-3311</u>
Corporate Claims Dept.
PO box 60467 AMF
Houston, TX 77205

| | |
|---|---|
| Re: | **Shortage Investigation** |
| Conveyance: | Air Freight – Eagle USA |
| Bill of Lading/PRO #: | AWB EG30901303 |
| Date of Shipment: | January 11, 2006 |
| Shipment: | 65 Units Laptops – Model PTA50U-039013 |
| Assured: | Toshiba America Information Systems, Inc. – Irvine, CA |
| Customer: | Bell MicroProducts / Latin Amer – Miami, FL |
| Loss Description | 65 Units Laptops Non Delivered (Entire Shipment) |
| | Claim Amount: $61,290.90 |
| Your TAIS Ref. No: | TAIS Order No. 309013-03 |
| | Claim No. LFC9025/CSD OD |
| Our File no: | LAX08250290 |

Dear Sir or Madam:

We have been advised of a potential claim/loss and subsequently requested to investigate the
captioned shipment that was short delivered to the customer. The undersigned surveyor has
been appointed to investigate this loss and if you have any questions or additional information
pertaining to this matter, please contact the undersigned surveyor for particulars by way of
telephone, fax or email upon receipt of this fax letter.

Very truly yours,

**VeriClaim, Inc.**

*Jackson M. Hendrick /JJ*

Jackson M. Hendrick
Senior National Marine Surveyor

JAC/kf

Quality Control Center – VeriClaim New Orleans

**CARGO CLAIM DOCS**

15

Jun 26 2006 2:26PM CAG AGR Browne Eagan 67-6 Filed 07/31/12 Page 73 of 97 Page ID p.17
Case 2:05-cv-08801-CAS-AGR Document 167-6 3109173 of 97 23 15:34
4213833122g NIPPONKOH FNGH 688
#805

```
*******************
***   TX REPORT   ***
*******************

TRANSMISSION OK

TX/RX NO             2621
CONNECTION TEL                912818183311
SUBADDRESS
CONNECTION ID
ST. TIME             02/08 12:00
USAGE T              00'20
PGS. SENT            1
RESULT               OK
```



**VeriClaim**
Providing claims services for the insurance industry since 1918

700 S. Flower, Suite 2310
Los Angeles, CA 90071
Tel 213-943-5000   Fax 213-943-5050
Email : jhendrick@vericlaiminc.com

February 8, 2006

Eagle USA                                    <u>Via Fax No. 281-618-3311</u>
Corporate Claims Dept.
PO box 60487 AMF
Houston, TX 77205

| | |
|---|---|
| Re: | **Shortage Investigation** |
| Conveyance: | Air Freight – Eagle USA |
| Bill of Lading/PRO #: | AWB EG30901303 |
| Date of Shipment: | January 11, 2006 |
| Shipment: | 65 Units Laptops - Model PTA50U-039013 |
| Assured: | Toshiba America Information Systems, Inc. – Irvine, CA |
| Customer: | Bell MicroProducts / Latin Amer – Miami, FL |
| Loss Description | 65 Units Laptops Non Delivered (Entire Shipment) |
| | Claim Amount: $61,290.90 |
| Your TAIS Ref. No: | TAIS Order No. 309013-03 |
| | Claim No. LFC9025/CSD OD |
| Our File no: | LAX06250290 |

Dear Sir or Madam:

We have been advised of a potential claim/loss and subsequently requested to investigate the captioned shipment that was short delivered to the customer. The undersigned surveyor has been appointed to investigate this loss and if you have any questions or additional information pertaining to this matter, please contact the undersigned surveyor for particulars by way of telephone, fax or email upon receipt of this fax letter.

Very truly yours,

**VeriClaim, Inc.**

CARGO CLAIM DOCS

## Zimmermann, Kathi

| | |
|---|---|
| **From:** | White, Randy |
| **Sent:** | Monday, January 23, 2006 9:44 AM |
| **To:** | Carter, Ryan; Castillo, Charlene; Carlson, Mark; Shepard, Dalene; Glenn, Steve |
| **Cc:** | Ferguson, Vanessa; Laciak, Sharon; Gaffney, Jill; Grosso, Dale; Diaz, Jose R.; Behan, Brendan; O'Brien, Patrick; Zimmermann, Kathi; Oshita, Dean; Blau, Steven; Baker, Bryan |
| **Subject:** | MIA-H05 EG30901303 Pr No 302106 |

Like I explained, the CSR sent the wrong paperwork. What did the Bill of Lading say? What trailer number was the freight that came off of this truck checked out to? If you will look at the previous day's paperwork you will see that it was trailer 779097 and all of the freight on the paperwork that you received with MAWB 302106 checked in the day before. This error has nothing to do with the lost freight. We corrected the error and sent the correct alert.

*Randy White*
*The Select Carrier Group*
*H05 Hub Mgr*
*4370 Old Dixie Rd*
*Atlanta, GA 30354*
*Phone   404 968 1398*
*Fax       404 968 1388*
*Cell      404 421 4328*



-----Original Message-----
**From:** Carter, Ryan
**Sent:** Monday, January 23, 2006 10:31 AM
**To:** White, Randy; Castillo, Charlene; Carlson, Mark; Shepard, Dalene; Glenn, Steve
**Cc:** Ferguson, Vanessa; Laciak, Sharon; Gaffney, Jill; Grosso, Dale; Diaz, Jose R.; Behan, Brendan; O'Brien, Patrick; Zimmermann, Kathi; Oshita, Dean; Blau, Steven; Baker, Bryan
**Subject:** RE: URGENT RESPONSE! MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05 EG30901303 Pr No 302106

Checkout Manifest from ATL states Trailer number 779097
Trailer that arrived into MIA was 775917

A-MAWB  1/18/06  8:35:10 ATLNANCY   1/18/06  8:35:09
CHKOUT  1/17/06  20:44:00 ESCAN_H05   1/17/06  20:19:48

-----Original Message-----
**From:** White, Randy
**Sent:** Monday, January 23, 2006 10:29 AM
**To:** Carter, Ryan; Castillo, Charlene; Carlson, Mark; Shepard, Dalene; Glenn, Steve
**Cc:** Ferguson, Vanessa; Laciak, Sharon; Gaffney, Jill; Grosso, Dale; Diaz, Jose R.; Behan, Brendan; O'Brien, Patrick; Zimmermann, Kathi; Oshita, Dean; Blau, Steven; Baker, Bryan
**Subject:** RE: URGENT RESPONSE! MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05 EG30901303 Pr No 302106

Yes the freight was mastered approximately one hour before the truck arrived in MIA. We had a new person in the

office that made some errors  mastering at night. She had the wrong scan out. When Nancy came to work the next morning she found the problem when she was going over the paperwork. Nancy then got it mastered and alerted correctly. Evidently the wrong paperwork was also sent with the driver. I can fax the proper paperwork to anyone who needs to see it. By ATL I assume that you mean H05, and any changes that were made was so that MIA could have the correct information. The fact is that the freight was hand manifested, scanned and loaded on this truck. I have watched the cameras and can see it being loaded. It was the last Toshiba shipment that was loaded on the truck, and should have been the first Toshiba shipment pulled off. After it was loaded there were only some small cartons loaded.

