Katherine L. Nichols (SBN 228893)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450
Telephone: 213.689.7400
Facsimile: 213.689.7401
E-Mail:   knichols@duanemorris.com

Attorneys for Defendants
CEVA Logistics, U.S., Inc. and
CEVA Freight, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NIPPONKOA INSURANCE COMPANY, LTD., | Case No.:  2:12-CV-5801 CAS (AGRx) |
| Plaintiff, | Hon. Christina A. Snyder |
| v. | **RESPONSE TO PLAINTIFF NIPPONKOA INSURANCE COMPANY, LTD.'S MOTION TO AMEND COMPLAINT** |
| CEVA LOGISTICS, U.S., INC., and CEVA FREIGHT, LLC, | |
| Defendants. | Date:          August 27, 2012 Time:          10:00 a.m. Courtroom:   5 |

Defendants CEVA Logistics, U.S., Inc. and CEVA Freight, LLC take no position on Plaintiff NipponKoa Insurance Company, Ltd.'s Motion to Amend Complaint Pursuant to F.R.C.P. 15(a)(2) (Docket No. 59).

Dated: August 6, 2012          **DUANE MORRIS LLP**


By:  /s/ Katherine L. Nichols
       Katherine L. Nichols
       Attorneys for Defendants
       CEVA Logistics, U.S., Inc. and
       CEVA Freight, LLC

DM1\3465846.1

RESPONSE TO MOTION TO AMEND