DARYL G. PARKER (State Bar No. 47048)
JAMES E. MAHONEY
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067-4100
(310) 277-6910

DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPONKOA INSURANCE COMPANY, LTD.<br><br>*Plaintiff,*<br><br>vs.<br><br>CEVA LOGISTICS U.S., INC. and CEVA FREIGHT, LLC,<br><br>*Defendants.* | Case No.: 2:12 Civ. 05801 CAS (AGRx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR AT SEPTEMBER 10, 2010 HEARING TELEPHONICALLY**<br><br>HEARING DATE: September 10, 2012<br>TIME:     10:00 a.m.<br>PLACE:   312 North Spring Street<br>             Courtroom 5<br>             Los Angeles, CA 90012 |

Having considered Plaintiff NipponKoa Insurance Company, Ltd.'s counsel's request to appear at the September 10, 2012 hearing by telephone, and good cause having been shown:

**IT IS HEREBY ORDERED THAT:**

David T. Maloof of Maloof Browne & Eagan LLC, counsel for Plaintiff, shall be permitted to appear at the September 10, 2012 hearing by telephone.

Dated: August __, 2012

_____
The Honorable Christina A. Snyder
United States District Judge

**PROOF OF SERVICE**

STATE OF NEW YORK      )
                       )
COUNTY OF WESTCHESTER  )

I, David T. Maloof, am employed in the town of Rye and county of Westchester, State of New York.  I am over the age of 18 and not a party to the within action; my business address is 411 Theodore Fremd Ave., Suite 190, Rye New York 10580.

On August 20, 2012, 2012, I caused to be served Proposed Order Granting Plaintiff's Request to Appear at September 10, 2012 Hearing Telephonically, as follows:

*See Attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rye, New York, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown.  The transmission was reported as complete and without error.  (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) By sending by                     to the addressee(s) as indicated on the attached list.

Executed on August 20, 2012, in Rye, New York.

　　　　　　　　　　　　　　　　　　　*/s/ David T. Maloof*
　　　　　　　　　　　　　　　　　　　David T. Maloof

---

ORDER TO APPEAR AT SEPT. 10, 2012 HEARING TELEPHONICALLY

2

**SERVICE LIST**

2:12-cv-05801-CAS-AGR Notice has been electronically mailed to:

David T Maloof    dmaloof@maloofandbrowne.com, litsupport@maloofandbrowne.com, paralegals@maloofandbrowne.com

Thomas M Eagan    teagan@maloofandbrowne.com

Katherine L Nichols    knichols@duanemorris.com

Patrick Ryan McElduff    PRMcelduff@duanemorris.com

2:12-cv-05801-CAS-AGR Notice has been delivered by First Class U.S. Mail or by other means BY THE FILER to :

James E Mahoney
Pachulski Stang Ziehl and Jones LLP
10100 Santa Monica Boulevard 13th Floor
Los Angeles, CA 90067-4003

James W. Carbin
Duane Morris
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

F:\WP-DOCS\1415.86\PLEADINGS - C.D. Cal. 12cv5801\081712 Proposed Order Granting Request to Appear at 091012 Hearing Telephonically.doc