DARYL G. PARKER (State Bar No. 47048)
JAMES E. MAHONEY
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067-4100
(310) 277-6910

DAVID T. MALOOF (*pro hac vice*)
THOMAS M. EAGAN (*pro hac vice*)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200

JS-6

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPONKOA INSURANCE COMPANY, LTD.,<br><br>*Plaintiff,*<br><br>vs.<br><br>CEVA LOGISTICS U.S., INC. and CEVA FREIGHT, LLC,<br><br>*Defendants.* | Case No.: 2:12 Civ. 05801 CAS (AGRx)<br><br>Hon. Christina A. Snyder<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE SUBJECT TO RE-FILING** |

   The parties having represented to the Court that this matter has been settled and having stipulated to a dismissal of the entire action subject to re-filing if the settlement is not consummated,

   NOW, THEREFORE, IT IS ORDERED AS FOLLOWS:

   This action is dismissed with prejudice in its entirety, including all Cross-Claims, subject to the right of any party to re-open the action by application filed with

this Court within forty-five (45) days of the date of entry of this Order if the settlement is not consummated.

Dated: Los Angeles, California
April 12, 2013

*Christine A. Snyder*
United States District Judge

SUBMITTED BY:

DARYL G. PARKER, ESQ.
PACHULSKI STANG ZIEHL & JONES LLP
   -and-

DAVID T. MALOOF, ESQ.
THOMAS M. EAGAN, ESQ.
MALOOF BROWNE & EAGAN LLC

By: /s/Thomas M. Eagan
   Thomas M. Eagan, Esq. (*pro hac vice*)
   David T. Maloof, Esq. (*pro hac vice*)
411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023
Email: dmaloof@maloofandbrowne.com
      teagan@maloofandbrowne.com
*Counsel for Plaintiff NipponKoa Insurance Company, Ltd.*

DUANE MORRIS LLP

By: /s/P. Ryan McElduff
   P. Ryan McElduff (*pro hac vice*)
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 424-2000
Fax: (973) 424-2001
Email: PRMcelduff@duanemorris.com
*Counsel for Defendants
CEVA Logistics U.S., Inc. and
CEVA Freight, LLC*

F:\WP-DOCS\1415.86\SETTLEMENT\041113 [Proposed] Order for Dismissal with Prejudice Subject to Re-Filing.doc

# PROOF OF SERVICE

STATE OF NEW YORK       )
                        )
COUNTY OF WESTCHESTER   )

I, Thomas M. Eagan, am employed in the town of Rye and county of Westchester, State of New York. I am over the age of 18 and not a party to the within action; my business address is 411 Theodore Fremd Ave., Suite 190, Rye New York 10580.

On April 12, 2013, I caused to be served the [Proposed] Order for Dismissal With Prejudice Subject to Re-Filing, as follows:

*See Attached Service List*

☐ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rye, New York, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) By sending by _____ to the addressee(s) as indicated on the attached list.

Executed on April 12, 2013, in Rye, New York.

                                          */s/Thomas M. Eagan*
                                              Thomas M. Eagan

# SERVICE LIST

2:12-cv-05801-CAS-AGR Notice has been electronically mailed to:

David T Maloof     dmaloof@maloofandbrowne.com, litsupport@maloofandbrowne.com, paralegals@maloofandbrowne.com

Thomas M Eagan     teagan@maloofandbrowne.com

Katherine L Nichols     knichols@duanemorris.com

Patrick Ryan McElduff     PRMcelduff@duanemorris.com