*Randy White*
*The Select Carrier Group*
*H05 Hub Mgr*
*4370 Old Dixie Rd*
*Atlanta, GA 30354*
*Phone  404 968 1398*
*Fax      404 968 1388*
*Cell     404 421 4328*



-----Original Message-----
**From:** Carter, Ryan
**Sent:** Monday, January 23, 2006 10:09 AM
**To:** White, Randy; Castillo, Charlene; Carlson, Mark; Shepard, Dalene; Glenn, Steve
**Cc:** Ferguson, Vanessa; Laciak, Sharon; Gaffney, Jill; Grosso, Dale; Diaz, Jose R.; Behan, Brendan; O'Brien, Patrick; Zimmermann, Kathi; Oshita, Dean; Blau, Steven; Baker, Bryan
**Subject:** RE: URGENT RESPONSE! MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05 EG30901303 Pr No 302106

We can tell you this shipment was mastered to the pro number in question 1hour before the trailer arrived to MIA. The check out from the ATL driver does not list this shipment. The checkout shows a different trailer number.

It appears as though ATL made some changes to the MAWB just before the truck arrived to MIA.


rc

-----Original Message-----
**From:** White, Randy
**Sent:** Monday, January 23, 2006 10:02 AM
**To:** Castillo, Charlene; Carter, Ryan; Carlson, Mark; Shepard, Dalene; Glenn, Steve
**Cc:** Ferguson, Vanessa; Laciak, Sharon; Gaffney, Jill; Grosso, Dale; Diaz, Jose R.; Behan, Brendan; O'Brien, Patrick; Zimmermann, Kathi; Oshita, Dean; Blau, Steven; Baker, Bryan
**Subject:** RE: URGENT RESPONSE! MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05 EG30901303 Pr No 302106

This freight checked into H05 clear and was scanned and hand manifested out on MAWB 302106. I have also viewed our security tapes and this skid along with all other transfer freight off of the H10 trailer was loaded on this trailer.  This skid would have been one the first to be pulled off of the truck.

*Randy White*
*The Select Carrier Group*
*H05 Hub Mgr*

4370 Old Dixie Rd
Atlanta, GA 30354
Phone  404 968 1398
Fax      404 968 1388
Cell     404 421 4328



-----Original Message-----
**From:** Castillo, Charlene
**Sent:** Saturday, January 21, 2006 3:10 PM
**To:** Carter, Ryan; White, Randy; Carlson, Mark; Shepard, Dalene; Glenn, Steve
**Cc:** Ferguson, Vanessa; Laciak, Sharon; Gaffney, Jill; Grosso, Dale; Diaz, Jose R.; Behan, Brendan; O'Brien, Patrick; Zimmermann, Kathi; Oshita, Dean; Blau, Steven; Baker, Bryan
**Subject:** URGENT RESPONSE! MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05 EG30901303 Pr No 302106
**Importance:** High

Randy / Ryan:

Need an update on this shpt!!!!!  Value of freight is $85K+.  EGL will be forced to pay a $55K claim if we cannot locate. This will hit SCG/ATL or MIA station if not resolved.

Please advise if this info has been passed to Dalene for her investigation.  If not, please pass all necessary docs for her review:

ORD-Gateway Team: CFS manifest when frt recovered from airlines
ORD/HUB Group: check out manifest out of ORD
ATL/HUB Group: check in and check out  manifest from ATL:
MIA Group:
- check in manifest from MIA from H05
- Daily driver manifest for HAWB # EG30901302 – frt going to same location in MIA

Dalene,
Let us know if I may have missed anything else.

We need to urgently locate this shipment!!!

**Charlene Castillo**
Global Sales Account Manager
EGL-Los Angeles
19600 Western Ave
Torrance Ca 90501
Tele: 310-972-5693
Cell: 310-663-1336
Nextel: 124*232926*6
Fax: 310-972-5987

**From:** Freeze, Nancy

7/5/2006

Page 4 of 7

**Sent:** Friday, January 20, 2006 10:54 AM
**To:** Laciak, Sharon; Carter, Ryan; White, Randy; Wright, Morris
**Cc:** Ferguson, Vanessa; Mariano, Sheena; Gaffney, Jill; Grosso, Dale; Nelson, Lauren;
Castillo, Charlene; Diaz, Jose R.; White, Carole; Glenn, Steve; Behan, Brendan; O'Brien,
Patrick
**Subject:** RE: MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05
EG30901303 Pr No 302106

**Sharon;**

**I have forwarded this to Morris Wright, supv. On duty**


Nancy Freeze
Hub Customer Service Rep.
404-968-1243/ofc
404-968-1388/fax



-----Original Message-----
**From:** Laciak, Sharon
**Sent:** Friday, January 20, 2006 1:51 PM
**To:** Carter, Ryan; White, Randy
**Cc:** Ferguson, Vanessa; Mariano, Sheena; Gaffney, Jill; Grosso, Dale; Nelson,
Lauren; Castillo, Charlene; Diaz, Jose R.; White, Carole; Freeze, Nancy; Glenn,
Steve; Behan, Brendan; O'Brien, Patrick
**Subject:** RE: MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-
H05 EG30901303 Pr No 302106

Ryan and Randy:

I have just been speaking with Jose in MIA regarding this.
He has checked the racks and checked with CFS with no
luck in locating this frt.  Jose and I looked at some other frt
that was manifested just before this trk arrived in MIA, I
have the four pages of the H05 Check out Manifest here
and Jose had the two that came with the trk.  On the two
pages that Jose did not have I gave him 3 hawbs that he is
looking at to see if they might show something that has
been missed.  I gave him 39095982, 10258591 and
EG30901302.  These all came off the same trk and were
received by MIA and have delivered.  Jose has also talked
to the driver again who delivered EG30901302 and he says
that he only had the 1 skid w/ 20 ctns from this hawb and
some Maxtor frt, he did not have the 66 ctns on 1 skid.
Jose will call me back if he finds anything.

Please give us whatever help you can in locating this frt.
We need to have everyone working on this.

If you need anything else from me , please let me know.


-----Original Message-----
**From:** Laciak, Sharon
**Sent:** Friday, January 20, 2006 9:36 AM
**To:** Behan, Brendan; O'Brien, Patrick; Glenn, Steve
**Cc:** Ferguson, Vanessa; Mariano, Sheena; White, Randy; Gaffney, Jill; Grosso,

Dale; Nelson, Lauren; Castillo, Charlene; Diaz, Jose R.; Carter, Ryan; White, Carole;
Freeze, Nancy
**Subject:** RE: MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-
H05

I have just been working with out hub here in ORD regarding this
frt. We had H05 fax the manifest over for mawb 302106 and hawb
EG30901303 is showing as hand manifested and scanned out to
this trk. This would indicate that this frt did indeed arrive in Mia.
Jose Diaz was on the phone with Carol White from ORD and
Nancy from H05 and myself. Jose was going to make sure another
dock check was done and we definitely need to double check with
the driver who delivered EG30901302 in case he had this frt also.
H05 is also doing another dock check on their end.

I cannot stress enough the need to find this frt. As I stated earlier
this frt is worth about 85,000 and this will be a big claim against
Eagle. Double and triple check everything and let me know as
soon as you have any information.

Thank you.

-----Original Message-----
**From:** Laciak, Sharon
**Sent:** Friday, January 20, 2006 8:41 AM
**To:** Behan, Brendan; O'Brien, Patrick; Glenn, Steve
**Cc:** Acevedo, Michelle; Ferguson, Vanessa; Mariano, Sheena
**Subject:** RE: MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-
H05

Good Morning:

After talking to both Steve and Brendan here is where we are:

Steve will do another physical dock check for this frt, however he feels that
it definitely did check out on mawb 302106. Previous dock checks have
concluded that this frt is not still in H05.

Brendan, please have another dock check done at your facility and make
sure the driver did not take this with him when he delivered to Bell. I know
you have checked already but this is going to be very costly for Eagle if we
cannot locate this frt.

Please update the notes and respond back to this e-mail after the new dock
checks have been completed.

Thank you.

-----Original Message-----
**From:** Laciak, Sharon
**Sent:** Thursday, January 19, 2006 2:21 PM
**To:** Behan, Brendan; O'Brien, Patrick
**Cc:** Acevedo, Michelle; Ferguson, Vanessa; Mariano, Sheena; Glenn, Steve; Chupp,
Michael
**Subject:** RE: MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-
H05

Brendan and Patrick:

Please see below from Steve at H05. Please double check with the driver
also to see if he did indeed deliver this skid yesterday.

Thank you!

-----Original Message-----
**From:** Glenn, Steve
**Sent:** Thursday, January 19, 2006 2:18 PM
**To:** Laciak, Sharon; Behan, Brendan; O'Brien, Patrick; Chupp, Michael
**Cc:** Acevedo, Michelle; Ferguson, Vanessa; Mariano, Sheena
**Subject:** RE: MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05

This skid checked out of here clear on the 17th under mawb#302106. You may need to check with MIA house driver 0711 and see how many skids he delivered on the 18th. Thanks

*Steve Glenn*
*Operations Manager H05*
*4370 Old Dixie Road*
*Atlanta, GA 30354*
*Phone: 404-968-1236*
*Fax:   404-968-1388*



-----Original Message-----
**From:** Laciak, Sharon
**Sent:** Thursday, January 19, 2006 2:45 PM
**To:** Behan, Brendan; O'Brien, Patrick; Chupp, Michael; Glenn, Steve
**Cc:** Acevedo, Michelle; Ferguson, Vanessa; Mariano, Sheena
**Subject:** MISSING TOSHIBA FRT HIGH IMPORTANCE PLEASE RESPOND MIA-H05

Good Afternoon All:

I am looking for the following:

EG30901303    Bell Microproducts      due 1-19-06      shows checked out of H05 on 1-17-06

Per Jose and Michelle in Miami say this frt is not on their dock.  Per Michelle in Mia, she will check with CFS and have them do a dock check on their side for this frt.

Per Morris in H05, they have done a dock check and cannot locate this frt either.

I have asked that both offices do another dock check and also check the security cage in case someone put that frt in there for safe keeping.  This is one skid with 66 ctns, all Toshiba lap tops, worth about $85,000

Please, we need to locate this frt ASAP!

Thank you!

Best regards,

*Sharon Laciak*
Gateway Specialist III
Global Service Center
Eagle Global Logistics
1717 Busse Rd.
Elk Grove Village, IL

60007
Phone 847-250-3311
Fax    847-250-3103
email Sharon.Laciak@Eaglegl.com

7/5/2006



**Air Ground Shipment Record**                          Print 🖨

**Waybill Number:** EG24832807

*S HA*

**Ship Date:**                19-Nov-05
**Estimated Arrival Date:** 25-Nov-05

**Origin**
Los Angeles (LAX)
**Destination**
Dallas (DFW)

**References:**
REF: 6014502401268965330 ♦ PO: 0929038225

**Shipment Detail**
Total Pieces        70 Pcs
Actual Weight       770.0  Lbs / 349.6 Kg
Charge Weight       770.0  Lbs / 349.6 Kg

**Service Information**
Freight Terms      THIRD PARTY BILLING
Service Level      Two Day By 5:00PM
Delivery Type
Movement Type      Consol

**Key Event History**

| Event | Date | Time | Event Location | Signature / Remarks |
|---|---|---|---|---|
| Delivered | 10-Jan-06 | 15:45 | DFW -Dallas | CLAIM PAID |
| Appointment Set | 29-Nov-05 | 09:00 | | MICHAEL |
| Out For Delivery | 25-Nov-05 | 07:30 | DFW -Dallas | |
| Scanned | 21-Nov-05 | 22:51 | LAX -Los Angeles | |
| Pickup | 19-Nov-05 | 23:00 | LAX -Los Angeles | |

For informational purposes only. Actual charges, Bill To parties and other details may change as necessary.
© Eagle Global Logistics

*CAR 8893*

**Document #** EG24832807

**Type options, press Enter.**
**2=Change   5=Display   10=Print at Origin**

|   | **Type** | **Description** |
|---|----------|-----------------|
| __ | HAWB | CK NO 135551 $30,000 TOSHIBA / KZ  1/3/06 |
|    | **By user** IAHMARIAT  **Date/Time entered**  1/04/06   16:28:08 |

| __ | HAWB | claim will be filed |
|    | **By user** LAXCASM1   **Date/Time entered** 12/07/05   16:10:52 |

| __ | HAWB | Per Tracy Flemming voice mail, pls. process a    **details** |
|    | **By user** LAXCHARLEN **Date/Time entered** 12/01/05   14:27:23 |

| __ | HAWB | sent message to Shawn/Gus/Tracy DFW regarding   **details** |
|    | **By user** LAXCHARLEN **Date/Time entered** 12/01/05    9:03:48 |

                                                                                   +

F3=Exit   F6=Create   F10=Additional Notes   F11=Attached Doc notes   F24=FxHelp

Case 2:12-cv-05801-EGAS-ACR Document 67-16 Filed 07/31/12 Page 83 of 97 PageID 07:40

HAWB   **Number** . . :   EG24832807
**Note Number** . . . :      22         **Note Created**  3/13/06 11:54:26
**Short Description** :   pd ck no 200968 Toshiba $18,835.50 3/10/06 / KZ

   **Notes**
   KZ has file for auditors

**Bottom**
F3=Exit                                                          F24=FxHelp

**Zimmermann, Kathi**

| | |
|---|---|
| **From:** | Barbare, Tim |
| **Sent:** | Saturday, December 10, 2005 1:25 PM |
| **To:** | Zimmermann, Kathi; Center, Bernie |
| **Cc:** | Armstrong, Justin; Stewart, Shawn |
| **Subject:** | FW: Toshiba Claims |



DFW Toshiba Claim
NOV05.xls (1...

       Kathi....please include Bernie Center with copy of backup.   I will be traveling to ORD on Monday and may need his help posting this JE.

Bernie...attached is the JE, we just need to add backup. I'm not sure yet which account to credit on the JE.


**Tim Barbare**
Regional Finance Director
Central Region - South
EGL - Eagle Global Logistics
620 Westport Parkway
Grapevine, TX 76051
Phone: 817.410.6274
Fax: 817.410.6237
e-mail: tim.barbare@eaglegl.com



-----Original Message-----
**From:** Armstrong, Justin
**Sent:** Friday, December 09, 2005 5:01 PM
**To:** Zimmermann, Kathi
**Cc:** Stewart, Shawn; Barbare, Tim
**Subject:** RE: Toshiba Claims

Kathi,
Please scan backup to Tim Barbare to make the entry.

Shawn,
Tim will need you to approve as well.


-----Original Message-----
**From:** Zimmermann, Kathi
**Sent:** Friday, December 09, 2005 4:52 PM
**To:** Armstrong, Justin
**Cc:** Gallardo, John; Stewart, Shawn; Fleming, Tracy
**Subject:** Toshiba Claims

Justin,
We requested payment to Toshiba on requisition number 78808 amount of $54,966,20;   of which $10,000 will be charged to DFW.  They need to have this hit in November P&L.

EGL Hawb:  EG24832807 ($5,000) and EG24546401 ($5,000)

If you need any further information, please give me a call.

1

thanks,
kz
832 601 5576

---

## Zimmermann, Kathi

| | |
|---|---|
| **From:** | Helm, Shawn |
| **Sent:** | Monday, December 19, 2005 6:56 PM |
| **To:** | Zimmermann, Kathi |
| **Subject:** | DFW  FW: Stolen Hub Truck |

Digital pics
12-05.ppt (10 MB)...

Hub.xls (26 KB)

FYI

Thanks and regards,

Shawn Helm, CRM

Director of Risk Management, WSC

EGL Eagle Global Logistics, LP

phone: 281-618-3310

fax: 281-618-3490 or 281-618-3318

---

**From:** Stewart, Shawn
**Sent:** Monday, December 19, 2005 3:32 PM
**To:** Savage, Larry; Helm, Shawn; Gustason, Gus; Gallardo, John; Huckfelt, Bryan; Fleming, Tracy; Parish, Ronald; Hughes, Joe; Schmidt, Chuck; Richau, Mike; Richards, Chip; Maddox, David; Vosburg, Gary; Mouser, Donn; Kappler, Bill; Pilla, Tony; Jurado, Armando
**Cc:** Magee, John; Talley, Ron
**Subject:** Stolen Hub Truck

The attached are pictures taken from the stolen trailer as it was found and then the unloading.  Also attached is the manifest of freight and current status.

If your freight was stolen please work with your customers to give as much information as possible to assist in the investigation.

Shawn Stewart

Station Manager-DFW

Eagle Global Logistics

620 Westport Parkway

Grapevine, Texas 76051

817-410-6226-Office

972-467-0071-Cell

817-410-6204-Fax

This message contains information that is confidential and proprietary to Eagle Global Logistics or its affiliates.It is intended only for the recipient named and for the express purpose(s) described therein.Any other use is prohibited.

## Zimmermann, Kathi

| | |
|---|---|
| **From:** | Zimmermann, Kathi |
| **Sent:** | Tuesday, December 20, 2005 3:23 PM |
| **To:** | Parish, Ronald |
| **Cc:** | Kennedy, Jon; Talley, Ron; Stewart, Shawn; Gustason, Gus; Gallardo, John |
| **Subject:** | FW: DFW  FW: Stolen Hub Truck |



Hub.xls (27 KB)

Per your request.
kz

*Kathi Zimmermann*
*Manager Cargo Claims*
*T - 832 601 5576*
*F - 281 618 3472*

## Zimmermann, Kathi

| | |
|---|---|
| **From:** | online@eaglegl.com |
| **Sent:** | Thursday, December 22, 2005 10:45 AM |
| **To:** | Gallardo, John; Helm, Shawn; Lively, Laura; Gustason, Gus; Riden, Lori; Zimmermann, Kathi; Kennedy, Jon |
| **Subject:** | DFW Security Breach |

DO NOT PRESS REPLY OR REPLY TO ALL. THIS EMAIL IS AUTOMATICALLY GENERATED

The Following is to Report a Security Breach or Hijacking.
================================================
From................................ Ronald R. Parish Location
Code................................ DFW / H06 Driver Name........................... N/A
Vehicle Number........................ 775076 Date................................
12/16/2005 Time............................... 02:30:00
Location............................. Grapevine, TX 76051 Description of
Occurance................ Friday December 16, 2005: Time Line 1000-1430


Trailer number 775076 fully loaded at 1344 in door 20. EGL/SCG employee, Charles Thomas, loaded trailer # 775076. Trailer # 775076 was loaded with 48 HAWBS, weighing 26,227 lbs. Charles Thomas signed off on the manifest clear and legible. We do have copies of the Scanned Manifest associated with trailer # 775076. The trailer was pulled away from the dock around 1430. Ryan Payne (Supervisor), closed the dock door, and did not go on the yard and seal the trailer. Ryan Payne confirmed that he advised Cedric Wesley to pull the trailer away from the dock and put the trailer in the yard. Ryan Payne also advised Charles Thomas to take the paper work and turn it in to Troy Smith (Supervisor). Ryan Payne did mention that, he did not go on the yard and seal trailer # 775076.


Saturday December 17, 2005: Time Line 0930-2359


Master number 293392 was assigned to this trailer. The trailer was supposed to be pulled by a Werner team. The tractor # for the Werner team was 11223. The driver signed for the load and the seal number was recorded on the BOL. We do have copies of the BOL. Once the Werner team arrived at the Grapevine facility, they were unable to locate the trailer on the yard. The time of the search for trailer, # 775076 was 0934 Saturday morning. Paul Vargas (Supervisor) immediately went out to conduct a yard check to see if he could identify trailer# 775076. Paul Vargas investigation turned up negative. I wanted to conduct a yard check my self to be sure that this trailer was not on the yard. My search turned up negative results. I contacted SCG, and spoke with Lawrence Tuber. I advised that trailer # 775076 was not on the DFW yard. I made a copy of the drivers sign out log, I wanted to see if a previous driver hooked up to the wrong trailer, and pulled the trailer # 775076 by mistake. I made a call to IAH and spoke with Amere. I advised Amere of the situation that we were in and we needed to desperately locate this trailer, because we were going to mis service on most of this freight if we did not locate the freight and get the trailer on the road. Amere said he would call me back; I never received a response via email or phone call. I called back to SCG, spoke with Lawrence Tuber, and advised what I had done. At that point, I asked Lawrence Tuber if we could ping the trailer, or see if someone at the SCG facility could ping the trailer. Lawrence advised that no one there could do that, and that Jennifer Wright was the only individual who could perform that function. Lawrence told me that he would research, and call me back. I advised Lawrence that I would continue to search for this trailer, and if he received any information to please give me a call. I took a copy of the paper work home with me so that I would be able to reference the freight with my staff on the night shift if they indeed located the freight. Jose Aguinaga and John McManus were the Supervisors on duty that night. Jose and John were instructed to continue to look for trailer # 775076. The information in this email had been shared with Jose Aguinaga, and John McManus. Jose Aguinaga, later called me

4

at home, and asked me if he could call SCG and ask them to ping the trailer. I advise Jose
that I had done that; however, it would not hurt to call and ask someone else.

Sunday December 18, 2005: 1100-2200


I received a call from SCG around 1100 hours. It was Lawrence Tuber, and he advised that
trailer# 775076 had been ping to a location in Grand Prairie Texas. I said good, where in
Grand Prairie Texas. Lawrence Tuber said that the trailer was located South of Arkansas,
West of Great Southwest Pkwy, and East of 360. I said ok, please put that information in
email, and send it to me. The purpose of putting the information on email was the ability
to see the information on my cell phone, so that I would have the directions readily
available. In addition to that I wanted to communicate to Paul Vargas located at the
Grapevine facility. I advised Paul to get in touch with Dispatch, and inform them that
trailer# 775076 had been located in Grand Prairie Texas. Paul Vargas passed that
information on to Jayne Colburn, Jayne was the dispatcher on duty. I ended the call with
Paul, and called Jayne myself. Jayne advise that EGL did not have customers that far south
on Interstate 360. I advised Jayne that trailer # 775076 had been missing for a day and a
half, and we have an ID on the location of the trailer. Jayne advised that she would need
more information regarding an address. I then proceed to get into my car, and I called
Lawrence Tuber with SCG and asked if he could guide me a little closer to the location of
trailer # 775076. Lawrence advise once I was on Arkansas that I need to go east. I
proceeded east until I arrived at Great Southwest Pkwy. I went south on Great Southwest
pkwy, and nothing-looked familiar in regards to a place where a trailer could have been
dropped. I then turned around and headed back west on Arkansas and Lawrence mentioned A
street called Forum. I advised Lawrence that Forum was the street ahead of me. Lawrence
advise that the trailer was South of Forum, so I turned left. Lawrence asked if I saw a
street called Alouette. I said hold on, and as I passed another street that started with
an A, I saw a street sign called Alouette, so I turned right, and proceeded strait ahead.
I advised Lawrence that I saw an SCG trailer, and I bet that this was the trailer that we
were searching for, since Saturday morning. I pulled up to the trailer and advised that
the trailer # matched the trailer that was in question. The trailer # was 775076. I told
Lawrence to hold on I wanted to open the trailer up to identify the HAWB's that would have
been in the back of the trailer, and the scan manifest that I had in my possession. Once I
opened the trailer door, it was very clear that half of the trailers cargo was missing. I
advised Lawrence that I would call him back. I called Paul Vargas who was located at the
Grapevine facility. I asked Paul Vargas to get Charles Thomas on the phone. I asked
Charles Thomas, was the trailer fully loaded once he completed the loading process on
Friday. Charles Thomas explained that the trailer was completely full once he was done
loading the trailer. I as Charles to put Paul Vargas back on the phone, and I advised Paul
that the trailer had been broken into and this was a crime scene. I got off the phone with
Paul Vargas, and I immediately called 911 to advise who I was, and who I worked for, and
that we were missing a trailer and I had located the trailer. I advised the 911 operator
that the trailer had been stolen off the EGL Grapevine yard, and half of the trailer had
been emptied out. Once I ended the call with the 911 operator, I climbed into the trailer,
looked around, and took some photos of the condition of the freight that remained in the
trailer. I then got out of the trailer leaving the back right door open, and I stood by
the trailer and my car. I proceeded to call Tracy Fleming, and I got his voice mail. I
left Tracy a message stating he needed to call me immediately. I ended the call with
Tracy's voice mail, called Shawn Stewart, and advised the situation. Shawn advise that he
was having a important conversation, and I advised what I had was extremely important.
Shawn said ok what do you have, and I explained that we had a trailer come up missing on
Saturday, and the trailer had been located. I explained that I had called the police, and
they were on the way. The time was 1330 when I arrived at the scene. I called Cecyl Fritze
who is the P&D Manager at EGL Grapevine. I explained what the situation was and who I had
called. I explained to Cecyl that we may have had a P&D driver pull this SCG trailer off
the yard, and she needed to be involved since her department could be involved in the
situation. I ended the call with Cecyl at that time. I Joe Hughes called me at that point
and asked me what was going on, and I explained I was having a busy day, and Joe said so I
have heard. Joe said that I should have called him and I said that he was next on the list
for me to call. I then proceeded to explain to Joe what was going on, and what I had done.
Joe advised that I should leave the scene, and see if someone would try to come back to
the trailer. I then closed the trailer and proceeded to move across the street. I ended
the call with Joe prior to moving across the street, which was an apartment complex. A car

5

pulled up and stopped in the driveway, and then pulled off. A few minutes later, the same car drove through the parking lot. I was able to get the license plate number. It was a Texas driver's license, and the numbers, and letters were 355 FZG. On Monday, we ID the car to the Hillis's. I then proceeded to the apartment complex, and waited on the police to show up I had to call the 911 dispatcher three times, and they explained that the police could not find me, so I gave them the physical address of my location. I was at the 2900 block of Alouette in the Silver Brook apartments. Cecyl Fritze and Jamie Kent arrived at the scene and waited with me at the apartment complex. Cecyl and Jamie approached the residents across the street from the SCG trailer (775076) and ask some of the neighbors if they saw something suspicious over the last few days. They explained that their mother's boyfriend parked his truck over at the residents from time to time, and they would have to get in touch with them to find out more information. I issued them one of my EGL business cards and explained to them that if they had any information regarding the SCG trailer across the street to please give me a call. I was able to ID a driver in the parking lot that was parked around the corner, which is still the same parking lot as the SCG trailer that is in question. The driver's name was Bill Barker. He said that he owned the rig, and that he was a driver for Iron Horse Trucking, Bill provided his phone number, I have passed that information over to Shawn Stewart, who has complied this information into a pullet point form. Shawn Stewart compiled more information regarding this trailer in the beginning stages. The information that we have shows a photo of trailer # 775076 started in door 20 on the DFW dock, until the trailer was loaded full at 1430. Once the P&D driver arrived at the scene to pull the trailer, the Grand Prairie police officer release the trailer about an hour later after he communicated with the Grapevine police department. I followed the trailer back to the Grapevine yard, where Shawn, Cecyl, Jamie, and I unloaded the trailer with one freight handler Eric Luke. We took exceptions, moved the complete shipments on the Hub to ORD, and put the damaged and short shipments in the security cage. We then went home.

Injuries Involved....................... No
Brief Description....................... N/A
Current Investigation.................. John Kennedy, and John Gallardo are currently investigating this case. Witnesses................................ None Loss Information.........................
Contact POD? ........................... Yes
Police Report .......................... Yes ==========================================

6

## Zimmermann, Kathi

| | |
|---|---|
| **From:** | online@eaglegl.com |
| **Sent:** | Thursday, December 22, 2005 12:39 PM |
| **To:** | Lively, Laura; Helm, Shawn; Schmidt, Martha; Proctor, Angie; Guerrero, Maria R. (IAH-Corp); Stewart, Neibra; Gallardo, John; Riden, Lori; Bateman, Rhonda; Search, Don; Hunter, Todd; Russo, Greg; Kennedy, Jon; Wright, Jennifer |
| **Cc:** | Gustason, Gus; Zimmermann, Kathi |
| **Subject:** | EWR - Incident Report Form Submitted From WSC/Accident Reporting |

```
DO NOT PRESS REPLY OR REPLY TO ALL. THIS EMAIL IS AUTOMATICALLY GENERATED

The Following is an Incident Report. ========================================
From.............................. Charles E Clinedinst Location
Code.......................... EWR Incident Date........................ 12/13/05
Incident Time........................ 20:23hrs
Incident Location and Address............     EGL Dock
 255 Clearview Ave Edison NJ
                       08817
Persons Involved...................... Driver/Agent A.N.D. Type of Driver
....................... Subcontractor Paid By .......................... EGL
Property Damage...................... 5,775.00 Incident
Description................... Driver for agent/A.N.D. removes two TV's that don't
belong to his dispatch while loading freight that was contracted to him. He is clearly
caught on camera removing these items from an area not relative to his pre-staged freight
area.
Eye Witnesses.......................... Incident captured on camera/video.
========================================
```

## Zimmermann, Kathi

| | |
|---|---|
| **From:** | Zimmermann, Kathi |
| **Sent:** | Thursday, December 22, 2005 1:46 PM |
| **To:** | McMains, Rusty |
| **Subject:** | FW: EWR - Incident Report Form Submitted From WSC/Accident Reporting |

```
Kathi Zimmermann
Manager Cargo Claims
T - 832 601 5576
F - 281 618 3472


-----Original Message-----
From: online@eaglegl.com [mailto:online@eaglegl.com]
Sent: Thursday, December 22, 2005 12:39 PM
To: Lively, Laura; Helm, Shawn; Schmidt, Martha; Proctor, Angie; Guerrero, Maria R. (IAH-
Corp); Stewart, Neibra; Gallardo, John; Riden, Lori; Bateman, Rhonda; Search, Don; Hunter,
Todd; Russo, Greg; Kennedy, Jon; Wright, Jennifer
Cc: Gustason, Gus; Zimmermann, Kathi
Subject: EWR - Incident Report Form Submitted From WSC/Accident Reporting


DO NOT PRESS REPLY OR REPLY TO ALL. THIS EMAIL IS AUTOMATICALLY GENERATED

The Following is an Incident Report. ========================================
From.............................. Charles E Clinedinst Location
```

```
Code........................... EWR Incident Date........................... 12/13/05
Incident Time........................... 20:23hrs
Incident Location and Address...........      EGL Dock
 255 Clearview Ave Edison NJ
                              08817
Persons Involved....................... Driver/Agent A.N.D. Type of Driver
........................ Subcontractor Paid By ............................... EGL
Property Damage....................... 5,775.00 Incident
Description................... Driver for agent/A.N.D. removes two TV's that don't
belong to his dispatch while loading freight that was contracted to him. He is clearly
caught on camera removing these items from an area not relative to his pre-staged freight
area.
Eye Witnesses........................... Incident captured on camera/video.
=============================================
```

2

Display HAWBs Attached to a MAWB
Multi-stop MAWB

| MAWB# | 293392 | Org DFW | Dst H02 | Svc HUB | MAWB Chargeable Wt | 20324 |

Carrier SCGHUB111  THE SELECT CARRIER GROUP (SCG)      HAWB Assigned Wt    20324
LHAUL Rev      12760.26    LHAUL Exp        957.38    Profit    11802.88
                            Cost per lb        .05    Margin%      92.49

Type options, press Enter.
5=Display   7=HAWB Charges   16=Status History   23=Notes

| Op | HAWB | Stp | Org | Dst | DueDte | OpsSts | AccSts | HAWB Pcs | HAWB Weight | Assigned Pcs | Assigned Weight |
|----|------|-----|-----|-----|--------|--------|--------|-----|--------|-----|--------|
| ___ | CW423 | H02 | MDT | SFO | 121605 | PODPC | POSTED | 9 | 170 | 9 | 170 |
| ___ | 295832S | H02 | SGF | LAX | 122105 | POD | POSTED | 1 | 95 | 1 | 95 |
| ___ | 563724S | H02 | DFW | RNO | 122105 | POD | POSTED | 306 | 1738 | 306 | 1738 |
| ___ | 16507994 | H02 | MEM | SMF | 122005 | POD | POSTED | 1 | 170 | 1 | 170 |
| ___ | 16508001 | H02 | MEM | SFO | 122005 | POD | POSTED | 1 | 104 | 1 | 104 |
| ___ | 16508020 | H02 | MEM | SEA | 122005 | POD | POSTED | 1 | 130 | 1 | 130 |
| ___ | 16508118 | H02 | MEM | PDX | 121905 | POD | POSTED | 12 | 1670 | 12 | 1670 |
| ___ | 16508123 | H02 | MEM | SEA | 122005 | POD | POSTED | 1 | 155 | 1 | 155 |
| ___ | 16508125 | H02 | MEM | GEG | 122005 | POD | POSTED | 1 | 60 | 1 | 60 |
| ___ | 16508189 | H02 | MEM | PDX | 121905 | POD | POSTED | 12 | 712 | 12 | 712 |

More...

F3=Exit

Hershey's chocolate

Case 2:12-cv-05801-GAF-AGR  Document 166-6  Filed 07/31/12  Page 93 of 97  Page ID #:01845

```
                    Display HAWBs Attached to a MAWB
                              Multi-stop MAWB
MAWB#          293392   Org DFW  Dst H02  Svc HUB  MAWB Chargeable Wt   20324
Carrier SCGHUB111  THE SELECT CARRIER GROUP (SCG)      HAWB Assigned Wt   20324
LHAUL Rev     12760.26    LHAUL Exp       957.38   Profit     11802.88
                          Cost per lb        .05   Margin%       92.49
Type options, press Enter.
5=Display  7=HAWB Charges  16=Status History  23=Notes
```

|     |         |     |     |     |        |        |        | ----HAWB----- | | ---Assigned--- | |
| Op  | HAWB    | Stp | Org | Dst | DueDte | OpsSts | AccSts | Pcs | Weight | Pcs | Weight |
| --- | ------- | --- | --- | --- | ------ | ------ | ------ | --- | ------ | --- | ------ |
| ___ | 53308516 | H02 | IAH | SFO | 122105 | POD    | POSTED | 4   | 1353   | 4   | 1353   |
| ___ | 53446016 | H02 | DFW | SFO | 121905 | POD    | POSTED | 2   | 723    | 2   | 314    |
| ___ | 53622934 | H02 | IAH | SFO | 122305 | POD    | POSTED | 2   | 1670   | 2   | 500    |
| ___ | 53624306 | H02 | IAH | SFO | 122005 | POD    | POSTED | 3   | 81     | 3   | 81     |
| ___ | 53724693 | H02 | DFW | SEA | 122105 | POD    | POSTED | 1   | 652    | 1   | 652    |
| ___ | 53724694 | H02 | DFW | SMF | 122105 | POD    | POSTED | 1   | 510    | 1   | 510    |
| ___ | 62027376 | H02 | IAH | SFO | 121905 | POD    | POSTED | 1   | 108    | 1   | 108    |
| ___ | 62028113 | H02 | IAH | SFO | 122005 | POD    | POSTED | 1   | 172    | 1   | 172    |
| ___ | 62028488 | H02 | IAH | SFO | 122005 | PODPC  | POSTED | 20  | 1201   | 20  | 1201   |
| ___ | 62028491 | H02 | IAH | SFO | 121905 | POD    | POSTED | 20  | 1623   | 20  | 1623   |

```
                                                               More...

F3=Exit
```

Case 2:12-cv-05801-CAS-AGR   Document 37-6   Filed 07/31/12   Page 94 of 97   Page ID
#:826

                          Multi-stop MAWB
MAWB#           293392  Org DFW  Dst H02  Svc HUB   MAWB Chargeable Wt   20324
Carrier SCGHUB111   THE SELECT CARRIER GROUP (SCG)       HAWB Assigned Wt   20324
LHAUL Rev       12760.26    LHAUL Exp         957.38   Profit     11802.88
                            Cost per lb         .05   Margin%      92.49
Type options, press Enter.
5=Display  7=HAWB Charges  16=Status History  23=Notes

| Op | HAWB | Stp | Org | Dst | DueDte | OpsSts | AccSts | HAWB Pcs | HAWB Weight | Assigned Pcs | Assigned Weight |
|----|------|-----|-----|-----|--------|--------|--------|-----|--------|-----|--------|
| ___ | 16508331 | H02 | MEM | PDX | 122005 | POD | POSTED | 3 | 86 | 3 | 86 |
| ___ | 16508346 | H02 | MEM | SEA | 122105 | POD | POSTED | 1 | 145 | 1 | 145 |
| ___ | 16508420 | H02 | MEM | SEA | 122105 | POD | POSTED | 2 | 60 | 2 | 60 |
| ___ | 16508528 | H02 | MEM | PDX | 122105 | PODPC | POSTED | 3 | 408 | 3 | 408 |
| ___ | 16508532 | H02 | MEM | PDX | 122105 | POD | POSTED | 17 | 1286 | 17 | 1286 |
| ___ | 16508535 | H02 | MEM | SMF | 122105 | POD | POSTED | 1 | 127 | 1 | 127 |
| ___ | 30728573 | H02 | MEM | PDX | 122205 | POD | POSTED | 2 | 85 | 2 | 82 |
| ___ | 33302428 | H02 | CVG | SFO | 122105 | POD | POSTED | 1 | 1 | 1 | 1 |
| ___ | 33302429 | H02 | CVG | SMF | 122305 | POD | POSTED | 1 | 1 | 1 | 1 |
| ___ | 33302430 | H02 | CVG | SMF | 122105 | POD | POSTED | 1 | 1 | 1 | 1 |

                                                              More...

F3=Exit

Case 2:12-cv-05801-CAS-AGR   Document 63   Filed 07/31/12   Page 95 of 97   Page ID
#:863

```
                              Multi-stop MAWB
MAWB#          293392  Org DFW  Dst H02  Svc HUB   MAWB Chargeable Wt    20324
Carrier SCGHUB111  THE SELECT CARRIER GROUP (SCG)      HAWB Assigned Wt   20324
LHAUL Rev       12760.26    LHAUL Exp        957.38   Profit     11802.88
                           Cost per lb         .05   Margin%       92.49
Type options, press Enter.
5=Display   7=HAWB Charges   16=Status History   23=Notes
                                        ----HAWB-----  ---Assigned---
Op  HAWB          Stp Org Dst DueDte OpsSts AccSts  Pcs   Weight   Pcs    Weight
___    33910075  H02 IAH SFO 122005 POD    POSTED   10     750    10      750
___    34043034  H02 IAH SFO 121905 POD    POSTED    1      17     1       12
___    34296504  H02 IAH SMF 121605 POD    POSTED    1     180     1      180
___    34603060  H02 IAH SFO 121905 POD    POSTED    1     132     1      132
___    34603943  H02 IAH SMF 122005 POD    POSTED    1       3     1        3
___    36026139  H02 SAT SMF 122305 POD    POSTED    2     960     2      924
___    37225417  H02 TUL YVR 122105 POD    POSTED    2     105     2      105
___    38288938  H02 DFW SFO 123005 POD    POSTED    1      96     1       96
___    38288953  H02 DFW SEA  10306 POD    POSTED    1     116     1      116
___    38310077  H02 DFW SMF 122205 POD    POSTED    2     722     2      579
                                                               More...

F3=Exit
```

Case 2:12-cv-05801-CAS-AGR  Document 6-6  Filed 07/31/12  Page 96 of 97  Page ID
#:626

                             Multi-stop MAWB
MAWB#            293392  Org DFW  Dst H02  Svc HUB  MAWB Chargeable Wt    20324
Carrier SCGHUB111  THE SELECT CARRIER GROUP (SCG)    HAWB Assigned Wt    20324
LHAUL Rev      12760.26    LHAUL Exp       957.38  Profit    11802.88
                          Cost per lb        .05  Margin%      92.49
Type options, press Enter.
  5=Display  7=HAWB Charges  16=Status History  23=Notes

                                      ----HAWB-----  ---Assigned---
Op  HAWB       Stp Org Dst DueDte OpsSts AccSts   Pcs  Weight  Pcs  Weight
___  50203584  H02 IAH SFO 121905 POD  POSTED      2     299    2     299
___  50203609  H02 IAH SFO 122005 POD  POSTED      1     135    1     135
___  50203618  H02 IAH SMF 122005 POD  POSTED      1     195    1     195
___  50203620  H02 IAH SEA 122005 POD  POSTED      2     261    2     261
___  50375475  H02 DFW SFO 122105 POD  POSTED      1     142    1     129
___  50375541  H02 DFW SEA 122205 POD  POSTED      1     136    1     136
___  50375582  H02 DFW SEA 122305 POD  POSTED      1     360    1     116
___  52458541  H02 ABQ YEG 122205 POD  POSTED      1     317    1     183
___  52695375  H02 IAH SFO 122005 POD  POSTED      3     900    3     510
___  52869172  H02 DFW DFW 121605 POD  POSTED      1     317    1     160

                                                             More...
F3=Exit

Case 2:12-cv-05801-CAS-AGR  Document 676  Filed 07/31/12  Page 97 of 97  Page ID
#:029

                              Multi-stop MAWB

MAWB#              293392  Org DFW  Dst H02  Svc HUB   MAWB Chargeable Wt    20324
Carrier SCGHUB111  THE SELECT CARRIER GROUP (SCG)       HAWB Assigned Wt    20324
LHAUL Rev      12760.26      LHAUL Exp      957.38   Profit      11802.88
                             Cost per lb        .05   Margin%        92.49
Type options, press Enter.
5=Display  7=HAWB Charges   16=Status History   23=Notes
                                               ----HAWB----- ---Assigned---
Op  HAWB          Stp Org Dst DueDte OpsSts AccSts    Pcs  Weight  Pcs  Weight
___   52738841A   H02 PDX SFO 102105 POD    POSTED     1     284    1     179
___  630076501    H02 DFW SFO 121905 POD    POSTED     1     223    1     150
___ WT20139221    H02 DFW SEA 122305 POD    POSTED     1     538    1     241
___ 206247026R    H02 DFW RNO  12106 CLMCLO POSTED     3     252    3     252
___ 206511777R    H02 ELP RNO 122205 POD    POSTED     2     187    2     187
___ 207762478R    H02 DFW RNO  12106 POD    POSTED     2     207    2     207
___ 208137878R    H02 TUL RNO  12206 POD    POSTED     2     228    2     228
___ 210189875R    H02 OKC RNO 122205 CLMCLO POSTED     5     144    5     144

                                                                       Bottom
F3=Exit